# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>Plaintiffs,<br><br>    v.<br><br>ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil<br><br>Defendant. | **Civil Action No.**<br>**8:25-cv-00411-CEH-AAS** |

## DECLARATION OF ANDREW H. SMITH IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AS TO WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

The undersigned, Andrew H. Smith, declares the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.    I am an attorney duly admitted to practice law in the District of Columbia and Alabama.

2.    I am a partner at Boies Schiller Flexner LLP which represents Rumble Inc. ("Plaintiff") in this matter.

3.    I make this declaration in support of the *Ex Parte* Motion for Temporary Restraining Order and Order to Show Cause as to Why a Preliminary Injunction Should Not Issue filed on behalf of Plaintiff Rumble

Inc. ("Rumble") and Plaintiff Trump Media & Technology Group Corp. ("Trump Media") (together, "Plaintiffs") against Defendant Alexandre de Moraes ("Defendant"), as otherwise indicated, all statements in this Declaration are based upon my personal knowledge and experience, or upon my review of records maintained by BSF in the regular course of its representation of the Plaintiffs. Insofar as they are within my own knowledge, the facts and matters set forth herein are, to the best of my own knowledge and belief, true.

4. Attached hereto as Exhibit 1 is a true and correct copy of an article by Business Standard titled "*Brazil's Top Court Justice Orders X to Pay $1.4-mn Fine For Non-Compliance*" (dated February 20, 2025).

5. Attached hereto as Exhibit 2 is a true and correct copy of Part I of the House Judiciary Committee report titled "*The Attack on Free Speech Abroad and The Biden Administration's Silence: The Case of Brazil*" (dated April 17, 2024).

6. Attached hereto as Exhibit 3 is a true and correct copy of an article by The New York Times titled "*Supreme Court Justice Helping to Oversee Brazil Graft Inquiry Dies in Plane Crash*" (dated January 19, 2017).

7. Attached hereto as Exhibit 4 is a true and correct copy of an article by Reuters titled "B*razil's Senate Confirms Temer's Choice for Supreme Court Vacancy, Reuters*" dated (February 22, 2017).

8. Attached hereto as Exhibit 5 is a true and correct copy of an article

from Folha De S. Paulo titled *"Censored Magazine Says It Was Fined US $26k by Supreme Court"* (dated April 16, 2019).

9.    Attached hereto as Exhibit 6 is a true and correct copy of an article by The New York Times titled *"A Corruption Case That Spilled Across Latin America Is Coming Undone"* (dated November 24, 2024).

10.    Attached hereto as Exhibit 7 is a true and correct copy of an article from Consultor Juridico titled *"The fake news inquiry at the Supreme Court and its relationship with the justice system"* (dated November 27, 2022) along with an unofficial translation.

11.    Attached hereto as Exhibit 8 is a true and correct copy of an article from Gazeta do Povo titled *"Censorship by Brazil's Supreme Court: A Quick Guide"* (dated May 2, 2024).

12.    Attached hereto as Exhibit 9 is a true and correct copy of an article from Transparency International titled *"(April 2019) Supreme Court Decision in Brazil Violates Freedom of the Press and Sets Concerning Precedent"* (dated April 17, 2019).

13.    Attached hereto as Exhibit 10 is a true and correct copy of an article from Oxford Human Rights Hub titled "Brazilian Supreme Court Inquiry into 'Fake News' Violates Freedom of Speech" (dated May 20, 2019).

14.    Attached hereto as Exhibit 11 is a true and correct copy of an article from Human Rights Here titled "Unveiling Authoritarianism: The 'Fake

News Inquiry' in Brazil and Its Inquisitional Assault on the Rule of Law" (dated January 5, 2024).

15.     Attached hereto as Exhibit 12 is a true and correct copy of the petition by Raquel Dodge former General Prosecutor of Brazil to the STF, (dated April 16, 2019) along with an unofficial translation.

16.     Attached hereto as Exhibit 13 is a true and correct copy of an article from Consultor Juridico titled "Independence of Powers Attorney Generals Office requests nullification of Supreme Court inquiry investigating threats against justices" (dated August 3, 2019) along with an unofficial translation.

17.     Attached hereto as Exhibit 14 is a true and correct copy of an article from Jusbrasil titled *"The (un)constitutionality of Supreme Court Inquiry 4781"* along with an unofficial translation.

18.     Attached hereto as Exhibit 15 is a true and correct copy of Article 129 of the Federal Constitution of Brazil along with an unofficial translation.

19.     Attached hereto as Exhibit 16 is a true and correct copy of Article 2 of the Federal Constitution of Brazil along with an unofficial translation.

20.     Attached hereto as Exhibit 17 is a true and correct copy of Article 2 of the Federal Constitution of Brazil along with an unofficial translation.

21.     Attached hereto as Exhibit 18 is a true and correct copy of Part II of the House Judiciary Committee report titled "The Attack on Free Speech

Abroad and The Biden Administration's Silence: The Case of Brazil" (dated May 7, 2024).

22.     Attached hereto as Exhibit 19 is a true and correct copy of the New York Times article titled "Elon Musk, Looks to Change Content Moderation" (dated October 28, 2022).

23.     Attached hereto as Exhibit 20 is a true and correct copy of an article from Business Insider titled "*How Elon Musk and X got into a messy situation in one of its biggest markets*" (dated September 20, 2014).

24.     Attached hereto as Exhibit 21 is a true and correct copy of an article from The Guardian "Elon Musk's Starlink backtracks to comply with Brazil's ban on X" (dated September 04, 2024).

25.     Attached hereto as Exhibit 22 is a true and correct copy of an Order issued by Justice Alexandre de Moraes regarding Rumble Inc. along with an unofficial translation.

26.     Attached hereto as Exhibit 23 is a true and correct copy of an Order issued by Justice Alexandre de Moraes regarding Rumble Canada Inc. along with an unofficial translation.

27.     Attached hereto as Exhibit 24 is a true and correct copy of an Order issued by Justice Alexandre de Moraes regarding Rumble Inc. along with an unofficial translation.

28.     Attached hereto as Exhibit 25 is a true and correct copy of an Order

issued by Justice Alexandre de Moraes regarding Rumble Inc. along with an unofficial translation.

29.    Attached hereto as Exhibit 26 is a true and correct copy of an Order issued by Justice Alexandre de Moraes regarding Rumble Inc. along with an unofficial translation.

30.    Exhibit 27 is a true and correct copy of an unofficial translation of the link identified in the coversheet of Ex. 27 filed under Seal.

31.    Exhibit 28 is a true and correct copy of an unofficial translation of the link identified in the coversheet of Ex. 28 filed under Seal.

32.    Attached hereto as Exhibit 29 is a true and correct copy of Paulo Figueiredo's testimony at the House Committee on Foreign Affairs hearing on Brazil titled, *"Brazil: A Crisis of Democracy, Freedom, & Rule of Law?"* (dated May 7, 2024).

33.    Attached hereto as Exhibit 30 is a true and correct copy of an article from Folha de S. Paulo "US denies extradition of Allan dos Santos for crime of opinion and holds tense meeting with Brazil" (dated Mar. 13, 2024)" along with an unofficial translation.

34.    Attached hereto as Exhibit 31 is a true and correct copy of an email confirming receipt of the Orders issued by Justice Alexandre de Moraes regarding Rumble Inc. and Rumble Canada Inc. along with an unofficial translation.

35.     Attached hereto as Exhibit 32 is a true and correct copy of the Treaty Between the Government of the United States of America and the Government of the Federative Republic of Brazil on Mutual Legal Assistance in Criminal Matters signed on October 14, 1997, and entered into force on February 21, 2001 (Treaty on Mutual Legal Assistance in Criminal Matters, U.S.-Braz., Oct. 14, 1997, T.I.A.S. No. 12889).

36.     Attached hereto as Exhibit 33 is a true and correct copy of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters concluded on November 15, 1965, and entered into force on February 10, 1969 (Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163).

37.     Attached hereto as Exhibit 34 is a true and correct copy of Vice President JD Vance's remarks at the Munich Security Conference (dated February 14, 2025).

38.     Attached hereto as Exhibit 35 is a true and correct copy of an unofficial translation of an Order issued by Justice Alexandre de Moraes regarding X Brasil Internet Ltda.

39.     Attached hereto as Exhibit 36 is a true and correct copy an article posted from Interpol along with an unofficial translation.

Dated: February 22, 2025

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

Andrew H. Smith
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, D.C. 20005
(202) 274-1116