**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil<br><br>    Defendant. | **8:25-cv-00411-CEH-AAS** |

**DECLARATION OF SCOTT GLABE IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pursuant to 28 U.S.C. § 1746, Scott Glabe declares as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth herein.  I make this declaration in support of the Motion for Temporary Restraining Order filed on behalf of Plaintiff Rumble Inc. ("Rumble") and Plaintiff Trump Media & Technology Group Corp. ("TMTG") (together, "Plaintiffs").  If called upon to do so, I could and would competently testify to the following facts set forth below.

2.      I am the general counsel of TMTG, a Delaware corporation headquartered in Sarasota, Florida.  In this capacity, I oversee TMTG's legal compliance and regulatory affairs, advise on corporate governance matters,

1

manage the company's litigation, and supervise the development and implementation of TMTG's online platform policies.

3.      I submit this declaration based on my personal knowledge and in my official capacity as general counsel of TMTG.

4.      Truth Social was launched in 2022 as an online platform expressly rooted in American First Amendment values.  From the outset, the company's stated mission has been to open up the Internet and giving people their voices back.  Truth Social was established as a safe harbor for free expression amid increasingly harsh censorship by other platform.

5.      Truth Social avoids blanket deplatforming or shadow banning of lawful content that complies with its Terms of Service, opting instead for what TMTG believes is a robust, fair, and viewpoint-neutral discretionary moderation system that is consistent with TMTG's objective of maintaining a public, real-time platform where any user can create content, follow other users, and engage in an open and honest global conversation without fear of being censored or cancelled due to their political viewpoints.

6.      TMTG has placed emphasis on building a platform for users to freely express themselves through Truth Social; its brand and business model is built on distinguishing itself from other platforms that have engaged in various forms of censorship, including unjustified bans of user accounts at the behest of government officials.

7.     TMTG does not maintain any offices, employees, bank accounts, or other business operations in Brazil.  The company is headquartered and operated from Florida, where it employs staff and manages its organizational infrastructure.

8.     In 2021, Rumble and TMTG entered into a Cloud Services Agreement.  Pursuant to such agreement, Rumble has served as Truth Social's primary provider of video streaming and cloud-hosting capabilities since 2022, allowing Truth Social to sustain high user engagement without resorting to invasive content filters.

9.     Because Truth Social depends, in part, on Rumble's back-end services—particularly for cloud hosting and video streaming—any extraterritorial orders issued by Brazilian authorities on Rumble would affect TMTG's speech and disrupt TMTG's essential operations within the United States, including in this district.

10.     Should Rumble be forced to comply with the Brazil sealed orders, which impose expansive censorship demands ("Gag Orders")—or face expulsion from the Brazilian market and other regions—Truth Social (and therefore TMTG) would be hampered in its ability to deliver its service to Truth Social users in Brazil.

11.     Truth Social operates through Rumble's servers located in Florida for its video streaming and content hosting.  By targeting those servers, the

Docusign Envelope ID: A139DFCE-9F72-454D-9FF5-B25E196B3755

Gag Orders effectively force compliance actions to be carried out in Florida, burdening Florida infrastructure and personnel. TMTG's operational functionality resides, in part, in Rumble's Florida-based infrastructure, so any harm from any mandated censorship would manifest in Florida. The Gag Orders are therefore directed at, and acutely felt in, this district.

12. The Gag Orders, originating in sealed Brazilian proceedings, attempt to extend that country's judicial authority into lawful U.S.-based activities, thereby impeding TMTG's capacity to provide First Amendment-protected content to a domestic audience.

13. If global providers such as Google or Apple acquiesce to the Gag Order's extraterritorial demands, the resulting shutdown could intensify, depriving U.S.-based technology providers like Rumble and online platforms like TRUTH Social of lawful speech and shutting off millions of American users from vigorous political debate.

14. As the owner and operator of Truth Social, TMTG oversees the platform's community guidelines, user-post moderation, and decisions related to blocking or highlighting specific accounts or content in compliance with its Terms of Service. TMTG does not have any recognized U.S. legal obligation to remove any content originating from the individual targeted in the Gag Orders.

15. TMTG's entire model is structured around facilitating and moderating user-generated content. Consequently, if compelled to enforce the

Docusign Envelope ID: A139DFCE-9F72-454D-9FF5-B25E196B3755

Gag Orders, TMTG would face a direct conflict between protecting U.S. free speech rights and complying with foreign censorship mandates.

16. TMTG will suffer irreparable harm if forced to comply with the Gag Orders. Enforcing these orders in the United States coerces TMTG to forfeit its First Amendment freedoms, or face shutdown of its global business operations.

17. Without immediate injunctive relief, TMTG will lose core First Amendment freedoms, incur damage to goodwill and risk the cessation of some global services. Monetary damages alone would not remedy these injuries.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2025.

Signed by:

C0BDE044BE9C4F4...

Scott Glabe, Esq.