<u>**TO THE IACHR – INTER-AMERICAN COMMISSION ON HUMAN RIGHTS**</u>

<u>**OAS – ORGANIZATION OF AMERICAN STATES**</u>

Complaint by: **MARÇAL HONDA**, pursuant to art. 44 of the American Convention on Human Rights, (free from extreme right-wing or extreme left-wing ideologies) in his own name and in favor of the **victims ELON MUSK and EMPLOYEES OF X-CORP COMPANIES; MICHAEL SHELLENBERGER; RUMBLE CO**.; other Brazilians, Americans and foreigners who are victims of the same violations reported here, as well as **in the interest** of the **American congressmen CHRIS SMITH, JIM JORDAN, MARIA ELVIRA SALAZAR, SUZAN WILD and others.**

Against : *THE JUDICIARY (FEDERAL SUPREME COURT), THE EXECUTIVE (PRESIDENT OF THE REPUBLIC) AND THE LEGISLATIVE (NATIONAL CONGRESS) OF BRAZIL, for VIOLATION OF FREEDOM OF EXPRESSION (art. 13) and VIOLATION OF THE RULE OF LAW (arts. 8, 23, 24 and 25 of the American Convention on Human Rights and UN SDG 16.3)*

**COMPLAINT**:

*JUDGE OF THE STF, ALEXANDRE DE MORAES IS ILLEGAL IN HIS OFFICE, BECAUSE HE WAS APPOINTED, BASED ON IA- Nº 01 (INSTITUTIONAL ACT Nº 01) OF THE REVOLUTIONARY MILITARY OF 1964 AND ARTICLES 1° and 113 OF THE CONSTITUTION OF THE DICTATORIAL REGIME OF 1967.*

*IA- n°01 and THE CONSTITUTION OF 1967 WERE REVOKED ON OCTOBER 5, 1988 BY THE NATIONAL CONSTITUENT ASSEMBLY AND THE NEW FEDERAL CONSTITUTION OF 1988, DETERMINED IN ARTICLE 1, SOLE § WITH ART. 101, "CAPUT", THAT THE PEOPLE MUST CHOOSE THEIR REPRESENTATIVES IN THE JUDICIARY, BASED ON THE CHOICE OF THE JUDGES MINISTERS OF THE STF.*

BY FORCE OF ARTICLE 2 OF THE 1988 FEDERAL CONSTITUTION, THE HEAD OF THE EXECUTIVE BRANCH IS PROHIBITED FROM CHOOSING THE MEMBERS OF THE JUDICIARY BRANCH IN ORDER TO MAINTAIN THE INDEPENDENCE OF THE POWERS.

THE PRESIDENT OF THE REPUBLIC SHOULD APPOINT (AND NOT CHOOSE!) THE MINISTERS OF THE FEDERAL SUPREME COURT ONLY AFTER THE CHOICES ARE MADE BY THE DIRECT, SECRET AND UNIVERSAL VOTE OF THE PEOPLE (ART.14), FOLLOWED BY THE FEDERAL SENATE'S CONFLICT.

**AGGREGATE OF THE COMPLAINT**:

All the challenges filed in 2017 against the appointment of Alexandre de Moraes disappeared without the mandatory responses.

**THE COMPLAINT**

Against the executive, legislative and judicial branches of Brazil, for violations of freedom of expression and the right to denounce the usurpation of popular sovereignty and crimes against the democratic rule of law, based on the fact that the exercise of jurisdiction without the vote of the people is equivalent to the nullity of the process in which the lawyer acted without a power of attorney ad judicia or without express authorization given by the interested party (see SDG 16.3 – UN)

**COMPLAINT aggravated by FRAUD AND INTERNATIONAL CORRUPTION COMMITTED AGAINST THE GOVERNMENT OF THE USA**

**A** - The disappearance of the challenges filed in 2017, against the appointment of Alexandre de Moraes to the STF – Supreme Federal Court is a crime of suppression of documents that makes the minister of the Supreme Federal Court illegal in office (art. 305, 319 and 347 of the Penal Code)

**B** - The suppressed challenges reveal the constitutional fraud of the appointment of a minister of the Federal Supreme Court because it was made based on I.A. No. 01 (Institutional Act No. 01) of the military revolutionary government of 1964 and articles 1 and 113 of the 1967 Constitution. IA No. 01 and the 1967 Constitution were revoked by the 1988 Constitution.

**C** – The 1988 Constitution guaranteed the Brazilian people the direct election of their representatives in the Federal Supreme Court, in the same way as their representatives are elected for positions in the legislative and executive branches.

Without this election and direct vote by the people, the judiciary is subject to the executive branch and the usurpation of popular sovereignty is complete. (Art. 21 of the Universal Declaration of Human Rights, art. 25 of the International Covenant on Civil and Political Rights, art. 23 of the American Convention on Human Rights, Art. 1, Sole Paragraph with arts. 2, 14 and 101 of the Constitution)

**D** - The Brazilian people have the right to directly elect the ministers of the Supreme Federal Court and the denial of this right of the people is a usurpation of popular sovereignty, which violates the rule of law under the terms of the SDG - Sustainable Development Goal 16.3 of the UN which guarantees the Rule of Law.

This violation against SDG 16-3/UN makes it illegal for the ministers of the Supreme Federal Court to judge foreigners and their companies, at the risk of causing a diplomatic incident. And the right to freedom of expression ensures that illegal acts are disclosed for international knowledge

(*Based on art. 13 of the American Convention on Human Rights, art. 19 of the Universal Decree on Human Rights; art. 19 of the International Covenant on Civil and Political Rights; the 1st Amendment to the US Constitution and art. 28 section 4104 with section 4102 of the US Code and art. 4, item II, art. 5, items IV, IX, LV and art. 220 of the Federal Constitution and SDG 16.3 of the UN 2030 Agenda.*)

**MARÇAL HONDA** , (free from far-right or far-left political ideologies), Lawyer registered no. 486,798 – OAB/SP and retired Civil Police Officer, Journalist professional no. 45,561/SP-MTb, affiliated with FIJ – International Federation of Journalists, no. BR/19,182, victim with address listed at the end, in his/her own name and in favor of the victims **ELON MUSK and EMPLOYEES OF X-CORP COMPANIES** ( https://about.x.com/pt ); **MICHAEL SHELLENBERGER** ( http://www.shellenberger.org ); **CORP. RUMBLE** ( https://rumble.com ) and other Brazilians, Americans and foreigners victims of the same violations reported here, as well as in the interest of the American congressmen **CHRIS SMITH** ( https://chrissmith.house.gov/ ) , **JIM JORDAN** ( https://jordan.house.gov/ ) , **MARIA ELVIRA SALAZAR** ( https://salazar.house.gov/ ) , **SUZAN WILD** ( https://wild.house.gov/ ) and others; respectfully in accordance with the terms of art. 44 of the ACHR, I file a COMPLAINT against the STF – Supreme Federal Court, the Head of the Executive Branch and the Head of the Legislative Branch of Brazil, for violations of articles 1, 2, 8, 13, 23, 24 and 25 (Art. 1- Obligation to Respect Rights; Art. 2- Duty to Adopt Domestic Law Provisions; Art. 8 - Judicial Guarantees; Art. 13- Freedom of Thought and Expression; Art. 23- Political Rights; Art. 24 (Equality Before the Law); Art. 25- Judicial Protection) of the American Convention on Human Rights and against SDG 16.3 (Rule of Law) of the UN 2030 Agenda).

It is important to note that before the 2023 challenges, I forwarded to the Presidency of the Republic and the Federal Senate a bill proposal for Direct Elections of Ministers of the STF with due justification. As well as a suggestion for the drafting of an International Treaty on Judicial Control in Defense of the Rule of Law – Treaty of SDG 16.3 Ag.2030/UN.

It should be noted that all the questions raised here, such as those that were rejected by this IACHR/OAS in COMPLAINT P-1648-23, were forwarded in advance to the three Branches of the Union, via SEDEX with AR (AR - Aviso de Recebimento = RN - Receipt Notice) , but there was no objection. The TCU – Federal Court of Auditors, also failed to investigate the complaints forwarded. Considering the lack of challenge, the current Justices of the STF will

probably not mind being subjected to a referendum on whether they will remain in their elected positions, with a fixed term, as I suggested in the proposed Bill for the direct elections of Justices of the STF.

As they are elected by the people, they will be subject to the same ethical and disciplinary rules as the other branches of government. And thus, they will be subject to the revocation of their mandates in cases of illicit conduct, instead of being rewarded with compulsory retirements that honor impunity.

## PRELIMINARY ISSUES

## ON THE ILLEGALITY OF THE STF – FEDERAL SUPREME COURT

### *Violations of freedom of expression and due process of law*

**1** - In Habeas Corpus 231.731-STF and in appeal P-00085266 of 01/17/24 ref. Petition P-1648-23, rejected by the IACHR/OAS, I was deprived of due process and the right to freedom of expression.

I was not authorized to publicly disclose that the STF – Supreme Federal Court of Brazil is unconstitutional and illegal, because the current Justices were appointed based on A.I. No. 01/1964 combined with art. 113 of the 1967 Constitution of the Military Regime, both provisions revoked by the 1988 Federal Constitution, signed on 10/05/1988 by 557 constituents, among them Michel Temer and Luiz Inácio Lula da Silva.

Temer and Lula, who later, as Presidents, betrayed the Constitutional oath and usurped popular sovereignty to appoint Justices to the STF.

During the military regime, it was recognized that all power emanates from the people, but that it would be exercised in their name by military commanders.

That is why the Military Presidents exclusively chose and appointed the Justices of the STF.

Based on the 1988 Constitution, the legislator determined that all power (legislative, executive and judiciary) emanates from the people, exercising it through representatives elected to all branches of government.

Just as the people elect their representatives to the Legislative and Executive branches, the people have the full right to elect their representatives to the Judiciary.

However, the National Congress is in collusion with the Executive Branch, which usurps popular sovereignty and fails to fulfill its duty to regulate the people's right to elect their representatives to the Judiciary, through direct elections for Justices of the STF.

### *INSTITUTIONAL ACT NO. 1, OF APRIL 9, 1964.*

*(...) The Leaders of the victorious revolution, thanks to the action of the Armed Forces and the unequivocal support of the Nation, represent the People and in their name exercise the Constituent Power, of which the People are the sole holder. (...)*

### *CONSTITUTION OF THE FEDERATIVE REPUBLIC OF BRAZIL OF 1967*

*Art. 1° (...) § 1° - All power emanates from the people and is exercised in their name.*

*Art. 113 - The Supreme Federal Court (...)*

*§ 1° - The Ministers will be appointed by the President of the Republic (...)*

(Note) The AI – Institutional Act No. 01/64 and the Federal Constitution of 1967 were completely revoked by the Federal Constitution of 1988

A violation to the Democratic State of Law through usurpation of popular sovereignty of the right to vote

**2** - As long as the Judges of the STF - Supreme Federal Court are not directly elected by the Brazilian people, as determined by art. 1, sole paragraph with art. 14 and art. 101 of the CF/88 and as long as the legal challenges that I filed as of 12/07/2016 against the appointments of Alexandre de Moraes, Cassio Nunes, André Mendonça, Cristiano Zanin and Flavio Dino have not been answered; the STF is unconstitutional and illegal;

**FEDERAL CONSTITUTION OF 1988**

*Art. 1 The Federative Republic of Brazil, (...) constitutes a Democratic State of Law (...)*

*Sole paragraph. All power emanates from the people,(*)) who exercise it through elected representatives or directly, under the terms of this Constitution*

(*) (all legislative, executive and JUDICIAL powers cf. Art. 2 of the Federal Constitution)

*Art. 14. Popular sovereignty (GRIFEI) will be exercised by universal suffrage and direct and secret vote, (GRIFEI) with equal value for all, and, under the terms of the law, through:*

*Art.101. The Supreme Federal Court is composed of eleven chosen Justices*

(*) (According to art.21 of the Universal Declaration of Human Rights, art.25(a) of the International Covenant on Civil and Political Rights and art. 23 of the American Convention on Human Rights, the term CHOSEN means FREELY CHOSEN OR FREELY ELECTED

*Sole paragraph. The Justices of the Supreme Federal Court shall be appointed by the President of the Republic, after (*) the choice has been approved by an absolute majority of the Federal Senate.*

(*) According to Law 8112/90 and the Electoral Laws, the appointment to a public or political office may only be made (*) AFTER QUALIFICATION BY PUBLIC COMPETITION OR ELECTION

It should be added that in 2015, the Justices of the STF-BR, tacitly, in theory, declared themselves unconstitutional in their positions through the SV-43 :

*SÚMULA VINCULANTE (BINDING SUMMARY) N° 43 – of the STF-BR - Any type of appointment that allows a civil servant to be invested, without prior approval in a public examination for his/her appointment, in a position that is not part of the career in which he/she was previously invested is unconstitutional*

## FINANCIAL CRIMES SUBJECT TO IMPEACHMENT

**3** - In fact, presidential administrative decrees of appointments may be annulled by virtue of Summary 473- STF; salary payments are crimes against the public budget, subject to impeachment; according to articles 9, 10, 11 and 70 of Law 1079/50 – on Crimes of Responsibility.

Furthermore, the STF rulings may have their international recognition refused in democratic countries, where the orders do not need to be complied with, according to Habeas Corpus nº HC 73.454/STF, 1996.

## THE JUST CAUSE OF AMERICAN CITIZENS, THEIR COMPANIES AND EMPLOYEES TO TAKE ACTION IN THE US COURTS, THE CONGRESS, THE US GOVERNMENT AND THE RISK OF A DIPLOMATIC INCIDENT.

**4** - The unconstitutionality and illegality of the STF-BR is serious and has transnational repercussions, violating the Democratic Rule of Law, to which all United Nations committed in the American Democratic Charter and reaffirmed in SDG 16.3 of the 2030 Agenda.

This situation is unacceptable under the American constitutional legal system and therefore justifies American citizens and their companies defending themselves against the exceptionalities claimed by filing a lawsuit in the US Courts, through a declaratory judgment under the terms of art. 28 section 4104 combined with section 4102 combined with art. 18 sections 241 and 371 of the US CODE, arguing conflict of interest, violations of civil rights and refusal to recognize foreign jurisdiction due to a defect of origin abhorred by American constitutional law.

Also because the exercise of jurisdiction without the vote of the people is equivalent to the nullity of the process in which the lawyer acted without a power of attorney ad judicia or without express authorization given by the interested party, flagrantly violating the Rule of Law, determined in the UN SDG 16.3.

In the American system, although its Supreme Court judges are chosen by the President of the nation, he does not appoint their private lawyers.

The judges of the Supreme Court of the United States do not suppress or exercise the powers of the prosecutor's office, nor the functions of the police; they do not defend political-partisan ideologies; they maintain impartiality in the face of conflicts of interest; they do not consider themselves gods of impunity; they submit themselves to strict ethical control and are subject to impeachment proceedings; while in Brazil, the greatest disciplinary penalty for a judge is the award of mandatory retirement.

Furthermore, the people of the United States are democratically represented through judicial elections in most states and in the breadth and scope of small and large civil and criminal popular juries.

Americans can also invoke the 1st, 5th and 14th Amendments to the US Constitution for violations of freedom of speech and due process. As well as for violations of international human rights statutes. human rights, civil and political rights already mentioned, with art. 4, inc. II of the Federal Constitution of 1988 reinforced by the ***Habeas Corpus ruling No. 73,454 in the STF-BR itself:***

> ***"No one is obliged to comply with an illegal order, or to submit to it, even if issued by a judicial authority. Furthermore, it is the duty of citizenship to oppose the illegal order; otherwise, the Rule of Law is denied (STF, in HC 73,454, rapporteur Minister Mauricio Corrêa, 04/22/96, 2nd Section DJ 6/7/1996)"***

This case law refers to the same Rule of Law to which the United Nations committed itself through :

> ***SDG 16.3 (SUSTAINABLE DEVELOPMENT GOAL No. 16.3 OF THE UN 2023 AGENDA)***

*16.3 - PROMOTE THE RULE OF LAW, AT THE NATIONAL AND INTERNATIONAL LEVEL, AND GUARANTEE EQUAL ACCESS TO JUSTICE FOR ALL*

With regard to the principles of courtesy and international reciprocity, in the use of the Agreement on Legal Assistance in Criminal Matters (MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS), requests may be refused due to the illegitimacy and unconstitutionality of the requesting authority and for not meeting the legality requirements under articles III, IV, V and XIV.

It should be added that the exceptions imposed by Alexandre de Moraes in this context against Elon Musk, X-Corp, their employees, Michael Shellenberger, Ruble and others, may trigger a diplomatic incident due to **violation of art. 4, subparagraph II of the CF-88 and the principles of courtesy and reciprocity**:

*FEDERAL CONSTITUITION*

*ART. 4º - The Federative Republic of Brazil is governed in its international relations by the following principles: (...) - II - prevalence of human rights*;

Mainly because the exercise of jurisdiction without the vote of the people is equivalent to the nullity of the process in which the lawyer acted without a power of attorney ad judicia or without express authorization given by the interested party, flagrantly violating the Rule of Law, determined in the UN SDG 16.3.

## THE CORRUPTION INVESTIGATION INTO US$ 38 MILLION DOLLARS PAID BY THE USA TO BRAZIL AS JUST CAUSE

**5** - I will petition the Courts of the United States for the right to use freedom of expression in American territory to publish on social media and books about the unconstitutionality and illegality of the STF-BR.

And my just cause begins when I investigated the funds paid by the United States of America to Brazil, due to an International Agreement to Prevent and Combat Drug Abuse, Drug Trafficking and Money Laundering. Over the course of 25 years, the US provided Brazil with around US$38 million, of which US$346 thousand in 2017 went to the Ministry of Justice, which was under the command of Alexandre de Moraes.

## EVIDENCE OF CORRUPTION FILED IN CASES IN THE NEW YORK COURTS AND IN THE US STATE DEPARTMENT

I discovered that there is no accounting or evidence that the projects were carried out, nor does it even state what was done with the money received.

There is a risk that other amounts from the various international agreements between Brazil and the US may be suffering the same type of diversion.

In this regard, the documents are available in the proceedings Case 1:20-cv-07932 Southern District Court in New York, in Case 1:2020cv04090 Eastern District Court, and in Case control F-2016-07498 of the US DEP.STATE and in the Proceedings No. 00137.002670/2022-39 (22351539) of the CGU- Comptroller General of the Union (Brazil)

## FRAUD AND MISSING DOCUMENTS IN THE STF -BR

**6** - After investigating the possible corruption regarding the 38 million dollars paid by the US Government, I began to suffer intense persecution, including through the STF- Supreme Federal Court, with suppression of documents, prevarications and procedural fraud, (art. 305 and 319 and 347 of the Penal Code).

## OMISSIONS ABOUT THE THEFT OF 350 MILLION DOLLARS IN JEWELRY WITH POSSIBLE JEWISH BLOOD (STOLEN BY THE NAZIS)

**7** - The persecution and judicial harassment arose from the investigation into corruption in the international agreement between the United States and Brazil and affected my actions in which I was the victim of fraud in the selection process for Federal Delegate; the victim of fraud in the administrative disciplinary process and my questioning of the flaws in the investigations into the theft of 350 million dollars in jewelry, possibly with Jewish blood, from prisoners robbed and thrown into Nazi concentration camps, as stated in Proceeding 0012499-85.2022.8.26.0053 - 12th Court of São Paulo. -

TJSP. (see 30 volumes of process 0086459-69.2011.8.26.0050 - 4th Criminal Court - Barra Funda Central Forum / SP and Processes No. 00001.000819/2023-61 No. 00001.000818/2023-17 and No. 00001.007109/2023-62 - SUPER /Pres.República.

## ON JUST CAUSE ANTECEDENT AND GROUNDS

Omission of the Executive and Legislative branches and the Federal Council of the OAB -

In protest against judicial harassment, I extrajudicially notified the President of the Republic, through the AGU, with nº. 16,513,270, by the CDT - Centro de Distribuição de Títulos de S. Paulo, in december/07/2016, petitioning the right of the people to elect our representatives before the Judiciary, as guaranteed in art. 1, sole paragraph, combined with art. 101 and art. 2 and art. 14 of the Federal Constitution.

I reiterated the petition to the President of the Republic by registered mail SB-AR-32224498 3 BR and by means of extrajudicial notification reg. no. 1,810,829 - 6th Civil and Legal Entity Registry Officer of the Capital-SP. I petitioned the President of the Federal Senate on 12/22/2016 by registered mail. NºSB 322244970 BR and then PETITION FOR THE RIGHT TO LEGISLATIVE INJUNCTION Nº00100.201911/2016 (12/22/2016) – SF attached to Process 00200.004328/2017-03 of the Federal Senate. )

In January 2017, Minister Teori Zavascki passed away and, in view of that notification from December 2016, I filed my objections to the nomination, hearing and the Presidential Decree of February 22, 2017 (Extra Edition of the Official Gazette of the Union No. 38-A) corresponding to the administrative act appointing Alexandre de Moraes to the position of Minister of the STF:

## THE CHALLENGES SENT DIRECTLY TO THE STF - FEDERAL SUPREME COURT ALSO DISAPPEARED WITHOUT RESPONSES:

(AR - Aviso de Recebimento = RN - Receipt Notice)

**(1) - (AR) SB 32045974 3 BR – PROT. STF GUIDE No. 179,207 on
03/23/2017**

**(2)- (AR) DV 72338165 5 BR – PROT.STF GUIDE No. 179,431 on
03/28/2017**

**(3)- (AR) JR 51706541 5 BR – PROT.STF GUIDE No. 182,016 on
07/03/2017**

**(4)- (AR) PL 19232753 4 BR – PROT.STF GUIDE No. 182,835 on
08/03/2017**

I repeated the objection with representation for the initiation of administrative proceedings under Law 9784/99, based on notification No. 9,64,107 of 06/18/2021 – 3rd of. rtd/sp ref. petition for the right to exercise sovereignty for popular elections of the judiciary – STF – vs. André Luiz Mendonça

In 2023, I challenged the appointments of Cristiano Zanin and Flavio Dino through Proceedings No. 00001.000818/2023-17 and No. 00001.000819/2023-61 - SUPER /SEI of the Presidency of the Republic, previously informed by process AGU NUP 00414.001919/2016-24 of the Federal Arbitration Chamber.

I challenged them, in the Federal Senate by EXTRAJUDICIAL NOTIFICATION prot. No. 01024164, on 07/20/2023, Office of the 1st Civil Reg. of Brasília – DF.

There was never an effective response from any of the three branches of government, and the Brazilian government had a legal obligation to institute due process of law for annulment, according to **ACT NO. 9,784, OF JANUARY 29, 1999 (Law that Regulates the Administrative Process within the Federal Public Administration)**:

> *Art. 53. The Administration must annul its own acts, when they are tainted with legal defects, and may revoke them for reasons of convenience or opportunity, respecting acquired rights.*

> *(...) § 2. Any measure of administrative authority that implies a challenge to the validity of the act is considered an exercise of the right to annul.*

Instead, the Government prevaricated and suppressed the challenges filed, without instituting due process of law and without responding. Until due legal process is instituted under Law 9784/99, Alexandre de Moraes is, in theory, precariously in office and theoretically has no constitutional legitimacy to exercise jurisdiction, by force of **Summary 473 of the STF itself, which determines**:

> *"The administration may annul its own acts, when they are tainted with defects that make them illegal, because they do not originate rights; or revoke them, for reasons of convenience or opportunity, respecting acquired rights, and in all cases, subject to judicial review."*

## OMISSION OR "FEAR" OF THE PRESIDENT OF THE FEDERAL COUNCIL OF THE OAB - BRAZILIAN BAR ASSOCIATION???

Notwithstanding, on October 18, 2023, through Extrajudicial Notification 8045341 of the 1st Civil Registry, Titles and Documents and Legal Entities Office of Brasília / DF - Registration: 1026302, Digital Seal: TJDFT20230210066919BDAN, reiterated on March 1, 2024 (ID. 8078625) under No. 01031152., I notified the PRESIDENT OF THE FEDERAL COUNCIL OF THE OAB - under the terms of art. 54, Inc. XIV of the Statute of the Brazilian Bar Association and the rights provided for in art. 133 of the Federal Constitution and art. 44, inc. I and II, with art. 54, inc. I, II and III of Law No. 8,906, of July 4, 1994, to file a WRIT OF INJUNCTION to restore the Rule of Law and suppress the missing legislative norm so that the people may exercise their right to elect representatives to the Judiciary:

> **FEDERAL CONSTITUTION:**
>
> *Art. 5° (...) Inc. LXXI - a writ of injunction shall be granted whenever the lack of a regulatory norm makes it impossible to exercise constitutional rights and freedoms and the prerogatives inherent to nationality, sovereignty and citizenship.*

To date, the President of the Federal Council of the OAB has remained completely silent. The unjustified omission may be related to intimidation or veiled censorship, as it seems strange that the OAB - Brazilian Bar Association should be cowardly in its constitutional duty to the Brazilian Nation.

## THE PRESIDENT OF THE REPUBLIC CANNOT CHOOSE THE JUDGES OF THE FEDERAL SUPREME COURT

The choice of the Judges of the Federal Supreme Court is made by the the President of the Republic, is unconstitutional, as it submits the Judiciary to the Head of the Executive Branch. This usurpation of popular sovereignty flagrantly violates the independence of powers determined in **art. 2 of the Federal Constitution:**

> *Art. 2 The Powers of the Union, independent and harmonious among themselves, are the Legislative, the Executive and the Judiciary.*

It is important to clarify that the duty of appointment given to the President in art. 85, item XIV of the Federal Constitution, is not to be confused with the right of choice that belongs to the people, holder of the power, under the terms of art. 1, paragraph Sole with art. 14.

It is worth noting that the act of appointment to fill an effective public office is secondary and dependent on the primary act of qualification, which occurs through approval in a public examination or election, as per Law 8112/90:

> ***LAW 8112/90 – LEGAL FRAMEWORK FOR UNION PUBLIC SERVANTS***
>
> *Art. 3. A public office is a set of duties and responsibilities provided for in the organizational structure that must be assigned to a public servant.*
>
> *Sole paragraph. Public offices, accessible to all Brazilians, are created by law (GRIFEI) with their own name and salary paid from public funds, for appointment on an effective basis (GRIFEI) or by commission.*
>
> *Art. 10. Appointment to a career position or isolated position for effective appointment depends on prior qualification (\*) in a public examination of tests or tests and qualifications, in accordance with the order of classification and the term of validity.*

And the 1988 constituent, among which Michel Temer and Luiz Inácio Lula da Silva, only approved an exception authorizing the President of the Republic to directly choose members for the Judiciary. This involves the selection of five civilians to be appointed **as judges of the STM – Superior Military Court and no others:**

> *Art. 123. The Superior Military Court shall be composed of fifteen lifetime Ministers, appointed by the President of the Republic, after the nomination has been approved by the Federal Senate, three of whom shall be from among general officers of the Navy, four from among general officers of the Army, three from among general officers of the Air Force, all active and holding the highest rank in their career, and five from among civilians.*

> *Sole paragraph. The civilian Ministers shall be "chosen" by the President of the Republic from among Brazilians over thirty-five and under seventy years of age, namely: (As amended by Constitutional Amendment No. 122, of 2022); I - three from among lawyers of renowned legal knowledge and impeccable conduct, with more than ten years of effective professional activity; II - two, by equal choice, from among auditor judges and members of the Public Prosecutor's Office of Military Justice.*

The right to elect the Ministers of the STF is exclusively vested in the people, as deduced from the term "chosen" in the caput of art. 101 of the Federal Constitution, which means "elected" and originates from the term "freely chosen" in art. 21 of the Universal Declaration of Human Rights. This term was ratified in article 25 of the International Covenant on Civil and Political Rights and duly translated in article 23 of the American Convention on Human Rights as "freely elected".

### FEDERAL CONSTITUTION

**Art. 101. The Supreme Federal Court is composed of eleven Ministers chosen (...)**

**Sole paragraph. The Ministers of the Supreme Federal Court shall be appointed by the President of the Republic, after (\*) the selection has been approved (...).**

### UNIVERSAL DECLARATION OF HUMAN RIGHTS

*Art. 21 -* **Everyone** *has the right to take part in the government of his country, directly or through* **freely chosen** *representatives (gri). Everyone has the right to equal access to public office in his country.*

*The will of the people shall be the basis of the authority of public authorities and shall be expressed in fair elections to be held periodically by universal and equal suffrage and by secret vote or by equivalent procedures which* **safeguard freedom of vote.**

### INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS

*ART. 25 -* **Everyone** *shall have the right and the opportunity, without any of the forms of discrimination mentioned in article 2 and without unfounded restrictions:*

*a) To take part in the conduct of public affairs, directly or through* **freely chosen** *representatives; b) to vote and to be elected in periodic, genuine elections held by universal and equal suffrage and by secret ballot, which guarantee the free expression of the will of the voters; c) to have access, under general conditions of equality, to public office in their country.*

*AMERICAN CONVENTION ON HUMAN RIGHTS*

*ARTICLE 23 - Political Rights*

*1**. All citizens** shall enjoy the following rights and opportunities:*

*a) to take part in the conduct of public affairs, directly or through **"freely elected"** representatives; (emphasis added)*

*b) to vote and to be elected in periodic, genuine elections held by universal and equal suffrage and by secret ballot, which guarantee the free expression of the will of the voters; c) to have access, under general conditions of equality, to public office; s public functions of their country.*

## THE LEGISLATIVE POWER'S OMISSION

Due to the legislative branch's omission, the positions of Ministers (judges) of the STF – BR, despite being provided for in the Federal Constitution, have not yet been technically created, either under Law 8112/90 or through electoral legislation applicable to the case.

It is not enough for the positions to be provided for in the Constitutional text. They must be created by law that regulates the form of qualification, investiture, attributions, statutory regime and respective budgetary allocation:

*LAW 8112/90 – LEGAL FRAMEWORK FOR PUBLIC SERVANTS OF THE UNION*

*Art. 3. A public office is the set of attributions and responsibilities provided for in the organizational structure that must be assigned to a public servant.*

*Sole paragraph. Public positions, accessible to all Brazilians, are created by law (GRIFEI) with their own name and salary paid from the public coffers, to be filled on an effective basis (GRIFEI) or by commission.*

All other public legal positions (magistrate, public prosecutor, public lawyer, public defender) have their own complementary laws considering that it is prohibited by law to work for the State without pay.

LC 35 of 1979 (Organic Law of the Judiciary) was compatible with AI-01 of 1964 and with the Constitution of the Military Regime of 1967, but it came into conflict with the Constitution of 1988. It so happened that the position of Minister of the STF, provided for in art. 101, has not yet been constitutionally created by mandatory law. There is no rule that determines the form of qualification and investiture in political office through the due electoral process

The position of Minister of the Supreme Federal Court is not even created in the legislation specific to the staff of that Court:

*- Manual of Description and Specification of Positions. (note: 37 POSITIONS) -- Resolution No. 776/2022 - Provides for appointment, designation, possession, exercise, dismissal and dismissal within the scope of the Supreme Federal Court. - Resolution No. 711/2020 - Approves the Code of Ethics for the Servants of the Supreme Federal Court.- Law No. 11,617/2007 - Creates positions in the Staff of the Secretariat of the Supreme Federal Court.- Law No. 11,416/2006 - Provides for the Careers of Servants of the Judiciary of the Union -- Law No. 12,774/2012 - Amended Law No. 11,416/2006, sets the remuneration values.*

The positions of Judges of the STF-BR, as they are elected political positions, should have their qualification and investiture by electoral choice in the same way as other elected political positions of popular representation.

Just as the positions of councilman, deputy, senator, mayor, governor and president have their qualification by election, investiture and provision provided for in the Constitution itself in articles 8, paragraph 9 and articles 27, 28, 29, 44, 45, 46, 76, 77, 78; and by the Electoral Code, LC 64/90 and ordinary laws.

With regard to the possible mandatory party affiliation, this is an imposition that violates the right guaranteed by art. 23 of the American Convention on Human Rights.

The issue of the right to run for office without party affiliation has been under discussion for 8 (eight) years in RE 1238853 and has yet

to be resolved by the STF. However, this does not prevent the creation of a candidacy for Justice of the STF, due to the prohibition imposed by the Federal Constitution itself:

Art. 95. Judges enjoy the following guarantees: (...) Sole paragraph. Judges are prohibited from: (...) III - engaging in political-partisan activities.

## JUSTERS DECLARED THEMSELVES UNCONSTITUTIONAL IN SV-43/STF

In this legislative omission regarding the creation of positions, the current Justices of the same STF tacitly declared their own unconstitutionality:

*SÚMULA VINCULANTE (BINDING SUMMARY) 43 - STF - Any type of appointment that allows a civil servant to invest himself, without prior approval in a public examination for his appointment, in a position that is not part of the career in which he was previously invested is unconstitutional.*

It turns out that current Justices of the STF-BR are illegally paid as if they were Federal Magistrates. In addition to not having taken the mandatory public examination for the career of Federal Magistrate, this equivalence is prohibited by the Federal Constitution and constitutes a misuse of the public budget:

*FEDERAL CONSTITUTION*

*Art. 37. The direct and indirect public administration of any of the Branches of the Union, the States, the Federal District and the Municipalities shall comply with the principles of legality, impartiality, morality, publicity and efficiency, and also with the following (...)*

*II - the appointment to a public office or job depends on prior approval in a public examination of tests or tests and qualifications, according to the nature and complexity of the office or job, as provided for by law, except for appointments to a commissioned position declared by law to be freely appointed and dismissed;*

*XIII - the linking or equivalence of any types of remuneration for the purpose of remunerating public service personnel is prohibited;*

Under the terms of L. RF - Fiscal Responsibility Law, in the LDO - Budget Guidelines Law and in the LOA - Annual Budget Law, the position of Minister of the STF-BR does not exist for the Public Budget.

There is also no accounting heading that authorizes public spending, since the position was not created by law that provides for the method of qualification, investiture, provision and attributions to be paid for by the public coffers.

I extrajudicially notified the President of the Chamber of Deputies and informed the Deputies and Senators of the Committees responsible for the Union's budget laws, but they all failed to respond.

In fact, the current Justices of the STF are appointed in an illegitimate and unconstitutional manner, and they also indicate violations of the Law on Crimes of Responsibility that are subject to impeachment proceedings against the President of the Republic and the respective Justices of the STF:

*LAW 1079/50 - CRIMES OF RESPONSIBILITY*

*Art. 9° The following are crimes of responsibility against probity in administration: (...) (5) - violating legal norms in the provision of public positions;*

*Art. 10. The following are crimes of responsibility against the budget law: (...) (4) - Clearly and in any way violating a provision of the budget law.*

*Art. 11. The following are crimes against the safekeeping and legal use of public funds: (1) - ordering expenses not authorized by law or without observing the legal provisions relating to them;*

*Art. 70. In the event of conviction, the accused is immediately removed from office*

Due to the anomalies, every court order is, in theory, an illegal order. Given the above, theoretically this would be the current constitutional situation:

*- Challenged and absolutely illegitimate and unconstitutional (cf. Art. 1, sole paragraph, 2, 14 and 101 CF and SV n° 43 of the STF): Justice Alexandre de Moraes; Justice André Mendonça; Justice Cristiano Zanin; Justice Flávio Dino*

*– Illegitimate (cf. Art. 1, sole paragraph, 2, 14 and 101 CF) and unconstitutional (cf. SV n° 43 of the STF): Justice Luís Roberto Barroso – President; Justice Edson Fachin - Vice-President; Justice Gilmar Mendes - Dean; Justice Cármen Lúcia; Justice Dias Toffoli;*

*– Illegitimate (cf. Art. 1, sole paragraph, 2, 14 and 101 of the Federal Constitution) and relatively unconstitutional (cf. SV n° 43): Justice Nunes Marques, as he was a judge under the 5th constitutional law and already received salaries as a Federal Magistrate before the STF and Justice Luiz Fux, as he is a career magistrate who passed a public exam and already received salaries as a Federal Magistrate before being appointed to the STF.*

## SOME PROCEDURAL FRAUDS AND SUCCESSIVE MISCONDUCT THE CORRUPTION INVESTIGATION INTO THE US$ 38 MILLION PAID BY THE UNITED STATES TO BRAZIL

Alexandre de Moraes : As Minister of Justice, he did not comply with the Reperc. General T. 784 and in the STF, voted against me in ARE 1353377 (5003029-21.2018.4.03.0000-TRF-3). In addition to being a victim of fraud in a competition for Federal Police Delegate, I was ordered to pay 110% of the amount in dispute.

He voted for my conviction to pay increased fees in ARE 1383711- STF on Proc. 0018108-54.2019.8.26.0053 - 4th V. JEFAZ/TJSP and Proc. 001249985.2022.8.26.0053 - 12th V. Faz.

Pub. -TJSP, referring to the false accusation in the dismissal PAD 85/20 of the Civil Police Inspectorate of SP.

In this case, the STF prevaricated and suppressed the judgment of an evidentiary guardianship, in ARE 1383711 - (Evidence Guardianship 38261/2022 Petitioned on 05/23/2022 - Rec. on 05/23/2022 23:00:49, by EXTR.REC. GER.

The STF prevaricated in complying with its own decisions in MI (Injunction Writ) 755 c/c SV - Binding Summary 33 in the records of Rcl. 13,104 and AR 2745. And it also failed to comply with its own decision in General Repercussion Theme 784, in RCI. 34,268 and ARE 1353377 -5003029-21.2018.4.03.0000-TRF 3.

Also suppressed the judgment of the Procedural Appeal - Petition: 19246 Date: 04/30/2014 13:54:42.424 GMT-03:00, in the proceedings of RCl 13,104; of (ARE 1383711);

- suppressed the judgment of the Evidence Protection 38261/2022 Petitioned on 05/23/2022 - Rec. 05/23/2022 23:00:49 Gen. Extr. Rec. (AR 2745)

- suppressed the judgments of the Ped. stay until solution of COERCION IN THE COURSE OF THE ACTION -105584/2020 Petitioned on 12/10/2020 - Rec. 12/10/2020 15:43:51 by GPOC;- 103750/2020 Petitioned on 12/4/2020 - Received on 12/4/2020 2:49:00 PM by GPOC.

Several petitions preceding HC 139573 disappeared. Then, the 4 challenges to the appointment of Alexandre de Moraes (already described) and 13 other miscellaneous petitions disappeared (AR - Aviso de Recebimento = RN - Receipt Notice):

(5)- (AR) DN 54285344 5 BR - STF PROTOCOL No. 168,372 on 05/06/2016;

(6)- (AR) JO 61249059 4 BR - STF PROTOCOL No. 168,624/15 on 05/13/2016; (7)- (AR) JO 09882054 6 BR - STF PROTOCOL No. 168,812 on 05/18/2016;

(8)- (AR) JO 65472111 8 BR - STF PROTOCOL No. 169,189 on 05/30/2016;

(9)- (AR) JO 61247656 1 BR - STF PROTOCOL No. 169,972 on 06/17/2016;

(10)- (AR) DV 35609801 2 BR - STF PROTOCOL No. 175,394 on 11/28/2016; (11)- (AR) JR 14025083 0 BR - STF PROTOCOL No. 175,908 on 12/12/2016;

(12)- (AR) D V 71949650 1 BR - STF PROTOCOL No. 180,624 on 05/15/2017;

(13) - (AR) DV 65173515 2 BR - STF PROTOCOL No. 181,477 on 06/12/2017;

(14) - (AR) JR 51706542 9 BR - STF PROTOCOL No. 182,016 on 07/03/2017;

(15) - (AR) JH 55506724 9 BR - CORREGEDORIA/CNJ PROTOCOL - jlm TJ MAT.s064520-STJ on 03/11/2015; (16)- (AR) JH 54917383 5 BR - PROTOCOL CORREGEDORIA/CNJ - jlm TJ MAT.s064520-STJ on 04/20/2015; (17)- (AR) JH 81374173 1 BR - PROTOCOL CORREGEDORIA/CNJ - jlm TJ MAT.s064520-STJ on 05/06/2015;

(*) The challenges from the year 2023 have not yet been answered.


**INFORMATION on CASE FILES IN THE FEDERAL COURTS OF NEW YORK – USA, ON POSSIBLE MISAPPROPRIATION OF US$ 346,602.00 ON 09/10/2016, PAID BY THE US GOVERNMENT TO THE MINISTRY OF JUSTICE UNDER THE MANAGEMENT OF MINISTER ALEXANDRE DE MORAES.**

Case 1:20-cv-07932 Southern District Court in New York ; Case 1:2020cv04090 Eastern District Court in New York ; ( Ref. : According to Decrees 179/24-July-1991 to 2242/02-July-1997, the United States of America maintains an international cooperation agreement with Brazil to combat drug trafficking and reduce demand, which was later extended to combat transnational organized crime and money laundering.

The transfer of financial aid from the USA to BRAZIL to fund projects took place through periodic memorandum provided for in the Agreement.

Memorandum were found from 1992 to 2 008, with addendum letters until at least 2016, for a total of approximately US$

38,304,402.00 (THIRTY-EIGHT MILLION, THREE HUNDRED AND FOUR THOUSAND, FOUR HUNDRED AND TWO DOLLARS)


### *THE REQUEST*

I request that the present complaint be admitted by this IACHR-OAS, with subsequent sending of documents that are in the possession of the Government of Brazil itself, to investigation of the violations described against the Justices of the STF – Federal Supreme Court, the President of the Federal Senate and the President of Brazil and thus forwarded to the Inter-American Court of Human Rights for fulfillment of the following requests:


*1 – RIGHT TO FREEDOM OF EXPRESSION FOR THE DISCLOSURE OF EDITIONS AND PUBLICATIONS OF ARTICLES, BOOKS AND ANY MATERIAL ON THE TOPICS DESCRIBED BELOW, UNDER THE EXEMPLARY TITLE - "ABOVE THE LEFT AND THE RIGHT THE ILLEGALITY OF THE STF – FEDERAL SUPREME COURT OF BRAZIL AND OTHER FRAUDS AND THE URGENCY OF PUTTING INTO AN INTERNATIONAL TREATY IN DEFENSE OF THE RULE OF LAW (TREATY OF SDG 16.3)":*


*- ELECTED JUDGES OF THE STF – BRAZIL BY THE LAW OF THE MILITARY DICTATORSHIP IN THE FULLEST DEMOCRACY: USURPATION OR FAKE NEWS?*


*- CORRUPTION OF US$ 38 MILLION DIVERTED FROM THE INTERNATIONAL AGREEMENT WITH THE USA;*


*- FAILURES IN THE INVESTIGATION OF US$ 350 MILLION IN JEWELRY POSSIBLY STOLEN FROM JEWISH PEOPLE DURING NAZISM;*


*- DENIAL OF TOURIST VISAS FOR THE USA AND CANADA TO MY SON*

*- FRAUD IN THE EXAM FOR FEDERAL POLICE DELEGATE;*

*- FALSIFICATION OF MY CARDIAC CATHETERIZATION AND MEDICAL FRAUD IN THE DEATHS OF MY FATHER AND MY BROTHER;*

*- JUDICIAL AND ADMINISTRATIVE PROCEDURAL FRAUDS WITH THE USE OF THE COMPLAINTS' OFFICES TO PERSECUTE AND DESTROY PEOPLE;*

*(AND/OR SIMILAR TOPICS)*

*2 – RECOGNITION OF THE VIOLATION OF THE DEMOCRATIC RULE OF LAW (SDG 16.3/UN) DUE TO THE ILLEGALITY OF THE STF – BRAZIL AND RECOGNITION AND COMPLIANCE WITH THE RIGHT OF THE BRAZILIAN PEOPLE TO DIRECTLY ELECT THE MINISTERS OF THE STF, THROUGH THE EXERCISE OF POPULAR SOVEREIGNTY IN THE FREE CHOICE OF THE PEOPLE'S REPRESENTATIVES IN THE JUDICIARY, in compliance with Art. 23 of the American Convention on Human Rights with Art. 1, Paragraph. Unique, Art. 14, Art. 101 of the Federal Constitution of 1988, art. 21 of the Universal Declaration of Human Rights, art. 25 of the International Covenant on Civil and Political Rights and SDG 16.3/UN Agenda 2030*.

N. Terms, P. Approval - BRAZIL, S. Paulo, April 23, 2024

Documento assinado digitalmente
**gov.br** MARCAL HONDA
Data: 04/09/2024 04:24:55-0300
Verifique em https://validar.iti.gov.br

**MARÇAL HONDA**

**(free from far-right or far-left ideologies)**

Tel. Whatsapp: +55 11 94550-3917 -e-mail: honda17usa@gmail.com
R. Andradas, 47 –Luz – S.Paulo – SP- BRAZIL - CEP. 01208-001