Dear Sirs:

Ref. **_Question about electronic submission of the MOTION for the Civil Action 8:25 - cv -411_**

    I would like to kindly ask you to inform me if I proceeded correctly in sending the Motion on March 4, 2025.

    And if the Motion is under regular analysis or if I still need to take any further steps to regularize the forwarding for acceptance of the document and analysis of the request.

    Should I wait?

    Thank you very much for your dedicated attention.

                                                    BRAZIL, São Paulo, March 6, 2025



Documento assinado digitalmente
MARÇAL HONDA
Data: 06/03/2025 15:04:10-0300
Verifique em https://validar.iti.gov.br

                                                    by MARÇAL HONDA