# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**RUMBLE INC. and TRUMP**

**MEDIA & TECHNOLOGY GROUP ORP**.

Initial plaintiffs, and

**MARÇAL HONDA,**

Incidental plaintiff

v.

**ALEXANDRE DE MORAES**

Justice of the Supreme Federal

Tribunal of the Federative Republic of Brazil

Defendant.

**Civil Action No. 8:25-cv-411**

**MOTION FOR For the hearing of the President of the United States, DONALD TRUMP; the Attorney General of the United States; the Secretary of State MARCO RUBIO and the Chief of the White House DOGE, ELON MUSK, on the thesis of DISRUPTION OF THE DEMOCRATIC ORDER and other State interests.**

**HONORABLE JUDGE,**

**MOTION for the hearing of the President of the United States, DONALD TRUMP; the Attorney General of the United States; the Secretary of State MARCO RUBIO and the Chief of the White House DOGE, ELON MUSK, on the thesis of DISRUPTION OF THE DEMOCRATIC ORDER and other State interests.**

**RECENT FACTS**

1-      First of all, I fully reiterate everything I claimed in my motion of March 4, 2025 and clarify that I have not yet obtained a pro bono attorney.

2-      That is why I anticipate a petition for the possible possibility of appointment by this court to some pro bono program signed with the FLORIDA BAR (access to the Florida BAR website is blocked in Brazil).

3-      I also anticipate the request for judgment in pauperis and with exemption from payment of fees and costs.

4-      Later, I will forward the respective forms and translated document, which proves that the salary of a police officer in Brazil is at least six times lower than that of a police officer in the US, including at the current exchange rate of the dollar.

5-      Next, I would like to inform you that on March 13, 2025, I received a message from Rumble's lawyer asking me to withdraw from this action by 5:00 p.m. on the 14th, under penalty of opposition from them.

6-      I regret that Rumble has no interest in contesting the constitutional and jurisdictional illegitimacy of Alexandre de Moraes.

7-      The other plaintiff, TRUMP MEDIA, did not speak out against my intervention.

**GROUNDS OF THE APPLICATION**

**" DISRUPTION OF THE DEMOCRATIC ORDER "**

8-      With all due respect that I owe to this court and the parties, I ask that you consider the fact that I brought to this process much more than a simple individual complaint.

9-      I have revealed here a matter of State and priority for the US Government, for American citizens and their companies.

10-     Unless I am mistaken, it is in the public interest that the government of the country that is the Guardian of World Democracy speak out and act (or not) against the DISRUPTION OF THE DEMOCRATIC ORDER, which I have denounced, now through this court.

11-     On September 11, 2002, the United States signed the Democratic Charter of the Organization of American States, under the commitment to combat any "disruption of the democratic order or an alteration of the constitutional order that seriously affects the democratic order in a member state."

12-     And I have technically proven that there is a disruption of the democratic order in Brazil, due to the alteration of the constitutional order consummated by the submission of the judiciary to the executive branch.

13-     I clarified in my thesis that on October 5, 1988, the presidential prerogative to choose justices to the STF was revoked by art. 1, para. The only provision of the Federal Constitution, with art. 2, art. 14 and caput of art. 101.

14-     And the continuation of the prerogative revoked in 1988 constitutes usurpation of the sovereignty of the democratic vote for the constitutional election of its representatives in the judiciary, based on the direct election of the ministers of the STF.

15-     The seriousness of the impact on the democratic order is proven by the state of judicial terror installed to shield the usurping executive power, through censorship and violence against fundamental freedoms unleashed through the ongoing judicial repression.

16-     And this time, directly affecting American citizens and their companies.

17-     As well as revealing the crime of fraud against the US Government, by concealing relevant facts in the international relations treaties between the two nations.

18-     Brazilian rulers - among them Michel Temer, tutor of Alexandre de Moraes and Lula da Silva, who as constituent deputies in 1988, approved the revocation of the aforementioned presidential prerogative - have been hiding from the US government for over 30 years that the judges of the court that commands the Brazilian judiciary are all illegitimate.

19-     And according to Binding Precedent No. 43 of the STF itself, all of these ministers are unconstitutional and occupy their positions illegally.

20-     Further proof of the BREAKDOWN OF THE DEMOCRATIC ORDER is the fact that Temer and Lula, as constituents, also approved art. 123 of the Federal Constitution, as the only exception to the presidential prerogative to choose only five civilians for the STM - Superior Military Court.

21-    And yet, as federal deputies, Temer and Lula saw the approval of Law 8112/90, by which the appointment to the position of judge minister of the STF, by direct appointment by the president of the republic, is illegal.

22-    In other words, there is a BREAKDOWN OF THE DEMOCRATIC ORDER, with violation of the right of American citizens and their companies to be judged by legitimate judges in legally constituted courts, just as foreigners are judged by the US judiciary.

23-    I also clarified that the aggravating evidence of this BREAKDOWN OF THE DEMOCRATIC ORDER consists in the criminal disappearance of the challenges that I presented against the appointment of Alexandre de Moraes to the STF.

24-    According to what Alexandre de Moraes himself states in his updated book on Constitutional Law, the crimes of malfeasance (art. 319 – CPB) and suppression of documents (art. 305 – CPB) , of my missing constitutional petitions, grant me the clear and certain right to a writ of mandamus and a class action.

25-    All with criminal, administrative and civil liability of the agents and authorities and annulment of the contested appointment act, with consequent annulment of all their decisions and return of all salaries received unconstitutionally.

26-    It is worth highlighting here that the premise declared by Alexandre de Moraes to justify his actions, about the obligation that Americans have to comply with Brazilian laws, is a two-way street. Because before demanding respect, he should give himself the respect of complying with Brazilian legislation.

27-    But that is not what he does. If Alexandre de Moraes complied with Brazilian legislation, he would have to recognize its unconstitutionality, annul all his decisions, request dismissal from office, return power to the people, return all salaries and apologize.

28-    Furthermore, I added that there may be representation for the impeachment of the president to ministers for the crimes of responsibility for filling public office outside the legal provisions and paying salaries in disagreement with the law.

29-    It is enough to verify that the position of Minister of the STF does not exist in the LDO – Budget Guidelines Law. This fact makes the payment of salaries a financial crime against the public coffers of the Union.

30-    I explained in this sense that the position of Minister of the Supreme Federal Court, provided for in art. 101 of the Federal Constitution, technically does not yet exist for the LDO, because its creation depends on an electoral law that guarantees the people the right to elect ministers in direct elections.

31-    The condescending omission of the Brazilian Legislative Branch does not authorize the DISRUPTION OF THE DEMOCRATIC ORDER.

32-    If this is not enough to confirm the interest of the US Government, its citizens and companies, according to my thesis, it remains to be seen whether there is interest in the QUI TAM lawsuit, to recover the 38 million dollars provided by the US to Brazil, diverted through corruption.

33-    Of this total, 346 thousand dollars were allocated to the Ministry of Justice, when that agency was under the command of Alexandre de Moraes.

34-    Regarding the persecution I am suffering due to this investigation into the corruption of US money, it is enough to summarize the hell I was subjected to in the process instituted by Alexandre de Moraes' trusted man.

35-    They tried to expel me from the police, after I had served with dignity, more than 30 years of my career serving and protecting.

36-    Also in this regard, I need to know about the US interest in the obstruction of documents practiced by the executive secretariat of the IACHR/OAS, preventing the forwarding of complaint P-1523/24 and other related complaints, for consideration and judgment by the Inter-American Court of Human Rights.

37-    In other words, the IACHR/OAS itself, defending the DISRUPTION OF THE DEMOCRATIC ORDER.

38-    Furthermore, it is considered that the possibility of this court declaring that it no longer recognizes the legitimacy of the current Brazilian judiciary, in order to render its requests and sentences unenforceable, is under judgment here.

39-    Everything, until the rule of law is reestablished in Brazil, through democratic elections, with the people voting to legitimize their representatives in the judiciary, based on direct elections of the justices of the STF.

**REQUEST**

40-    With due ethical respect and without any disrespect to the lawyers of TRUMP MEDIA, but since this is a matter of State, in view of the above, as a matter of urgency, I respectfully request that before this Court rules on my participation in the action, I request that the President of the United States, Donald Trump, be heard, to express whether or not the United States Government is interested in my thesis of DISRUPTION OF THE DEMOCRATIC ORDER.

41-    As well as, for the same reasons, the Attorney General of the United States be heard, including on the crimes of fraud by concealment against the United States Government and corruption of the 38 million dollars already mentioned and on the obstruction practiced by the Executive Secretary of the IACHR/OAS.

42-    In the same sense, the Secretary of State of the United States, MARCO RUBIO, and the Head of the DOGE – Department of Government Efficiency of the White House, ELON MUSK, be heard.

43-    After such demonstrations, Rumble's opposition and Trump Media's possible demonstration should be analyzed.

44-    Next, perhaps, for my part, the cause will be ripe to believe in a "DIRECT ELECTIONS NOW TO THE STF" movement, born from an international constitutional thesis, defended in a US court, to defend the rule of law in Brazil.

Date: March 4, 2025



Documento assinado digitalmente
**MARCAL HONDA**
Data: 14/03/2025 18:23:19-0300
Verifique em https://validar.iti.gov.br

**MARÇAL HONDA**

Respectfully submitted.

By: MARÇAL HONDA, Brazilian voter, retired Police Chief, Independent Lawyer, registration no. 486,798 – OAB/SP; Professional Journalist no. 45,561/SP-MTb, member of the FIJ – International Federation of Journalists, no. BR/19,182

Tel. Whatsapp: +55 11 94550-3917 -e-mail: honda17usa@gmail.com Rua dos Andradas, 47 – Bairro da Luz – São Paulo – SP- BRAZIL - CEP. 01208-001