## <u>NOTIFICATION to Mr.PRESIDENT DONALD TRUMP for HEARING or WRITTEN STATEMENT in Civil Action 8:25 - cv- 411 – Central District Court of Florida – Tampa Div.</u>

(with)

<u>PETITION to the US Government, pursuant to articles 8 and 20 of the Inter-American Democratic Charter, for IMMEDIATE CONVOCATION OF THE PERMANENT COUNCIL OF THE OAS TO EVALUATE THE DISRUPTION OF THE DEMOCRATIC ORDER IN BRAZIL with INTERNATIONAL HABEAS CORPUS BEFORE the Inter-American Court of Human Rights against possible acts of Alexandre de Moraes and other ministers of the STF; and against the obstruction of complaint P-1523/24 retained by the IACHR-OAS</u>.

To be delivered by ABC LEGAL

## To President DONALD TRUMP –

## at the WHITE HOUSE - or any employee authorized to receive correspondence

## 1600 Pennsylvania Avenue NW, Washington, DC 20500, USA

Ref. **CRIMES AGAINST THE U.S. GOVERNMENT arising from BREAKDOWN OF THE DEMOCRATIC ORDER**

**Victims**: Marçal Honda, U.S. Government; Mr. MARCO RUBIO, U.S. Secretary of State (Case Control F- 2026-07498), TRUMP MEDIA & TECHNOLOGY GROUP; CORP.; ELON MUSK, STARLINK AND X- CORP.; MICHAEL SHELLENBERGERE and others in the case of P-1523/24, MC 46/25, IACHR-OAS Petitions.

**Interested parties**: Ms. PAMELA BONDI, U.S. Attorney General; MR. ELON MUSK, Head of DOGE – US Department of Government Efficiency

**Defendants**: Alexandre de Moraes, ministers of the STF, Brazilian government officials and Tânia Paneaun Pansz, Executive Secretary of the IACHR – Inter-American Commission on Human Rights of the OAS (for the crime of Obstruction of proceedings -18 US Code – Chapter 73- § 1505), for the retention of complaints P-1523/24, MC 46/25, Petition 96769 and others.

**Mr. President DONALD TRUMP,**

I request that you do me the honor, extending to Ms. PAMELA BONDI, US Attorney General, to Mr. MARCO RUBIO, US Secretary of State; US to Mr. ELON MUSK, Head of DOGE – Department of Government Efficiency Government Efficiency to express themselves in writing or by hearing, in Civil Action 8:25 cv 411, on the interest of the US Government in the crimes of FALSE STATEMENTS INFLUENCING FOREIGN GOVERNMENT - 18 US Code – Chapter 45 - § 954 and FRAUD AND FALSE STATEMENTS - 18 US Code Chapter 47 § 1001 - , as well as, under the terms of articles 8 and 20 of the Inter-American Democratic Charter, in the IMMEDIATE CONVENTION OF THE PERMANENT COUNCIL OF THE OAS TO EVALUATE THE BREACH OF THE DEMOCRATIC ORDER IN BRAZIL c/c INTERNATIONAL HABEAS CORPUS, related to the CRIME OF OBSTRUCTION OF PROCEDURES - 18 US CODE – , CHAPTER 73- § 1505, as practiced by the Executive Secretariat of the IACHR/OAS in retaining Complaint P-1523/24, MC 46/25 and Petition No. 67969 in which American citizens and their companies are victims; and further, whether there is an interest in the QUI TAM Action 31 US Code - Chapter 37 - § 3730 civil actions for false claims, referring to the disappearance of $ 38,304,402.00 (thirty-eight million, three hundred and four thousand, four hundred and two dollars) paid by the U.S. Department of State to Brazil referring to Decrees 179/24-July-1991 and 2242/02-July-1997, considering also that I petitioned in this civil action 825 cv 411, so that under the terms of 28 U.S. - Chapter 163 - Code § 2467 - Enforcement of foreign judgment, (d): (1) - (A), (B), (C), (D) and (E). the federal court recognizes the illegitimacy of Alexandre de Moraes as a judge and declares the decisions of the Brazilian judiciary in American territory unenforceable due to the following facts summarized here:

1- **FOR MORE THAN THIRTY YEARS, BRAZILIAN GOVERNORS HAVE BEEN VIOLATING THE 1ST, 5TH, 6TH AND 14TH AMENDMENTS OF THE AMERICAN CONSTITUTION, AGAINST AMERICAN CITIZENS AND THEIR COMPANIES**.

These are violations committed through decisions by illegitimate judges, in actions in which Americans and their companies are subjected to censorship of freedom of expression, deprivation of due process and abusive blocking of American capital and private rights.

For more than three decades, Brazilian rulers have been committing CRIMES AGAINST INTERNATIONAL RELATIONS AND FRAUD AGAINST THE US GOVERNMENT BY HIDING THE UNCONSTITUTIONALITY AND LACK OF LEGITIMACY OF STF JUDGES.

Brazilian rulers hide the fact that on October 5, 1988, the constituents, among which were Michel Temer and Lula da Silva, approved the tacit revocation

of the presidential prerogative to choose the 11 (eleven) Ministers of the STF – Supreme Federal Court.

The 1988 constituents only maintained the prerogative of the President of the Republic to directly choose the Judiciary Branch of only 05 (five) civilians to form the STM – Superior Military Court.

As a consequence of the USURPATION OF POPULAR SOVEREIGNTY by violating art. 1, sole paragraph with art. 2, art. 14 and art. 101 of the Federal Constitution, Brazilian rulers subject Americans and their companies to decisions and judgments made by illegitimate judges, under the command of a court that has become unconstitutional, even violating the MLAT.

**2- THE USURPATION IS ELEMENTARY PROOF OF THE BREAKDOWN OF THE DEMOCRATIC ORDER, WHICH LEADS TO VIOLATIONS OF THE CONSTITUTIONAL RIGHTS OF AMERICANS AND THEIR COMPANIES**

The appointments that pass am to be made without the ministers having been elected by direct vote of the Brazilian people, constitute USURPATION OF POPULAR SOVEREIGNTY that makes the judges illegitimate and the STF unconstitutional.

This USURPATION, which worsened in 2015, with the publication of BINDING SUMMARY No. 43, approved by the plenary of the STF itself and consists of a tacit self-declaration of the unconstitutionality of the court's own ministers.

The disobedience against the sovereignty of the decision itself established in Binding Summary 43 of the STF, is elementary proof of the submission and subversion of the Judiciary Power suppressed by the Executive Power, consolidating the DISRUPTION OF THE DEMOCRATIC ORDER. RUPTURE due to the UNCONSTITUTIONAL AMENDMENT that causes Americans and their companies to be subjected to violations of their constitutional rights by illegitimate judges, members of an unconstitutional court.

**3- BY THE PRINCIPLES OF ETHICS, MORALITY AND INTERNATIONAL RECIPROCITY, BEFORE DEMANDING COMPLIANCE WITH THEIR LAWS, BRAZILIAN GOVERNORS MUST RESPECT AND COMPLY WITH THEIR OWN FEDERAL CONSTITUTION**

If Alexandre de Moraes has the respect to ethically comply with Brazilian laws, in order to have the moral authority to demand that Americans obey them, he will remember that he himself stated in his doctoral thesis that he was against his own appointment as a minister of State nominated for the position of minister of the STF.

Going forward, he will follow his own doctrine published in his book on Constitutional Law, whose sales earn him a fortune.

And following its own legal teachings, it will recognize that under the terms of art. 319 and 305 of the Brazilian Penal Code, the criminal disappearance due to prevarication and suppression of the documents of the challenges that I registered against its appointment to the STF, guarantees under the terms of art. 5, INC. LXIX of the Federal Constitution, the clear and certain right to annul the aforementioned act of appointment and inauguration in office, for violations of art. 5, inc. XXXIV and LV of the CF.

And with that, it must also annul all its own decisions based on art. 564, inc. I of the Brazilian Code of Criminal Procedure; resign from the position of minister of the STF and return all salaries received for violations of articles 1, sole paragraph, art. 2, art. 14, art. 101, art. 37, inc. XII of the Federal Constitution, combined with Binding Summary 43 of the STF itself.

And finally, apologize to the Brazilian people.

All without prejudice to the impeachment process for appointment to office and payment of salaries outside the legal provisions, as provided for in the Law on Crimes of Responsibility (Law 1079/50) and in the class action for annulment and compensation provided for in Law 4717/65. As he himself teaches in his own Constitutional Law book that guarantees his fortune.

In the same sense, based on the principles of ethics, morality and international reciprocity, Brazilian rulers must recognize that they are committing crimes against the United States by defrauding international relations by concealing the unconstitutionality of the STF and thereby subjecting American citizens and their companies to violations of constitutional rights committed by illegitimate judges.

And then, the Brazilian government must comply with the Federal Constitution itself to refrain from usurping popular sovereignty, returning to the people the power to elect their representatives in the judiciary, through direct elections of ministers of the STF.

Also, the current Brazilian government must recognize that they are violating article 359-L of the Brazilian Penal Code, on crimes against the democratic rule of law, through violence configured by arrests, procedural harassment, threats, censorship against freedom of expression and thought, food deprivation through financial blockades, obstruction of the right to freedom of movement and the right to due process of law, among other acts of violence.

Therefore, recognizing that, together with compromising the electoral system protected by the submission and subversion of the judiciary, the Brazilian government promoted an unconstitutional change and installed the DISRUPTION OF THE DEMOCRATIC ORDER, justifying the suspension of Brazil as a member of the OAS.

In the end, after recognizing that the legislative branch's omission does not justify the rupture of the democratic order, together with Alexandre de Moraes, Brazilian leaders must apologize to the Brazilian people.

And only after fully reestablishing the Democratic Rule of Law, faithfully complying with the Federal Constitution of Brazil, will Brazilian leaders have the moral and ethical conditions to demand obedience to their laws.

### 4- THE INVESTIGATION INTO THE MISUSE OF 38 MILLION US DOLLARS THE CRIMINAL DISAPPEARANCE OF THE CHALLENGES AGAINST THE APPOINTMENT OF ALEXANDRE DE MORAES PROVE THE CRIME OF FRAUD AGAINST THE US GOVERNMENT.

I investigated the disappearance of 38 million dollars paid by the US Government to Brazil as aid in the fight against drug trafficking, money laundering and reduction of demand.

Of this total, 346 thousand dollars were allocated to the Ministry of Justice, when the agency was under the command of Alexandre de Moraes.

I then decided to file a constitutional petition for the right of the people to elect the ministers of the STF and notified the President of the Republic and the President of the Federal Senate.

At the same time, the persecution and judicial harassment against me intensified to the point that a man trusted by Alexandre de Moraes tried to expel me from the police career.

The persecution by this man trusted by Moraes was specific to the falsification of a document against me, precisely on the day that Minister Teori Zavascki died and Alexandre de Moraes opened a vacancy in the STF.

As of February 2017, I filed petitions challenging the appointment and inauguration of Alexandre de Moraes, but all the documents criminally disappeared.

According to Alexandre de Moraes' own doctrine published in his Constitutional Law book, the crimes of prevarication and suppression of the challenges documents may nullify his appointment.

With the annulment of Alexandre de Moraes' appointment, based on Moraes' own doctrine, all his decisions will be invalidated with the return of all salaries, by means of a writ of mandamus and class action, reinforced by Binding Precedent 43 of the STF itself.

The criminal disappearance of the challenges proves that the dominant group wants to maintain the suppression and submission of the judiciary through the usurpation of popular sovereignty, in order to preserve the DISRUPTION OF THE DEMOCRATIC ORDER.

And the concealment of the crimes that make Alexandre de Moraes illegitimate constitutes crimes of fraud against the US Government, including because it results in the violation of the constitutional rights of American citizens and their companies, provided for in the 1st, 5th, 6th and 14th Amendments.

### 5- THE DISMANTLING OF LAVA JATO PROVES THE SUBPRESSIVE SUBMISSION OF THE JUDICIARY BY THE EXECUTIVE POWER, DUE TO THE DISRUPTION OF THE DEMOCRATIC ORDER

The practical effects of the suppressive submission of one power by the other have been proven by the conduct of the STF since 1988.

The court that, for example, participated in the impeachment of Dilma Rousseff, validated Operation Lava Jato during the Temer and Bolsonaro governments, agreeing with the investigations, decisions and sentences of the first and second instances, is the same court responsible for the dismantling of Operation Lava Jato, with the acquittal of those convicted of corruption.

The same court that confirmed the arrest of Lula da Silva, denying him habeas corpus, was responsible for freeing him by nullifying the proceedings it had validated.

One of the judges who denied Lula's habeas corpus also criticized the corruption of the left, even expressing indignation at the financing of the construction of ports in Cuba with Brazilian money.

This is the same judge who has become a "police investigating judge", "justice prosecutor judge" and "victim judge judging his own case", a relentless censor of all freedom of expression of those who oppose the power project of the one against whom he voted to keep him imprisoned.

The omission of the PGR - Attorney General's Office, reveals the seriousness of the rupture of the democratic order, through the manipulation of the competence of the public prosecutor's office, together with the suppression and subversion of the judiciary.

And all this happens with the full direct collaboration of the other justices of the STF, who, according to Summary 43 of the STF plenary itself, are all unconstitutional for usurping popular sovereignty.

The dictatorship is evident in the violence in the form of arrests, food blockades, threats, procedural harassment, denial of due process, impediment to freedom of movement (the right to come and go), revocation of passports, censorship of freedom of expression and thought.

### 6- DISRUPTION OF THE DEMOCRATIC ORDER PROVEN BY THE SHIELDING OF THE ELECTORAL SYSTEM

The main focus of dictatorial conduct is to shield the electoral system, compromising it by not allowing the right to demonstrate and express oneself.

It is undeniable how the current Judiciary, under the leadership of Alexandre de Moraes, acts to protect the suppressive executive power, repressing everything that represents a risk against the change of the current dominant group, thus preventing the reestablishment of the Democratic Rule of Law. The dismantling of Lava Jato by the same judiciary that previously validated it and the shielding of the electoral system compromised by the suppression and subversion of one power by another, indicates the vocation of the current dominant group and explains the rupture of the democratic order.

### 7- THE LACK OF TRUST IN BRAZILIAN GOVERNORS IS THE ROOT OF THE DISRUPTION OF THE DEMOCRATIC ORDER and JUSTIFIES THE REVOCATION OF THE PRESIDENTIAL PREROGATIVE

In the USA, Supreme Court justices are chosen and appointed by the president because the American people trust the system, otherwise they would have already changed the rules

In addition, the rights of representation of the people in the largest democracy on the planet are ensured by judicial elections that do not exist in any other country.

In addition, the American people directly exercise the functions of judges on juries, on a scale that is unmatched in the entire world.

In Brazil, the prevalence of popular sovereignty adopted in 1988 is necessary precisely because of the absolute lack of trust in politicians, such as those who, despite approving the revocation of the presidential prerogative, betrayed their constitutional oath.

And this lack of trust has been proven for more than thirty years, by the failure of the Legislative Branch to regulate the electoral right of the Brazilian people for direct elections of justices of the STF.

The breakdown of the democratic order is proven by this constitutional change consummated through the usurpation of popular sovereignty.

### 8- THE POSITIONS OF STF MINISTERS DO NOT EXIST AND CRIMES OF RESPONSIBILITY SUBJECT TO IMPEACHMENT EVIDENCE THE BREAKDOWN OF THE DEMOCRATIC ORDER

The position of STF minister, provided for in article 101 of the Federal Constitution, technically does not yet exist, because its creation depends on an electoral law for the exercise of the people's right to elect them directly.

That is why the position of STF minister does not exist in the LDO - Budget Guidelines Law, which authorizes the payment of salaries to federal employees.

But the failure of the legislative branch to regulate the people's electoral right does not justify the usurpation.

Therefore, the violation of Binding Summary 43 of the STF constitutes a crime of responsibility subject to impeachment, due to the appointment of public office and payment of salaries outside the legal provisions in force.

### 9 - CRIME OF OBSTRUCTION OF DOCUMENTS BY THE IACHR/OAS REVEALS IDEOLOGICAL EQUIPMENT OF THE COMMISSION AND JUSTIFIES SUSPENSION OF MEMBER STATE –

18 US Code § 1505 – (Obstruction of proceedings before departments, agencies and committees), configured by the unfounded retention of complaints.

### 9- PETITION TO THE US GOVERNMENT PETITION to the US Government, pursuant to arts. 8 and 20 of the Inter-American Democratic Charter, for IMMEDIATE CONVOCATION OF THE PERMANENT COUNCIL OF THE OAS TO EVALUATE THE DISRUPTION OF THE DEMOCRATIC ORDER IN BRAZIL with HABEAS CORPUS in P-1523/24 of the IACHR-OAS, filed by MARÇAL HONDA

**MARÇAL HONDA**, intervening party in the Civil Action 8:25 - cv – 411 – of the – Central District Court of Florida – Tampa Div., I respectfully invite Your Excellency Mr. DONALD TRUMP, President of the United States, and I also extend this invitation to Mrs. PAMELA BONDI, Attorney General of the United States, to Mr. MARCO RUBIO, Secretary of State of the United States; to Mr. ELON MUSK, Head of the DOGE - Dept. Government Efficiency to express themselves in writing or by hearing, in Civil Action 8:25 cv 411, on the interest of the US Government regarding the crimes that I reported in my motions as being resulting from the DISRUPTION OF THE DEMOCRATIC ORDER, by Alexandre de Moraes and Brazilian rulers and therefore, by the facts and arguments presented in this notification; in the motions registered in this civil action 8:25 cv 411 and in the complaints obstructed by the IACHR / OAS now, I PETITION THE US GOVERNMENT, under the terms of arts. 8 and 20 of the Inter-American Democratic Charter, to promote IMMEDIATE CONVOCATION OF THE PERMANENT COUNCIL OF THE OAS TO EVALUATE THE DISRUPTION OF THE DEMOCRATIC ORDER IN BRAZIL, under subsequent penalty of application of the SUSPENSION OF THE OAS, provided for in art. 21; c/c INTERNATIONAL HABEAS CORPUS, which I will file before the INTER-AMERICAN COURT OF HUMAN RIGHTS, against the obstruction of P-1523/24 by the IACHR-OAS and in protection against the acts of Alexandre de Moraes and other ministers of the STF. March 19, 2025 - Respectfully, P. Granted.

 **MARÇAL HONDA,**

Retired Police Chief, Independent Lawyer registered no. 486,798 – OAB/SP; Tel. Whatsapp: +55 11 94550-3917 -e-mail: honda17usa@gmail.com