UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ALEXANDRE DE MORAES,<br>Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil<br><br>　　　　Defendant. | **Civil Action No.**<br>**8:25-cv-00411-MSS-AAS** |

**PLAINTIFFS' MOTION TO STRIKE OR,
IN THE ALTERNATIVE, SET BRIEFING SCHEDULE**

Plaintiffs Rumble Inc. and Trump Media & Technology Group Corp. respectfully move to strike the various filings made by non-party Marcal Honda. (*See, e.g.*, ECF Nos. 27, 28, 29, 30, 31, 32 (the "Filings")). The Filings include a purported complaint-in-intervention seeking to add new parties and new claims based on "facts" that have no relationship whatsoever to Plaintiffs' claims.

Because Mr. Honda's Filings are procedurally and substantively improper, and have a tendency to prejudice Plaintiffs' properly-presented rights and interests before this Court, Plaintiffs requested that Mr. Honda withdraw the Filings. Mr. Honda refused and instead, moved for an "urgent[]"

hearing "of the President of the United States, Donald Trump; The Attorney General of the United States; The Secretary of State Marco Rubio and the Chief of the White House DOGE, Elon Musk, on the Thesis of Disruption of the Democratic Order and Other State Interests." (ECF No. 30).

The Filings are utterly unrelated to Plaintiffs' claims and allegations and are facially deficient. Unless and until a party moves under Rules 19 or 20, or Mr. Honda properly moves under Rule 24, Mr. Honda has no standing to intervene or otherwise participate in the instant case, let alone add other new parties or claims. In an abundance of caution, however, Plaintiffs request that the Court strike or deny the Filings or, in the alternative, afford Plaintiffs the opportunity to present a substantive response, should the Court deem one necessary, and be heard.

Dated: April 25, 2025                Respectfully submitted,

By: _____

_____
E. Martin De Luca*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300
mdeluca@bsfllp.com

*Lead Counsel for Plaintiff Rumble Inc.*

Matthew L. Schwartz*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(212) 446-2300

Andrew H. Smith*
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 274-1163

Daria Pustilnik
FLA. BAR NO. 92514
BOIES SCHILLER FLEXNER LLP
100 S.E. 2nd Street, Suite 2800
Miami, Florida 33131
(305) 539-8400

*Counsel for Plaintiff Rumble Inc.*



_____
Caryn G. Schechtman*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
caryn.schechtman@us.dlapiper.com
(212) 335-4500

*Lead Counsel for Plaintiff
Trump Media & Technology Group
Corp.*

Christopher G. Oprison
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500

Miami, Florida 33131
(305) 423-8500

*Counsel for Plaintiff
Trump Media & Technology Group
Corp.*

*\*Application for pro hac vice
admission forthcoming*