**Dear CLERK OF COURT,**

**Middle District of Florida**

Ref. Informations / clarifications - Civil Action 8:25 cv 411

I hereby inform you that I hired ABC LEGAL for President DONALD TRUMP, but the court officials of that company were unable to deliver the documents to the White House. I am arranging for the delivery of the notification through the US Attorney General's Office in Washington - DC.

I also clarify that I added the following to the suggestions to be evaluated and responded to in the notifications, regarding the **INTERNATIONAL JURISDICTIONAL INCOMPETENCE of ALEXANDRE DE MORAES.**

And furthermore, to protect myself from retaliatory persecution and revenge by Alexandre de Moaraes, I am filing an INTERNATIONAL HABEAS CORPUS (PREVENTIVE) against A. Moraes and other Ministers of the STF - Supreme Federal Court, before the IACHR - INTER-AMERICAN COURT OF HUMAN RIGHTS, informing the incidence on this Civil Action 8:25 cv 411 of the Middle Court of Florida.

As soon as I receive proof of receipt from the IACHR - Inter-American Court of Human Rights, I will arrange for it to be attached to this Action.

At the end, I transcribe the summary of the aforementioned INTERNATIONAL HABEAS CORPUS.

In these Terms, I request approval. April 28, 2025

**MARÇAL HONDA**



Documento assinado digitalmente
MARCAL HONDA
Data: 28/04/2025 14:50:19-0300
Verifique em https://validar.iti.gov.br

The summary of the aforementioned INTERNATIONAL HABEAS CORPUS.

" **TO THE INTER-AMERICAN COURT OF HUMAN RIGHTS**

*Al Capone was never sentenced for blood crimes.*

*Al Capone was convicted and imprisoned for financial crimes.*

**INTERNATIONAL HABEAS CORPUS** *(preventive)*

*(in the form of a Provisional Measure under art. 27 of the RCIDH with art. 8, 13, 23, 25 of the CADH and art. 5, inc. LXVIII -CF)*

With a preliminary injunction for incidental safe conduct to **Civil Action 8:25 cv 411 – of the MIDDLE DISTRICT OF FLORIDA**, preventive against reprisals by ALEXANDRE DE MORAES and other Ministers of the STF.

*Precedents of the persecution*:

My investigations into the diversion of US$ 346,200.00 donated by the USA to the MJ under the command of Alexandre de Moraes; denunciation of usurpation of popular sovereignty in the selection of STF Ministers; criminal disappearances of my challenges to the appointment of A. Moraes to the STF and suspicion of a trusted man of A. Moraes, for having illegally seized the footage of the largest bank robbery that occurred in Brazil, from which US$ 350 million in jewelry was allegedly stolen, possibly stolen from Jews, sent to concentration camps for forced labor and genocide, during the Nazi period.

With **WRIT OF MANDAMUS** (art. 5° Inc. LXIX- CF) against obstruction of justice of COMPLAINT P-1523/24, of MC 46/25 and PETITION No. 67969, retained at the IACHR/OAS (violation of 18 U.S. Code, chap. 73, § 1505) and after unblocking, referral to the Inter-American Court of Human Rights, for partial early judgment of the dispute under the terms of art. 356 inc. I and II of the CPC (as it is an uncontroversial legal issue)

And incidental filing of a **POPULAR ACTION** (art. 5, inc. LXXII - CF c/c Law 4717/65) for the annulment of the unconstitutional appointments of Ministers of the STF – Supreme Federal Court and the return of salaries to the National Treasury of Brazil.

*Complaint*s:

FINANCIAL CRIME against the public budget (art. 9(5),10(4),11(1) of Law 1079/50 and art. 359-D of the CPB) resulting from USURPATION OF POPULAR SOVEREIGNTY (violation of art.1°, sole paragraph, with 2°, 14 and 101 of the CF, with unconstitutional appointments, because the Ministers of the STF were not elected by the people and their positions do not exist in the law of the public budget of the Union) and BREAKDOWN OF THE DEMOCRATIC ORDER by ALTERATION OF THE CONSTITUTIONAL ORDER (Arts. 3,8, 19 and 20 of the Inter-American Democratic Charter) by the submission of the Judiciary by the Brazilian Executive Branch - configuring international jurisdictional incompetence that results in CRIMES OF CONSPIRACY AND FRAUD AGAINST THE US GOVERNMENT for embezzlement of US$38,304,402.00 donated by the US Government intended to combat drug trafficking and money laundering and VIOLATIONS OF DUE PROCESS OF LAW AGAINST AMERICAN CITIZENS AND COMPANIES. Violations against the U.S. Government, its citizens and businesses:

*18 US Code § 371 - CONSPIRACY TO COMMIT A CRIME OR TO DEFRAUD THE UNITED STATES - 18 US Code – Chapter 45 - § 954 - FALSE STATEMENTS TO INFLUENCE A FOREIGN GOVERNMENT - and 18 US Code Chapter 47 § 1001 - FRAUD AND FALSE STATEMENTS - and 31 US Code § 3729 - FALSE CLAIMS c/c 18 US CODE § 641 – re. Embezzlement of MONEY, PROPERTY OR PUBLIC RECORDS. And also violations of the 1st, 5th, 6th and 14th amendments to the American Constitution, by censoring freedom of expression, restricting due process and the rule of law.*

**Preliminary argument:**

*The position of Minister of the STF provided for in art. 101 of the CF does not exist in the public budget of the Union because they were not elected by the people, as determined in art. 1, sole paragraph with 2nd. 14 and art. 101 of the Federal Constitution).*

*In fact, they cannot be paid, because the position is not provided for in the LDO-Law of Budget Guidelines and the current Ministers cannot receive salaries as Magistrates of the Judiciary of the Union, because they are not public servants, according to art. 37, items II and XIII of the CF with Binding Precedent 43 of the STF itself. They are all subject to impeachment for illegally filling public positions and paying salaries not specified in the budget law, under articles 9 (5), 10 (4) and 11 (1) of Law 1079/50 on Crimes of Responsibility, with a crime against public finances under art. 359-D of the Brazilian Penal Code.*

**Victim/patient/interested parties**: *MARÇAL HONDA; US Government, Mr. MARCO RUBIO, US Secretary of State (Case Control F- 2026-07498), TRUMP MEDIA & TECHNOLOGY GROUP; CORP.; ELON MUSK, STARLINK AND X-CORP.; MICHAEL SHELLENBERGER; American congressmen from the Republican Party and others in the proceedings of P-1523/24, MC 46/25, Petition 96769 and others of the IACHR – OAS.,*

**Coercive authorities**: *ALEXANDRE DE MORAES and other Ministers of the STF – Supreme Federal Court; the President of the Republic; the President of the National Congress and other public authorities subordinate to the Government.*