AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   8:25-CV-411

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Presidente dos EUA sr. DONALD TRUMP**
was recieved by me on **3/26/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **Other** after attempting service at **1600 Pennsylvania Avenue NW, Washington, DC 20500**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  04/01/2025

*Server's signature*

**Yusuf Amusa**
*Printed name and title*

**28 K ST SE
Apt 806
Washington, DC 20003**

*Server's address*

Additional information regarding attempted service, etc:

**3/26/2025 12:00 PM: I spoke with an individual who identified themselves as the resident and they stated service not permitted.**




Tracking #: **0164099654**