**SIMPLE TRANSLATION OF THE DEFENSE MANIFESTO OF MARÇAL HONDA'S ATTORNEY, AGAINST SPECIFIC RETALIATION IN FAVOR OF ALEXANDRE DE MORAES. (IT WAS POLICE DEPUTY OLAVO REINO FRANCISCO, FROM THE CIVIL POLICE'S INSPECTORATE OFFICE, WHO ORDERED THE INSTITUTION OF THE PROCESS)**

*"MOST ILLUSTRIOUS DOCTOR RUI FELLIPE N. X. S. BUCHMANN-POLICE DELEGATE OF THE POLICE OPERATIONS DIVISION – OF THE PSTRIPRIF OF THE CIVIL POLICE INSPECTORATE OF THE STATE OF SÃOPAULO. O.S.: 94/2025*

*Process: 058.00033335/2025-79*

*C.G.P.C. : 1273/2025*

*MARÇAL HONDA, retired Police Delegate and registered with the OAB/SP under no. 486,798 (attached doc.), through his lawyer, and duly appointed attorney, at the end, digitally signed, comes, most respectfully in the presence of Your Honor, to argue for the FILING (CLOSURE) of this file, due to absolute lack of just cause, as demonstrated during the explanation of this procedural document:*

*1 - PREL I M I N A R M E N T :*

*1.1 - ACTIVE ILLEGITIMACY OF CORREGEPOL:*

*The Notified has been retired since July 1, 2022 and, as proven through the research carried out on the website of the Brazilian Bar Association of São Paulo (OAB/SP), he is permanently registered with that body under no.: 486,798, since December 14, 2022, practicing law, including, as this Sensory Unit is aware:*

*Therefore, d.m.v. is no longer subject to the authority of this Inspectorate, since State Decree No. 47,236 of 10/18/2022, which reorganized the General Inspectorate of the Civil Police of the State of São Paulo, along with articles 5 to 17 (attributions) and articles 18 to 26 (competence), is categorical in assigning its area of action only to active civil police officers.*

*There is no legal provision extending the jurisdiction of CORREGEPOL to retired civil police officers, as is the case in question, therefore, lacking the principle of functional hierarchy, which would authorize the Sensory Unit to adopt administrative and/or criminal measures against the Notified Party.*

*If it were the legislator's intention to subject retired police officers to the aegis of CORREGEPOL, it would have done so expressly. Even if this were not the case, the Notified Party is currently under the aegis of the Statute of the Brazilian Bar Association, which further distances the Notified Party from the persecutory scope of this body.*

*Therefore, these are the grounds on which CORREGEPOL's active illegitimacy to summon the Notified Party under the terms set forth is demonstrated, which is why, with the utmost respect, he informs that he will not appear in person at the hearing scheduled by this Police Authority on this date (05/14/2025), being represented by his lawyer, signatory of this statement. –*

*FACTS:*

*Although he is not hierarchically and/or functionally subject to the aegis of this Sensory House, as previously stated, regarding the report that mobilized the unnecessary expenditure of police officers' efforts paid through taxes taken from contributing citizens, to serve no one knows what or to whom in particular, the Notified has the following to say:*

*He was contacted by the aforementioned reporter by cell phone, but did not offer an interview to be released, much less authorized any publication.*

*If it is of interest to this Internal Affairs Office, we suggest that the aforementioned reporter be questioned to find out if he has any signed authorization that contradicts the clarification provided here.*

*It should also be noted that the statement by Marçal Honda (Notified) to the IACHR/OAS is nothing new for Minister Alexandre de Moraes and other Ministers of the Supreme Federal Court, because he even filed HC 231,731 in 2023.*

*The representation before that international body does not involve any criminal act or any act that would subject any Minister of the STF to a vexatious or embarrassing act, and therefore there is no need to investigate or punish the Notified in any body or instance, whether administrative or judicial.*

*This is a matter of free expression of thought, which should be respected, if the principles set forth in our Magna Carta are taken into account, which "in this specific case" should guarantee freedom of expression to the Notifying Party, to defend and disseminate his legal thesis, in defense of the right of the people to elect their representatives in the Judiciary, through direct elections of Ministers of the STF, under the terms of art. 1st, sole paragraph, with art. 2nd, art. 14 and art. 101 "caput" of the Federal Constitution.*

*To eliminate any doubt or misunderstanding that may arise, it is of utmost importance to clarify that the Notifier did not have, nor does he have any intention of carrying out a coup or violent abolition of the democratic rule of law, which could be compared to those carried out on January 8, 2023.*

*Returning to the specific case, the Notifier was excluded from the action in the Florida court, curiously enough a few hours after being summoned by this Office of the Inspector General, authorizing us to ask the following question: was such action taken at the request or order of Minister Alexandre de Moraes?*

*And so we will await a response to inform that Court of the Central District of Florida - Tampa Division, before the expiration of the 30 (thirty) day period of the exclusion decision.*

*In due course, the Department of Justice will be informed tado and the IACHR/OAS.*

*Since there is no just cause for this proceeding, it is necessary and legal to know the true motivation and origin, regardless of the filing requested here. The Notifier wishes to believe that it is unnecessary to resort to a representation based on Federal Law No. 13,869 (abuse of authority) to restore his right to peace without any type of reiteration and continuity of the hell of persecution that he was waiting for and believed had been overcome.*

*However, if the initiation of the proceeding targets the complaints made before the IACHR – OAS against Minister Alexandre de Moraes; it should be considered that, apart from the complaint itself, the procedure regarding the embezzlement of 38 million dollars donated by the USA is still open with the US State Department.*

*In fact, this complaint is linked to the complaint with the IACHR/OAS and also refers to AP. 145/18 of this Office of the Inspector General.*

*It is worth mentioning that in this case, obstruction of justice on a remote fact is provided for in 18 USC Chapter 73: OBSTRUCTION OF JUSTICE §§ 1513 - Retaliation against a witness, victim or informant.*

*However, if this action intends to retaliate against the intervention in the action of the District Court of Florida, obstruction of justice is present and is provided for in USC Chapter 73: OBSTRUCTION OF JUSTICE §§ 1512 - tampering with a witness, victim or informant.*

*3 - REQUESTS:*

*Finally, without prejudice to the filing (CLOSURE) of this case, as per preliminary request, the Notified Party requests that the true and real origin and motivation for the initiation of this procedure be informed, so that it can be reported to the authorities of the United States of America, in the action of the Court of Florida, to the Department of State and to the IACHR/OAS. The requested information should be sent to the following e-mails: regisdiniz007@gmail.com (attorney) or honda17usa@gmail.com (notified).*

*In these terms, Awaiting Approval.*

*São Paulo, May 14, 2025.*

*RÉGIS ANTÔNIO DINIZ – Lawyer OAB/SP.: 122.216* "