**Assunto:** ENC: Produção de Conhecimento
**De:** Adriana Haide Assari Nevoeiro <adriana.nevoeiro@policiacivil.sp.gov.br>
**Data:** 13/03/2025, 16:56
**Para:** Tais Spadini Izquierdo <tais.izquierdo@policiacivil.sp.gov.br>, CORREGEDORIA/Sede
CORREGEDORIA/Sede COREGEDORIA <cartoriocentral.corregedoria@policiacivil.sp.gov.br>

Senhora Escrivã,

De ordem, encaminho a presente mensagem, solicitando respectivas inserções no SEI das
presentes produções de conhecimento.

Atenciosamente,

|  | **Corregedoria Geral da Policia Civil**<br>**Assistência Policial** |
|---|---|
| logo-pcsp | Adriana Haide Assari Nevoeiro<br>**Delegada de Policia**<br><br>Rua da Consolação nº 2333<br>adriana.nevoeiro@policiacivil.sp.gov.br<br>(11)3154-7730 |

---

**De:** CORREGEDORIA/Assistência Policial/UIP CORREGEDORIA <uip.cgpc@policiacivil.sp.gov.br>
**Enviado:** quinta-feira, 13 de março de 2025 16:51
**Para:** Adriana Haide Assari Nevoeiro <adriana.nevoeiro@policiacivil.sp.gov.br>
**Assunto:** Produção de Conhecimento

Exma. Sra. Dra. Adriana Haide Assari Nevoeiro
Delegada de Polícia - Assistência Policial
Corregedoria Geral da Polícia Civil de São Paulo

De Ordem do Exmo. Sr. Dr. Evandro Lopes Salgado, Delegado de Polícia Coordenador desta Unidade de
Inteligência Policial e em atendimento à determinação superior deste Departamento, encaminhamos em
anexo, os Relatórios Técnicos números 039/2025 e 040/2025, resultados de produção de conhecimento
deste Setor de Inteligência.

Respeitosamente,
UIP/CGPC

E-mail CGPC 1273/2025 (0059696405)    SEI 058.00033335/2025-79 / pg. 1

Anexos:

| | |
|---|---|
| RT 039-25 - ASS. POL. DIRETORIAassinado.pdf | 1,2MB |
| RT40assinado.pdf | 761KB |

E-mail CGPC 1273/2025 (0059696405)    SEI 058.00033335/2025-79 / pg. 2

13/03/2025, 17:38



**GOVERNO DO ESTADO DE SÃO PAULO
SECRETARIA DA SEGURANÇA PÚBLICA
CORREGEDORIA GERAL DA POLÍCIA CIVIL
DIVISÃO DE INFORMAÇÕES FUNCIONAIS - DIF
UNIDADE INTELIGÊNCIA POLICIAL - UIP**

# RELATÓRIO TÉCNICO N. 040/2025

**DATA:** 13/12/2025
**ASSUNTO:** Produção de conhecimento
**ORIGEM:** UIP/CGPC
**DIFUSÃO ANTERIOR:** \*\*\*
**DIFUSÃO:** Assistência Policial – Diretoria
**REFERÊNCIA: ESTADÃO – "Delegado da Policia Civil de SP quer fazer parte de processo contra Moraes nos EUA; saiba quem é"**
**ANEXOS:** \*\*\*

**Excelentíssimo Senhor Diretor,**

Atendendo à determinação superior, deliberou este Setor de Inteligência pela produção de conhecimento respectivo para ciência e providências pertinentes, tratando-se de matéria jornalística publica no portal de notícias ESTADAO, pertinente à pessoa do Delegado de Polícia Civil de São Paulo aposentado, Dr. MARÇAL HONDA, a qual foi veiculada na data de 11/03/2025 pelo colunista Hugo Henud através do site www.estadao.com.br.

DADOS DISPONÍVEIS:

**Link da matéria:**

https://www.estadao.com.br/politica/delegado-da-policia-civil-de-sp-que-fazer-parte-de-processo-de-contra-moraes-nos-eua-saiba-quem-e/?srsltid=AfmBOorLLLcH8pqHiQR2xmVRdxZxiF6_xpWPO4LUs17wl2vZrYFj1QOr





**Imagem 1:** Destaque do início da matéria.

A matéria inicia noticiando que o Delegado Aposentado da policial civil de São Paulo Dr. Marçal Honda pediu para ser incluindo no processo movido pela empresa Trump Media e Rumble contra o ministro do STF, Alexandre de Moraes, alegando ser alvo de perseguição politica.

O delegado aposentado da Polícia Civil de São Paulo **Marçal Honda** pediu para ser incluído como parte na ação movida pela Trump Media, ligada ao presidente Donald Trump, e pela plataforma de vídeos Rumble contra o ministro do Supremo Tribunal Federal (STF) Alexandre de Moraes. O processo, que tramita na Justiça dos Estados Unidos, questiona decisões de Moraes sobre restrição de conteúdos e bloqueio de contas em redes sociais. Honda alega ter sido alvo de perseguição política por parte do ministro no Brasil e argumenta que suas acusações estão relacionadas ao caso, o que justificaria sua inclusão no processo.

O pedido, apresentado em 6 de março, será analisado pelo tribunal da Flórida, onde o caso tramita, que decidirá se aceita ou rejeita sua participação. Procurada, a assessoria do ministro ainda não se manifestou. O espaço segue aberto.

**Imagem 2:** Afirma que o Delegado aposentado pediu a sua inclusão como parte na ação.

 A máteria informa que a ação tramita na Justiça dos Estados Unidos, pelo tribunal da Flórida e que decidirá se aceita ou rejeita.

Na solicitação, Honda afirma ter recorrido anteriormente à Comissão Interamericana de Direitos Humanos (CIDH) para denunciar supostos abusos de Moraes, incluindo o que chamou de "perseguição política", mas alega que suas denúncias foram obstruídas. Diante disso, decidiu levar o caso à Justiça dos Estados Unidos, onde alega que suas acusações possam ser analisadas no contexto da ação movida pela Trump Media e Rumble.



Para justificar sua inclusão no processo, Honda sustenta que sua denúncia de abuso de poder está alinhada à tese central da ação, que questiona a suposta atuação arbitrária de Moraes contra a liberdade de expressão e plataformas digitais. Segundo ele, essa conexão justificaria sua participação na ação movida pelas duas empresas americanas.

**Imagem 3:** Afirma que o Delegado aposentado já recorreu anteriormente a CIDH,

questionando atuação arbitrária do Ministro do STF contra a liberdade de expressão e plataformas digitais.

**ANÁLISE DOS DADOS**
**Conteúdo da notícia na integra, conforme segue abaixo:**

"Delegado da Polícia Civil de SP quer fazer parte de processo contra Moraes nos EUA; saiba quem é:

Delegado aposentado Marçal Honda pediu para ser incluído na ação movida pela Trump Media, ligada ao presidente Donald Trump, e pela plataforma de vídeos Rumble contra o ministro do STF; ele alega ter sido alvo de perseguição política por parte do ministro no Brasil e sustenta que suas acusações estão relacionadas ao caso; gabinete de Moraes não comenta

O delegado aposentado da Polícia Civil de São Paulo Marçal Honda pediu para ser incluído como parte na ação movida pela Trump Media, ligada ao presidente Donald Trump, e pela plataforma de vídeos Rumble contra o ministro do Supremo Tribunal Federal (STF) Alexandre de Moraes. O processo, que tramita na Justiça dos Estados Unidos, questiona decisões de Moraes sobre restrição de conteúdos e bloqueio de contas em redes sociais. Honda alega ter sido alvo de perseguição política por parte do ministro no Brasil e argumenta que suas acusações estão relacionadas ao caso, o que justificaria sua inclusão no processo.

O pedido, apresentado em 6 de março, será analisado pelo tribunal da Flórida, onde o caso tramita, que decidirá se aceita ou rejeita sua participação. Procurada, a assessoria do ministro ainda não se manifestou. O espaço segue aberto.

Na solicitação, Honda afirma ter recorrido anteriormente à Comissão Interamericana de Direitos Humanos (CIDH) para denunciar supostos abusos de Moraes, incluindo o que chamou de "perseguição política", mas alega que suas denúncias foram obstruídas. Diante disso, decidiu levar o caso à Justiça dos Estados Unidos, onde alega que suas acusações possam ser analisadas no contexto da ação movida pela Trump Media e Rumble.

Para justificar sua inclusão no processo, Honda sustenta que sua denúncia de abuso de poder está alinhada à tese central da ação, que questiona a suposta atuação arbitrária de Moraes contra a liberdade de expressão e plataformas digitais. Segundo ele, essa conexão justificaria sua participação na ação movida pelas duas empresas americanas.

Agora, o tribunal da Flórida avaliará se há fundamentação suficiente para aceitar a participação de Honda no caso.

Em fevereiro, a Justiça dos Estados Unidos negou uma liminar pedida pelo Rumble e pela Trump Media contra Alexandre de Moraes. Na decisão, a juíza norte-americana apontou falta de formalidades no pedido e deixou de analisar o mérito por não ter havido, até o momento, nenhum movimento para forçar o cumprimento de decisões nos Estados Unidos. Especialistas consultados pelo Estadão dizem que o processo é estranho aos trâmites do direito internacional e pode ser nulo na esfera jurídica

Ação contra Moraes

A Trump Media e a Rumble entraram com a ação em fevereiro contra Moraes, alegando que o ministro violou a legislação americana ao ordenar à Rumble a suspensão da conta do blogueiro Allan dos Santos. Foragido da Justiça brasileira, ele tem um mandado de

prisão preventiva contra si por propagação de desinformação e por ofensas a ministros da Suprema Corte. Um pedido da Justiça brasileira para a extradição de Allan dos Santos foi negado pelo governo americano em março do ano passado.

No início de fevereiro, a plataforma de vídeos foi notificada sobre a decisão de bloqueio do perfil de Allan do Santos, sob pena de multa diária no valor de R$ 50 mil por descumprimento. Os advogados da empresa informaram ao STF que não poderiam receber ofícios desse teor e renunciaram à atuação nos casos envolvendo a plataforma no último dia 17.

A Trump Media se uniu à ação argumentando que as restrições impostas à Rumble no Brasil também prejudicam suas operações, pois a plataforma fornece serviços essenciais para a manutenção da Truth Social, rede social ligada a Trump.

Em 21 de fevereiro, Moraes deu o prazo de 48 horas para que a plataforma de vídeos indicasse um representante legal no País, além de regularizar sua situação cadastral nos órgãos competentes, como a Junta Comercial, como determina a legislação. Como a empresa não cumpriu a ordem judicial, a Rumble foi bloqueada no território nacional por tempo indeterminado, até que cumpra as determinações do magistrado e pague as multas. A Primeira Turma do Supremo formou maioria, na última sexta-feira, 7, para manter a suspensão da plataforma Rumble.

Esta não foi a primeira vez que a plataforma foi suspensa no País. Em dezembro de 2023, após se recusar a cumprir ordens judiciais para remover conteúdos considerados ilícitos pela Justiça brasileira, a Rumble foi temporariamente suspensa. Ela só voltou a operar em fevereiro e, agora, antes de terminar o mês, foi novamente bloqueada.

A Rumble, uma plataforma de compartilhamento de vídeos semelhante ao YouTube, já foi citada em decisões do STF para a remoção de conteúdo, mas não cumpriu as determinações da Justiça brasileira por não contar com representação no País. Com a proposta de ser "imune à cultura do cancelamento", a plataforma passou a abrigar produtores de conteúdo que foram restritos em outras redes sociais, incluindo os bolsonaristas Paulo Figueiredo, Rodrigo Constantino e Bruno Aiub (Monark)."

É o relatório, devidamente revisado.

São Paulo, 13 de março de 2025.

**Equipe Gamma**
**U**nidade de **I**nteligência **P**olicial

EVANDRO LOPES
SALGADO:09810381824

Assinado de forma digital por EVANDRO
LOPES SALGADO:09810381824
Dados: 2025.03.13 16:02:18 -03'00'

**EVANDRO LOPES SALGADO**
Delegada de Polícia Coordenador
Unidade de Inteligência Policial



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Assistência Policial-Assistência Policial**

# DESPACHO

OZB/gg

**Nº do Processo:** 058.00033335/2025-79

**Interessado:** Dr. Marçal Ronda - Delegado de Polícia aposentado

**Assunto:** CGPC nº 1273/2025. Correio eletrônico, datado de 13/03/2025, Unidade de Inteligência Policial da Corregedoria Geral da Polícia Civil, ref. Relatório Técnico nº 040/2025. Encaminha matéria jornalística publicada no portal de notícias ESTADÃO, na data de 11/03/2025, referente ao interessado, com a manchete: "Delegado da Polícia Civil de SP quer fazer parte de processo contra Moraes nos EUA; saiba quem é".

Tendo em vista o noticiado, encaminhe-se à **Divisão Operacional**, para realização de diligências investigativas prévias e respectiva instrução, servindo-se restituir com manifestação conclusiva.

São Paulo, na data da assinatura digital.

**OLAVO REINO FRANCISCO**
DELEGADO DIVISIONÁRIO DE POLÍCIA
ASSISTÊNCIA POLICIAL



Documento assinado eletronicamente por **Olavo Reino Francisco**, **Delegado Divisionário de Polícia**, em 19/03/2025, às 14:57, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.



A autenticidade deste documento pode ser conferida no site https://sei.sp.gov.br/sei/controlador_externo.php? acao=documento_conferir&id_orgao_acesso_externo=0 , informando o código verificador **0060066639** e o código CRC **7D17ED0A**.



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Divisão de Operações Policias-Sede DOP**

# DESPACHO

**Nº do Processo:** 058.00033335/2025-79

**Interessado:** Marçal Ronda

**Assunto: Div. 16-33-58 - CGPC nº 1273/2025** . Correio eletrônico, datado de 13/03/2025, Unidade de Inteligência Policial da Corregedoria Geral da Polícia Civil, ref. Relatório Técnico nº 040/2025. Encaminha matéria jornalística publicada no portal de notícias ESTADÃO, na data de 11/03/2025, referente ao interessado, com a manchete: "Delegado da Polícia Civil de SP quer fazer parte de processo contra Moraes nos EUA; saiba quem é". CGPC 1273/2025.

**Despacho: 0298/2025.**

Encaminhe-se o presente expediente ao Serviço Técnico de Prevenção e Repressão às Infrações Funcionais – STPRIF – Eq. I, para conhecimento e providências decorrentes, servindo restituir ao final com manifestação conclusiva.

São Paulo, 20 de março de 2025.

**EDUARDO RODRIGUES CORRÊA**
DELEGADO DE POLÍCIA DIVISIONÁRIO
DIVISÃO OPERACIONAL



Documento assinado eletronicamente por **Eduardo Rodrigues Correa**, **Delegado de Polícia Divisionário**, em 20/03/2025, às 17:51, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.



A autenticidade deste documento pode ser conferida no site https://sei.sp.gov.br/sei/controlador_externo.php?acao=documento_conferir&id_orgao_acesso_externo=0 , informando o código verificador **0060609521** e o código CRC **7E34F3DC**.



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Divisão Operacional-Serv Tecn Prevenção Repressão à Infrações Funcs-Equipe I**

## DESPACHO

**Nº do Processo:** 058.00033335/2025-79

**Interessado:** Marçal Ronda

**Assunto:** CGPC 1273/2025

1. Comigo hoje. Juntem-se as pesquisas realizadas.

2. Intime-se Dr. Marçal Honda para oitiva;

A seguir, voltem-me conclusos para ulteriores deliberações.

São Paulo, na data da assinatura digital.

**RUI FELLIPE N. X. S. BUCHMANN**
Delegado de Polícia



Documento assinado eletronicamente por **Rui Fellipe Nicolai Xavier Silva**, **Delegado de Polícia Titular**, em 17/04/2025, às 15:52, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.



A autenticidade deste documento pode ser conferida no site https://sei.sp.gov.br/sei/controlador_externo.php?acao=documento_conferir&id_orgao_acesso_externo=0 , informando o código verificador **0064262934** e o código CRC **3778C128**.



Secretaria de Segurança Pública
**POLICIA CIVIL DO ESTADO DE SÃO PAULO**
CORREGEDORIA POLICIA CIVIL
DIVISÃO CORREGEDORIA DA POLICIA CIVIL
CORREGEDORIA - PLANTÃO

## DOSSIÊ DA PESSOA

**MARÇAL HONDA** 🔵



**Documento de Identificação**
RG: 13597767 / CPF: 073.511.858-24

**Informações Pessoais**
17/12/1964 (60 anos), S.PAULO - SP, Solteiro(a), Masculino, Superior

**Endereço**
Não informado

**Características Físicas**
Altura 187,0m, Cabelos castanhos escuros, Olhos castanhos escuros e Pele parda

**Filiação**
Mercedes Maria Da Conceição e Massaro Honda

**CNH**

| Condutor | Registro | Categoria | Validade |
|---|---|---|---|
| MARCAL HONDA | 3481233621 | C | 08/06/2026 |

**Endereço**
R DOS ANDRADAS, 47, STA EFIGENIA, SAO PAULO-SP, CEP: 01208-001

**RG's**

| RG | Origem |
|---|---|
| 1- 13597767 | Criminal |
| 2- 13597767 | Civil |

**CRIMINAL**

Nenhum registro para exibir.

**INQUÉRITOS**

Nenhum registro para exibir.

**PROCESSOS**

Nenhum registro para exibir.

**MANDADOS**

Nenhum registro para exibir.

**ALCUNHAS**

Nenhum registro para exibir.

**OUTROS NOMES**

Nenhum registro para exibir.

## OCORRÊNCIAS RELACIONADAS À PESSOA

| | | |
|---|---|---|
| **1- Delegacia** | **Número/Ano** | **Natureza** |
| DELEGACIA ELETRONICA | MT8797-1/2024 | Não informado |
| **Data do fato** | **Envolvimento da Pessoa** | |
| 16/09/2024 | Declarante | |

| | | |
|---|---|---|
| **2- Delegacia** | **Número/Ano** | **Natureza** |
| DELEGACIA ELETRONICA 1 | NI4773-1/2024 | Não informado |
| **Data do fato** | **Envolvimento da Pessoa** | |
| 29/07/2024 | Declarante | |

| | | |
|---|---|---|
| **3- Delegacia** | **Número/Ano** | **Natureza** |
| DELEGACIA ELETRONICA | OQ4085-1/2023 | Estelionato (art. 171) |
| **Data do fato** | **Envolvimento da Pessoa** | |
| 01/06/2023 | Vítima | |

| | | |
|---|---|---|
| **4- Delegacia** | **Número/Ano** | **Natureza** |
| 03º D.P. CAMPOS ELISEOS | CC0486-3/2022 | Não informado |
| **Data do fato** | **Envolvimento da Pessoa** | |
| 30/05/2022 | Declarante | |

| | | |
|---|---|---|
| **5- Delegacia** | **Número/Ano** | **Natureza** |
| 04º D.P. CONSOLAÇÃO | 5976/2008 | Não informado |
| **Data do fato** | **Envolvimento da Pessoa** | |
| 20/08/2008 | Declarante | |

## VEÍCULOS ATUAIS

Nenhum registro para exibir.

## VEÍCULOS ANTERIORES

Nenhum registro para exibir.

## OUTROS ENDEREÇOS

Nenhum registro para exibir.

Atenção: ou tilize a Mesa de chamados para dúvidas, sugestões e eventuais erros do sistema.



# SISCOR.
CORREGEDORIA GERAL DA POLÍCIA CIVIL

Novo Documento     Listas     



## MARCAL HONDA

RG 13597767

Delegado de Polícia de 2ª Classe

DENARC

## Situação

Aposentado

**Local de exercício**

DENARC / Divisão de Prevenção e Educação - DIPE / Serviço Técnico de Ensino

## Dados Pessoais

**RG:** 13597767

**CPF:** 07351185824

**Sexo:** Masculino

**E-mail:** marcal.honda@policiacivil.sp.gov.br

**Data de Ingresso:** 26/07/1993

**Classe:** 2ª Classe

**Carreira:** Delegado de Polícia

**Pai:** MASSARO HONDA

**Mãe:** MERCEDES MARIA DA CONCEIÇÃO

17/04/2025, 15:53    Prontuário: MARÇAL HONDA | GPI - Gestão Policial Integrada



**RUI** SILVA



**Gestão Policial Integrada**
DGP 78/2019

marçal honda

## Meus Módulos



Listograma



# MARÇAL HONDA, 61 anos

Delegado de Policia de 2ª Classe

marcal.honda@policiacivil.sp.gov.br    –

❌ Aposentado



Movimentações

▦ 26/07/1993 até o momento null

DENARC / Divisão de Prevenção e Educação – DIPE / Serviço

Técnico de Ensino

Movimentado por DAP ADMINISTRATIVO em 06/05/2022 às 00:00:00

10.75.200.226:8080/corporativo/servidor/10000034679/informacoes    Aditivo Pesquisas (0064264244)    SEI 058.00033335/2025-79 / pg. 15



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Divisão Operacional-Serv Tecn Prevenção Repressão à Infrações Funcs-Equipe I**

## ORDEM DE SERVIÇO

**Nº do Processo:** 058.00033335/2025-79

**Interessado:** Marçal Ronda

**Assunto:** CGPC 1273/2025

DR. RUI /lucia

DE ORDEM:

Deverão os srs. policiais civis desta Divisão, realizarem a intimação do Sr. Dr. Marçal Honda, Delegado de Policia aposentado, a fim de comparecer em cartório e ser ouvido (DIA 14/05/2025, às 13 horas).

CUMPRA-SE.

São Paulo, na data da assinatura digital.

**RUI FELLIPE N.X. S.BUCHMANN**
**DELEGADO DE POLICIA**

---



Documento assinado eletronicamente por **Rui Fellipe Nicolai Xavier Silva**, **Delegado de Polícia Titular**, em 17/04/2025, às 16:51, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.



A autenticidade deste documento pode ser conferida no site https://sei.sp.gov.br/sei/controlador_externo.php?acao=documento_conferir&id_orgao_acesso_externo=0 , informando o código verificador **0064266490** e o código CRC **70F376F8**.



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Divisão Operacional-Serv Tecn Prevenção Repressão à Infrações Funcs-Equipe I**

**DESPACHO**

**Nº do Processo:** 058.00033335/2025-79
**Interessado:** Marçal Ronda
**Assunto:** CGPC 1273/2025

## *CONCLUSÃO*

Aos vinte e quatro dias do mês de abril do ano de 2025, nesta cidade de São Paulo, faço estes autos conclusos a Excelentíssimo Senhor Doutor RUI FELLIPE N.X.S.BUCHMANN, Delegado de Polícia do Serviço Técnico de Prevenção e Repressão às Infrações Funcionais - Equipe I, do que para constar eu, Escrivão de Polícia lavro este termo.

Tendo em vista a correição ordinária a realizar-se nesta data, submeto os presentes autos à apreciação do Excelentíssimo Senhor Doutor Eduardo Rodrigues Corrêa, MD Delegado de Polícia Divisionário da Divisão Operacional Corregedoria Geral da Polícia Civil.

RUI FELLIPE N. X. S. BUCHMANN
Delegado de Polícia
STPRIF – EQ. I

**VISTO EM CORREIÇÃO**

EDUARDO RODRIGUES CORRÊA

Delegado de Polícia Divisionário

Divisão Operacional

  Documento assinado eletronicamente por **Rui Fellipe Nicolai Xavier Silva**, **Delegado de Polícia Titular**, em 24/04/2025, às 16:39, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.

  Documento assinado eletronicamente por **Eduardo Rodrigues Correa**, **Delegado de Polícia Divisionário**, em 24/04/2025, às 17:08, conforme horário oficial de Brasília, com fundamento no Decreto Estadual nº 67.641, de 10 de abril de 2023.

 A autenticidade deste documento pode ser conferida no site https://sei.sp.gov.br/sei/controlador_externo.php?acao=documento_conferir&id_orgao_acesso_externo=0 , informando o código verificador **0064807316** e o código CRC **469F589A**.



**Governo do Estado de São Paulo**
**Polícia Civil do Estado de São Paulo**
**Corregedoria-Divisão Operacional-Serv Tecn Prevenção Repressão à Infrações Funcs-Equipe I**

## DESPACHO

**Nº do Processo:** 058.00033335/2025-79

**Interessado:** Marçal Ronda

**Assunto:** CGPC 1273/2025

Juntem-se  Relatório de Investigação, intimação e e-mail.

Após, voltem-me conclusos.

São Paulo, na data da assinatura digital.

**RUI FELLIPE N.X.S.BUCHMANN**
**DELEGADO DE POLICIA**



SECRETARIA DA SEGURANÇA PÚBLICA
POLÍCIA CIVIL DO ESTADO DE SÃO PAULO
Corregedoria Geral da Polícia Civil
Divisão Operacional
Equipe III

## RELATÓRIO DE DILIGÊNCIAS POLICIAIS

**Excelentíssimo Senhor Doutor**
***RUI FELLIPE N.X.S. BUCHMANN / Delegado De Polícia / S.T.P.R.I.F.***

**O.S.:**        **116/2025**
**Nº PROC:**   **058.000333358/2025-79**
**CGPC:**      **1273/2025**

Em cumprimento à determinação da Autoridade Policial, a equipe III da Divisão Operacional realizou contato telefônico com o Sr. **MARÇAL HONDA**, por meio do número *(11) 94550-3917*, na presente data, com o objetivo de cientificá-lo acerca de sua intimação para comparecimento a esta Casa Censora.

Durante o contato, o notificado manifestou-se ciente do conteúdo da convocação e, de forma espontânea, forneceu o endereço eletrônico ***ronda17usa@gmail.com*** , comprometendo-se a responder à mensagem encaminhada, confirmando o recebimento e ciência da intimação, conforme os termos da legislação vigente, assim fazendo nesta mesma data. Ressalta-se que, **além de se comprometer, o notificado efetivamente respondeu ao e-mail**, conforme comprovante de resposta **anexado aos autos do presente relatório**.

Era o que tínhamos a relatar.

Henrique Voller Júnior
Investigador de Polícia

Júlio César Rossini
Agente Policial



SECRETARIA DA SEGURANÇA PÚBLICA
POLÍCIA CIVIL DO ESTADO DE SÃO PAULO
Corregedoria Geral da Polícia Civil
Divisão Operacional
Equipe III

## NOTIFICAÇÃO

**O.S.:**       **116/2025**
**Nº PROC:**   **058.00033335/2025-79**
**C.G.P.C:**   **1273/2025**
**Sr(a).**      **MARÇAL RONDA**

Por determinação do Excelentíssimo Delegado de Polícia, Dr. *RUI FELLIPE N.X.S. BUCHMANN*, da Divisão de Operações Policiais – D.O. / STIPRIF da **CORREGEDORIA GERAL DA POLÍCIA CIVIL DO ESTADO DE SÃO PAULO**, notifica o intimado supracitado a comparecer nesta Divisão Policial, sito à *Rua da Consolação, Nº 2333, 1º Andar*, Cerqueira César, São Paulo/ SP, no dia **14/05/2025**, às **13h00min**, a fim de prestar esclarecimentos.

*A presente intimação está sendo encaminhada por meio eletrônico (e-mail), nos termos do artigo 26, §1º, da Lei Federal nº 13.460/2017, combinado com o artigo 5º, §2º, da Lei Federal nº 14.129/2021 (Lei do Governo Digital), para fins de ciência e comparecimento.*

Observação:
O não comparecimento injustificado poderá sujeitar às penas da Lei (Art. 330 do Código Penal Brasileiro).

 Outlook

**Notificação de comparecimento - Polícia Civil de SP - Corregedoria Geral**

**De** Henrique Voller Junior <henrique.junior@policiacivil.sp.gov.br>

**Data** Ter, 29/04/2025 12:25

**Para** honda17usa@gmail.com <honda17usa@gmail.com>

📎 1 anexo (108 KB)

Notificação Marçal Honda.pdf;

Excelentíssimo Sr. Dr. Marçal Honda,

Segue anexo arquivo contendo notificação de comparecimento à Corregedoria Geral da Polícia Civil do Estado de São Paulo.
Por favor, compareça na data e hora informada no documento, trazendo seus documentos pessoais.
Solicito ainda que confirme o recebimento através de resposta ao presente e-mail, conforme orientação via fone.

Estamos à disposição: 11-3154-7730

Henrique Voller Junior e Júlio César Rossini - Equipe III

S.T.P.R.I.F - Corregedoria Geral da Polícia Civil

R. Da Consolação, 2333, Cerqueira César, SP - São Paulo

 Outlook

---

**Re: Notificação de comparecimento - Polícia Civil de SP - Corregedoria Geral**

---

**De**  MARÇAL HONDA <honda17usa@gmail.com>

**Data** Ter, 29/04/2025 12:27

**Para** Henrique Voller Junior <henrique.junior@policiacivil.sp.gov.br>


Recebi !


Em ter., 29 de abr. de 2025, 12:25, Henrique Voller Junior <henrique.junior@policiacivil.sp.gov.br> escreveu:

Excelentíssimo Sr. Dr. Marçal Honda,

Segue anexo arquivo contendo notificação de comparecimento à Corregedoria Geral da Polícia Civil do Estado de São Paulo.
Por favor, compareça na data e hora informada no documento, trazendo seus documentos pessoais.
Solicito ainda que confirme o recebimento através de resposta ao presente e-mail, conforme orientação via fone.

Estamos à disposição: 11-3154-7730

Henrique Voller Junior e Júlio César Rossini - Equipe III


**S.T.P.R.I.F - Corregedoria Geral da Polícia Civil**

R. Da Consolação, 2333, Cerqueira César, SP - São Paulo