AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP. <br><br> *Plaintiff(s)* <br> v. <br> ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil <br><br> *Defendant(s)* | Civil Action No. 8:25-cv-00411-CEH-AAS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Justice Alexandre de Moraes
Rua Tucumã, 99, apartamento 71
Jardim Europa, CEP 01455-010
Sao Paulo, State of Sao Paulo, Brazil.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Martin De Luca
Boies Schiller Flexner
55 Hudson Yards
New York, NY 10001

Caryn G. Schechtman
DLA Piper (US)
1251 Avenue of the Americas
New York, NY 10020

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

KatrinaElliott

Date: July 8, 2025

*Signature of Clerk or Deputy Clerk*