# EXHIBIT A

# UNOFFICIAL ENGLISH TRANSLATION



<span style="background:red;color:white">**CONFIDENTIAL**</span>

<span style="background:red;color:white">**URGENT**</span>

Electronic Letter No. 13034/2025

Brasilia, July 11, 2025.

To you, sir
Rumble Platform Administrator

**PETITION 10,880 FEDERAL DISTRICT**
**RAPPORTEUR                         : JUSTICE ALEXANDRE DE MORAES**

Dear Administrator,

Pursuant to the confidential decision rendered in the case, I hereby inform you that I have ordered, **within forty-eight (48) hours**, the total blocking, throughout the national territory, of the channels/profiles/accounts listed below, under penalty of a daily fine of R$ 100,000.00 (one hundred thousand reais), and that account information must be provided to this Supreme Court, and that all content must be preserved:

Rumble:



I hereby inform you that the official channels of the Federal Supreme Court for receiving information are: secure electronic mail; Electronic Filing, including for confidential proceedings (in the case of parties or lawyers); Electronic Protocol; fax (61- 3217-7921/7922) and Mail (Judicial Protocol of the Federal Supreme Court, Praça dos Três Poderes s/n, Brasília/DF, CEP 70175-900).

Yours sincerely,

Justice ALEXANDRE DE MORAES
*Rapporteur*
*Digitally signed document*

**CF=; =B5@**



*Supremo Tribunal Federal*

**SIGILOSO**

**URGENTE**

Ofício eletrônico n° 13034/2025

Brasília, 11 de julho de 2025.

Ao Senhor
Administrador da Plataforma Rumble

**PETIÇÃO 10.880 DISTRITO FEDERAL**
**RELATOR            : MIN. ALEXANDRE DE MORAES**

Senhor Administrador,

Nos termos de decisão sigilosa proferida nos autos, comunico-lhe que determinei, **no prazo de 48 (quarenta e oito) horas**, o bloqueio total, em todo o território nacional, dos canais/perfis/contas abaixo discriminados, sob pena de multa diária de R$ 100.000,00 (cem mil reais), com o fornecimento a esta Suprema Corte de seus dados cadastrais e a integral preservação de seu conteúdo:

Rumble:

█████████

Informo que os canais oficiais do Supremo Tribunal Federal para recebimento de informações são: malote digital; Peticionamento Eletrônico, inclusive para processos sigilosos (tratando-se de partes ou advogados); Protocolo Eletrônico; fax (61- 3217-7921/7922) e Correios (Protocolo Judicial do Supremo Tribunal Federal, Praça dos Três Poderes s/n, Brasília/DF, CEP 70175-900).

Atenciosamente,

Ministro ALEXANDRE DE MORAES
*Relator*
*Documento assinado digitalmente*