# EXHIBIT A



### THE WHITE HOUSE
#### WASHINGTON

July 9, 2025

His Excellency
Luiz Inacio Lula da Silva
President of the Federative Republic of
 Brazil
Brasilia

Dear Mr. President:

I knew and dealt with former President Jair Bolsonaro, and respected him greatly, as did most other Leaders of Countries. The way that Brazil has treated former President Bolsonaro, a Highly Respected Leader throughout the World during his Term, including by the United States, is an international disgrace. This Trial should not be taking place. It is a Witch Hunt that should end IMMEDIATELY!

Due in part to Brazil's insidious attacks on Free Elections, and the fundamental Free Speech Rights of Americans (as lately illustrated by the Brazilian Supreme Court, which has issued hundreds of SECRET and UNLAWFUL Censorship Orders to U.S. Social Media platforms, threatening them with Millions of Dollars in Fines and Eviction from the Brazilian Social Media market), starting on August 1, 2025, we will charge Brazil a Tariff of 50% on any and all Brazilian products sent into the United States, separate from all Sectoral Tariffs. Goods transshipped to evade this 50% Tariff will be subject to that higher Tariff.

In addition, we have had years to discuss our Trading Relationship with Brazil, and have concluded that we must move away from the longstanding, and very unfair trade relationship engendered by Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers. Our relationship has been, unfortunately, far from Reciprocal.

Please understand that the 50% number is far less than what is needed to have the Level Playing Field we must have with your Country. And it is necessary to have this to rectify the grave injustices of the current regime. As you are aware, there will be no Tariff if Brazil, or companies within your Country, decide to build or manufacture product within the United States and, in fact, we will do everything possible to get approvals quickly, professionally, and routinely — in other words, in a matter of weeks.

If for any reason you decide to raise your Tariffs, then, whatever the number you choose to raise them by, will be added onto the 50% that we charge. Please understand that these Tariffs are necessary to correct the many years of Brazil's Tariff, and Non-Tariff, Policies and Trade Barriers, causing these unsustainable Trade Deficits against the United States. This Deficit is a major threat to our Economy and, indeed, our National Security! Additionally, because of Brazil's continued attacks on the Digital Trade activities of American Companies, as well as other unfair Trading Practices, I am directing United States Trade Representative Jamieson Greer to immediately initiate a Section 301 Investigation of Brazil.

If you wish to open your heretofore closed Trading Markets to the United States, and eliminate your Tariff, and Non-Tariff, Policies and Trade Barriers, we will, perhaps, consider an adjustment to this letter. These Tariffs may be modified, upward or downward, depending on our relationship with your Country. You will never be disappointed with the United States of America.

Thank you for your attention to this matter!

With best wishes, I am,

Sincerely,

DONALD J. TRUMP
PRESIDENT OF THE UNITED STATES OF AMERICA