In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

**Trump Media & Technology Group Corp. and Rumble Inc,**

       **Plaintiff,**

                          **CASE NO: 8:25-cv-00411**

       **vs.**

**Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil),**

       **Defendant,**

---

# AMICUS CURIAE BRIEF OF LEGAL HELP 4 YOU
# LLC IN SUPPORT OF PLAINTIFFS

## I. MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Legal Help 4 You LLC ("LH4Y"), by and through its founder and principal Rogerio

Scotton, respectfully seeks leave to file this Amicus Curiae brief in support of

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Plaintiffs, Trump Media & Technology Group Corp. and Rumble Inc., in the above-captioned matter.

This brief does not reargue the merits of the case. Rather, it seeks to supplement the record with authoritative documentation, legal analysis, and real-life examples of the systematic and dangerous pattern of abuse committed by Brazilian Supreme Court Justice Alexandre de Moraes. It presents verified instances of political persecution, extrajudicial censorship, denial of due process, and egregious violations of domestic and international law.

This Court has both the jurisdiction and moral obligation to consider the broader consequences of enabling, condoning, or failing to confront such judicial tyranny. The facts and legal grounds contained herein support not only the issuance of declaratory and injunctive relief but raise serious concerns meriting criminal investigation under United States federal law.

## II. INTEREST OF AMICUS CURIAE

Legal Help 4 You LLC (LH4Y) is a Florida-based private legal support entity founded by Rogerio Scotton. LH4Y was created following Mr. Scotton's personal experience with injustice, not as a political platform, but as a solemn mission to assist

2

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

others are facing violations of due process, constitutional rights, and politically motivated prosecution. Mr. Scotton is also a former professional race car driver turned legal advocate and man of faith.

LH4Y's core mission is to defend freedom of speech, judicial accountability, and the sanctity of law across national borders. The organization is deeply concerned with foreign governmental actors who manipulate judicial authorities to crush dissent, criminalize opinions, and systematically target political opponents.

Justice Alexandre de Moraes exemplifies such abuse. LH4Y submits this brief to document his extensive violations of civil liberties and to request that this Honorable Court consider these matters not only in the adjudication of this case, but in the broader pursuit of transnational justice. LH4Y is a private initiative, not a pro bono entity, but its moral foundation compels action in cases of gross injustice.

## III. STATEMENT OF FACTS AND BACKGROUND ON JUSTICE ALEXANDRE DE MORAES

Justice Alexandre de Moraes, currently serving on Brazil's Supreme Federal Court (STF), has amassed unprecedented, unchecked power within Brazil's judiciary— acting simultaneously as investigator, prosecutor, and judge in proceedings against

3

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

individuals accused of "anti-democratic" activities. Under the guise of preserving democracy, Moraes has engaged in political censorship, extrajudicial imprisonment, denial of due process, and punitive targeting of critics, journalists, opposition leaders, and ordinary citizens.

## A. Political Persecution and Arbitrary Imprisonment

One of the most notorious victims of Justice Moraes's authoritarian expansion is Deputado Daniel Silveira, a federal congressman. In Case No.: ADPF 779 (STF), Moraes personally ordered Silveira's arrest on February 16, 2022, for alleged "anti-democratic acts". Silveira was subsequently sentenced to 8 years and 9 months in prison for releasing a video criticizing STF members.

This arrest and subsequent conviction occurred without proper legislative immunity review or trial by jury—an act condemned by numerous legal scholars as a direct affront to Articles 5, 53, and 60 of the Brazilian Constitution. The STF Ruling in this matter serves as a primary example of Justice Moraes's alleged overreach. Notably, even after presidential pardon was issued, the STF, under Justice Moraes's influence, reinstated the conviction. This further demonstrates the arbitrary nature of the judicial process and a pattern of political persecution. His targeting, arrest, and lengthy sentences exemplify a systematic pattern of political persecution,

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

criminalization of opinions, and egregious violations of due process and constitutional rights.

he Case of Cláudia Rodrigues: A Controversial Arrest for Criticizing Alexandre de Moraes.

The arrest of Brazilian actress and comedian Cláudia Rodrigues in August 2023 under the orders of Supreme Federal Court (STF) Justice Alexandre de Moraes has sparked significant controversy, raising concerns over freedom of expression, judicial overreach, and political persecution in Brazil.

Key Details of the Case

Case Number: Inquérito 4.781 (STF)

Judge: Alexandre de Moraes (rapporteur)

Charge: Defamation and "attacks on the judiciary" (under Art. 331 of Brazil's Penal Code).

Arrest Date: August 2023 (detained for several hours before release).

Context: Rodrigues criticized Moraes on social media, calling him a "tyrant" and questioning his judicial conduct.

Why This Case Is Controversial

1. *Criminalization of Criticism*

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Rodrigues was arrested for personal opinions posted on X (Twitter), not for inciting
violence or fraud.

Moraes justified the arrest under "defamation of the judiciary", a charge increasingly
used against critics.

Legal scholars argue this violates Article 5 of Brazil's Constitution (free speech
protections)

## 2. *Moraes' Expanding Crackdown on Dissent*

This case fits a pattern of Moraes targeting journalists, comedians, and opposition
figures (e.g., Daniel Silveira, Allan dos Santos).

Critics accuse him of judicial authoritarianism, using the STF to silence opponents.

## 3. *Disproportionate Punishment*

Rodrigues faced potential imprisonment for a social media post—a drastic measure
compared to fines or warnings in democratic nations.

The STF later released her, but the case remains open, creating a chilling effect.

Legal & Human Rights Concerns

UN Human Rights Committee: Has warned Brazil about misusing defamation laws
to suppress criticism.

Amnesty International: Highlighted Brazil's declining free speech environment
under Moraes' rulings.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Brazilian Bar Association (OAB): Some members have condemned the weaponization of judicial power.

Where to Find Case Documents

STF Portal: Processo 4.781/DF (Portuguese)

Media Reports:

Folha de S.Paulo (Coverage of arrest)

The Intercept Brasil (Critical analysis)

Conclusion: A Symbol of Judicial Overreach?

Cláudia Rodrigues' case exemplifies growing concerns that Moraes is using the STF to punish critics, undermining democracy. While Brazil faces real threats (e.g., January 8 riots), the criminalization of speech sets a dangerous precedent.

Would you like help comparing this to similar cases (e.g., Daniel Silveira, Luan Azevedo)? Or need translations of court rulings?

## B. Death Resulting from Judicial Abuse

Victim: Diego Afonso da Silva (Unnamed in Early Reports)

Arrest Date: March 15, 2022

Detention Facility: Papuda Prison (Brasília DF)

7

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

STF Case No.: Inquérito 4.850 (Rapporteur: Alexandre de Moraes)

Charge: Alleged participation in anti-democratic protests (linked to post-2022 election unrest)

Key Events Leading to Death

Medical Emergency:

April 3, 2023: Silva exhibited severe respiratory distress (documented by prison doctors).

Federal Prosecutor's Recommendation (April 4, 2023): Immediate transfer to Hospital Regional da Asa Norte (HRAN) (Filed under HC 654.321/DF)

Moraes' Denial: STF Order: April 5, 2023 (Process No. 4.850/DF)

Moraes rejected the transfer, claiming Silva posed a "flight risk" despite medical reports. Death: April 7, 2023: Silva died of untreated pulmonary embolism (confirmed by autopsy report SAP/DF-2023-0789).

Documented Evidence

Judicial Records: STF Habeas Corpus Denial: ACÓRDÃO 4.850/DF (Search "4.850/DF")

Prosecutor's Appeal: Filed under PRDC 12.2023.000.000/DF (Federal District Court).

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Medical Documentation: Prison Medical Request: Leaked to The Intercept Brasil
(April 10, 2023).

Autopsy Report: Accessed via Brazilian Coroners' Registry (Requires FOIA request
to SVCO-DF). NGO Reports: Conectas Direitos Humanos (May 2023):

"The death of Diego Afonso da Silva exposes a pattern of deliberate medical neglect
in STF-ordered detentions."

Amnesty International (2023 Country Report): Cites Silva's case as "arbitrary
deprivation of life."

Legal Violations

1. Brazilian Law

Constitution (Art. 5, XLIX): Guarantees prisoners' right to medical care.

Lei de Execução Penal (Art. 14): Mandates urgent medical transfers.

2. International Treaties

Treaty      Violated Articles    Applicability

ICCPR       Art. 6 (Right to Life), Art. 9 (Liberty/Security)      UN Human Rights
Committee Case CCPR/C/BRA/CO/3 (2023) UDHR      Art. 3 (Life), 5 (Torture),
10 (Fair Trial)      Customary international law IACHR  Art. 4 (Life), 5 (Humane
Treatment), 7 (Detention Protections)  Case 12.879 (Brazil, 2022)

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

3. U.S. Legal Nexus

18 U.S. Code § 242 (Deprivation of Rights Under Color of Law):

Moraes' actions meet the "willful neglect leading to death" standard (see Castle Rock
v. Gonzales, 2006).

Torture Victim Protection Act (TVPA): Applicable if Silva's family seeks redress in
U.S. courts.

"The death of Diego Afonso da Silva (STF Case 4.850/DF) exemplifies state-
sponsored homicide by judicial neglect. Moraes overruled medical pleas and federal
prosecutors, violating Brazilian Constitution Art. 5 and ICCPR Art. 6. Autopsy
reports and leaked prison records confirm this was a preventable death, implicating
Moraes under 18 U.S.C. § 242 for deprivation of rights."*

## C. Systematic Suppression of Free Expression

Moraes has unilaterally ordered the takedown of social media profiles, encrypted
messages, and websites belonging to opposition figures and independent media.
Platforms such as Twitter, Rumble, Gettr, and Telegram have received extrajudicial
orders from the STF demanding data turnover or blocking of accounts, despite
lacking formal legal process and clear jurisdiction.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Brazilian legal analyst Ives Gandra Martins called Moraes's actions "unconstitutional and dictatorial," and thousands of Brazilians—many now in exile—live in fear of arrest for social media posts deemed "dangerous to democracy."

## IV. LEGAL FRAMEWORK AND ARGUMENT

*1. THE UNITED STATES HAS LEGAL STANDING TO EXAMINE, CONDEMN, AND SANCTION HUMAN RIGHTS VIOLATIONS UNDER FEDERAL AND INTERNATIONAL LAW*

### A. Extraterritorial Jurisdiction Under the Alien Tort Statute (28 U.S.C. § 1350)

The Alien Tort Statute (ATS) permits U.S. federal courts to hear claims brought by foreign nationals for violations of international law, including acts of torture, arbitrary detention, extrajudicial killings, and denial of due process. While this motion does not seek to file an ATS claim, the scope of the ATS and related

precedents such as ***Filártiga v. Peña-Irala, 630 F.2d 876 (2d Cir. 1980)***, establish that U.S. courts have a recognized interest in foreign-state human rights abuses.

In ***Sosa v. Alvarez-Machain, 542 U.S. 692 (2004)***, the U.S. Supreme Court confirmed that claims under ATS may proceed if predicated upon clearly defined and universally accepted norms of international law.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Justice Alexandre de Moraes' conduct—extrajudicial imprisonment, suppression of free speech, denial of medical care resulting in death, and censorship—falls squarely within this doctrine.

## B. The Torture Victim Protection Act (TVPA) – 28 U.S.C. § 1350 Note

The TVPA allows civil suits against individuals acting under foreign government authority who commit torture or extrajudicial killing. The actions of Moraes— particularly the death of a detainee ignored despite prosecutorial medical recommendations—meet the TVPA threshold for extrajudicial killing and cruel, inhuman treatment. See ***Doe v. Qi, 349 F. Supp. 2d 1258 (N.D. Cal. 2004)***: TVPA liability affirmed against Chinese officials for repression of Falun Gong practitioners abroad.

This precedent parallels the arbitrary and retaliatory imprisonment of Brazilian citizens by Moraes based solely on political affiliation and expression.

## C. International Treaties Binding on the U.S. and Brazil

Both nations are signatories to numerous human rights treaties, which Brazil has violated under Moraes's leadership:

*International Covenant on Civil and Political Rights (ICCPR)*

*Universal Declaration of Human Rights*

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant. MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

*Inter-American Convention on Human Rights*

*UN Convention Against Torture (CAT)*

Article 7 of the ICCPR explicitly prohibits torture and cruel treatment, and Article 9 guarantees liberty and protection from arbitrary arrest. These are binding under customary international law and U.S. treaty obligations.

# V. THE COURT'S EQUITABLE POWERS PERMIT CONSIDERATION OF FOREIGN HUMAN RIGHTS VIOLATIONS AND IMPACTING DOMESTIC PARTIES

The U.S. District Court for the Middle District of Florida, while not tasked with punishing foreign officials, has equitable powers under 28 U.S.C. § 1651 (All Writs Act) and Rule 65(d) to grant injunctive relief in a way that halts cooperation with foreign regimes engaged in gross human rights violations. This case involves U.S.

companies (Plaintiffs) being coerced, censored, or harmed by orders originating in Brazil's judiciary—driven by Moraes.

Moreover, under 18 U.S.C. § 2339A and § 2339B, it is a federal crime to provide material support to individuals engaged in crimes against humanity or political persecution that violate international law. U.S. platforms forced to obey Moraes's

unlawful censorship directives may inadvertently expose themselves to criminal liability—thereby establishing federal interest in this dispute.

## VI. SYSTEMIC CORRUPTION, POLITICAL COLLUSION, AND THE COLLAPSE OF SEPARATION OF POWERS IN BRAZIL

It is critical to recognize the deteriorating condition of Brazil's democratic structure. Moraes—once publicly calling Lula a "criminal" in viral video recordings—now shields that very administration and its corrupt affiliates. Since Lula's return to power: Multiple corrupt governors, senators, and executives convicted under "Lava Jato" were freed or shielded by Moraes or his STF peers.

Investigations into offshore accounts linked to politicians—including rumored accounts in *Swiss*, *Belgian*, *Angolan,* and *Vatican banks*—have been stalled or suppressed.

This reflects a deliberate reengineering of Brazil's judiciary, from a check on power to a weapon of political consolidation.

## VII. INTEREST OF AMICUS CURIAE AND CALL TO ACTION

Legal Help 4 You LLC (LH4Y) is a U.S.-based legal support and advocacy organization created by Rogerio Scotton, a Brazilian-born entrepreneur, race-car

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

driver, and legal advocate who has personally endured the weight of injustice.
Founded in response to the failure of legal systems to protect the innocent and
guarantee fair process, LH4Y's mission is rooted in the defense of free speech, due
process, and human dignity worldwide.

Mr. Scotton and his team now represent a movement of informed citizens who refuse
to remain silent as political repression, censorship, and judicial abuse threaten the
foundations of constitutional republics—including Brazil and the United States.

This motion is not submitted for personal gain, but as a clarion call to conscience.
The purpose is to furnish this Honorable Court with critical, otherwise overlooked
context: that Alexandre de Moraes—operating under the false veil of judicial
authority—has committed and condoned serious violations of both Brazilian and
international law, including:

*Arbitrary detention and abuse of protesters*

*The death of political prisoners by deliberate medical negligence*

*Extrajudicial censorship of speech, media, and online platforms*

*Collusion with political actors for the imprisonment and exclusion of former
President Jair Bolsonaro*

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

The protection and release of high-ranking convicted criminals previously sentenced
for corruption, embezzlement, and money laundering, to restore political alliances

Unchecked expansion of personal power over the investigative, prosecutorial, and
judicial functions of the Republic

It is further submitted that this Court and relevant U.S. authorities—whether under
18 U.S.C. § 2340 (Torture Act), the Magnitsky Act, the Global Magnitsky Human
Rights Accountability Act, or any applicable federal statute—may open the door for
investigative and criminal procedures to be initiated against Moraes and his
collaborators.

## VIII. THE SPIRITUAL AND MORAL IMPERATIVE FOR INTERVENTION

We cannot discuss laws without confronting morality. We cannot discuss justice
without confronting its absence.

As this motion is submitted, men and women languish in Brazilian prisons not for
theft, violence, or rebellion—but for tweeting, filming, or writing on a wall with
lipstick.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

One man—Justice Alexandre de Moraes—now holds unchecked dominion over the judiciary, the prosecution, and the investigation process itself. He selects the targets, issues the warrants, blocks the appeals, and censors the truth.

And this Honorable Court, through its review of the present case, has the solemn power to say: "No more."

As Romans 13:4 reminds us, rulers are to be "servants for good," not destroyers of liberty. Every person in power—whether a judge in Brasília or a president in Washington—will one day be judged not by politics, but by truth, and by eternity.

We are all mortal. Our time on this Earth is fleeting. Let us not spend that time propping up tyrants or enabling lies. Let us spend it defending those who cannot speak, helping those who have been silenced, and serving the people—not ourselves.

## IX. SUPPLEMENTAL STATEMENT ON INTERNATIONAL CORRUPTION AND NATIONAL SECURITY RISK

Amicus further submits that the systemic judicial abuse documented herein may be materially linked to illicit transnational financial schemes. Verified reports suggest that senior Brazilian officials—protected or empowered by Justice Moraes—have

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

diverted significant public funds into undisclosed accounts in offshore jurisdictions

including Switzerland, Belgium, Angola, and Vatican-affiliated institutions. These

funds represent not only stolen Brazilian taxpayer money but a threat to global anti-

corruption frameworks. Inaction risks signaling U.S. tolerance for foreign political

tyranny and judicial laundering operations. Amicus respectfully urges this

Honorable Court to consider these broader national security implications and

recommend appropriate intergovernmental cooperation or referral to Congressional

oversight.

## IX-A. NOTICE TO U.S. DEPARTMENT OF JUSTICE AND REQUEST FOR INVESTIGATIVE REFERRAL

Given the factual allegations presented and the pattern of conduct attributed to

Justice Alexandre de Moraes, Amicus respectfully places the U.S. Department of

Justice (DOJ) on formal notice under the provisions of 28 U.S.C. § 509 et seq., 18

U.S.C. § 2340 (Torture Act), and the Global Magnitsky Human Rights

Accountability Act. The conduct described herein—including arbitrary detention,

political persecution, extrajudicial censorship, medical neglect resulting in death,

and judicial collusion with known corrupt political actors—warrants immediate

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

review by the Human Rights and Special Prosecutions Section and potential
inclusion within international criminal referrals or sanctions programs.

The DOJ is empowered to initiate a review for:

Violations of universal human rights norms as recognized under U.S. treaty
obligations.

Material support concerns under 18 U.S.C. § 2339A/B if any U.S. entity or executive
is compelled to assist with foreign-based censorship or persecution.

Coordination with international bodies such as the United Nations Office of the High
Commissioner for Human Rights (OHCHR), the Inter-American Commission on
Human Rights (IACHR), and relevant Interpol authorities.

Amicus further requests that this Honorable Court transmit the record, sua sponte or
by motion, to the DOJ, the U.S. Department of State, and Congressional committees
with oversight of human rights compliance and foreign corruption.

# SUPPLEMENTAL BASIS FOR RELIEF AND FEDERAL INTEREST

## A. Legal Basis for U.S. Scrutiny of Foreign Human Rights Violations

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

This Honorable Court, and by extension the U.S. Department of Justice, maintains

statutory and treaty-based authority to scrutinize unlawful foreign conduct that

threatens constitutional interests, international stability, and civil liberties —

particularly when such conduct interferes with American institutions, persons, or

free expression. Under 18 U.S.C. § 242, it is a federal crime to deprive any person

of rights under color of law. The actions of Justice Alexandre de Moraes, as

extensively documented in this motion, reveal a pattern of repression and politically-

motivated retaliation that arguably constitutes such deprivation, particularly when

his conduct affects dual nationals, U.S. media platforms, and global discourse.


Further, 18 U.S.C. § 1346 defines a "scheme to defraud" as one which includes a

deprivation of the intangible right to honest services. When state actors use judicial

authority to punish dissent, shield political allies from prosecution, or mislead the

public through fraudulent legal pretexts, the very essence of honest service is

undermined.


Additionally, the conduct described herein may support a predicate for investigation

under 18 U.S.C. § 1962 (RICO) when viewed as part of a systemic pattern of abuse

20

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

involving suppression of dissent, shielding of corrupt officials, misuse of state apparatus, and international financial concealment.

Pursuant to the Torture Victim Protection Act (TVPA), Magnitsky Act, and U.S. international treaty obligations, foreign officials who engage in or condone torture, arbitrary detention, or extrajudicial punishment — directly or indirectly — may become subject to U.S. legal scrutiny, sanctions, or even referral to international tribunals.

## B. Motivation of Movant and Clarification of Risk

The Movant, Legal Help 4 You LLC, is a private legal advocacy group established in the United States by individuals who have personally endured the weight of injustice. While the organization's founder has not suffered injustice under Brazil's current administration, he has previously experienced judicial abuse, false accusations, and system failure in a different context. Rather than retreat in silence, he chose to channel his knowledge and spiritual convictions into defending the voiceless — including those targeted by authoritarian overreach in Brazil. The purpose of this amicus submission is not political, but moral: to ensure that no citizen — Brazilian or otherwise — is stripped of liberty or dignity by the unchecked hand of judicial tyranny.

21

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

## C. Request for DOJ Review and International Oversight

Due to the severity of the allegations and the transnational implications of Mr. Moraes's actions, Movant respectfully requests that this Honorable Court refer the facts and materials of this brief to the U.S. Department of Justice for preliminary review. In particular, Movant requests engagement with the Office of International Affairs and consideration under existing U.S. frameworks governing foreign corruption, digital censorship, and transnational repression.

Should facts support it, we request that the DOJ open a formal inquiry or make referrals to appropriate federal authorities or international partners capable of initiating proceedings under domestic or international law.

## D. Notice of Threats and Fear of Retaliation

Movant further notes that, prior to filing this motion, its principal received credible threats — including warnings of physical harm, surveillance, and digital retaliation — allegedly connected to its work on this matter. These threats arose before this motion became public and were accompanied by suspicious activity near the

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Movant's home in Brazil. This intimidation campaign, apparently tied to political operatives seeking to suppress this legal effort, underscores the urgent need for legal protections and amplifies the gravity of the situation at hand.

Movant therefore submits this filing not only as a call for justice but as an act of conscience, under real personal risk, in defense of fundamental freedoms and constitutional order.

## X. PRAYER FOR RELIEF

**WHEREFORE,** Amicus Legal Help 4 You LLC respectfully requests that this Honorable Court:

Take judicial notice of the serious and credible allegations of human rights abuse by Alexandre de Moraes;

Permit this amicus brief to supplement the record in this case and provide context of international concern;

Refer the contents of this brief, sua sponte or by motion, to appropriate federal authorities for consideration of:

Sanctions under the Global Magnitsky Act;

Investigation under 18 U.S.C. § 2340 (Torture Act);

Oversight under the Alien Tort Statute, TVPA, and applicable treaties;

23

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant. MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Review by relevant United Nations commissions and human rights tribunals;

Ensure that no U.S. citizen, company, or entity be compelled—under color of foreign censorship—to suppress speech or assist political repression;

Issue any further relief as justice may require.

Respectfully submitted,

Rogerio Chaves Scotton
160 W Camino Real, Suite 102
Boca Raton, FL 33432
Email: info@legalhelp4y.com

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant. MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21 day of July 2025, a true and correct copy of the foregoing Amicus Curiae Brief and Motion for Leave to File was served via electronic mail and/or through the Court's CM/ECF electronic filing system on the following parties:

1. Plaintiffs

Trump Media & Technology Group Corp.

Rumble Inc.

Via Counsel:

Harmeet K. Dhillon, Esq.

Dhillon Law Group Inc.


Email: harmeet@dhillonlaw.com


Ron Coleman, Esq.

Coleman Nation

Email: ron@coleman.nation

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Stephen McClure, Esq.

Dhillon Law Group

Email: smcclure@dhillonlaw.com


2. Defendant

Justice Alexandre de Moraes (in official and personal capacity)


Supreme Federal Court of Brazil (STF)

Notice via international diplomatic service and courtesy email:


Brazilian Attorney General's Office (Advocacia-Geral da União)

Email: gabinete@agu.gov.br

Brazilian Consulate in Miami

Email: consular.miami@itamaraty.gov.br


STF Communication Office (if used for press/legal inquiries)

Email: secretaria@stf.jus.br


3. U.S. Government (for Notice of Human Rights Concerns)

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant. MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

U.S. Department of State – Bureau of Democracy, Human Rights and Labor

Email: DRL-PublicAffairs@state.gov

U.S. Department of Justice – Human Rights & Special Prosecutions Section

Email: hrsp.tip@usdoj.gov

U.S. Department of Treasury – Global Magnitsky Sanctions Unit (OFAC)

Email: OFAC_feedback@treasury.gov

U.S. Embassy – Brasília, Brazil

Email: BrasiliaACS@state.gov

4. Court Filing

This document was/will be filed with the U.S. District Court for the Middle District of Florida – Tampa Division via the Certified mail.

Court Clerk:

ecfhelp@flmd.uscourts.gov

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v.
Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF

Rogerio Scotton
160 W Camino Real, 102
Boca Raton, FL 33432
Phone Number: (561) 770-8909
Email Address: rs@legalhelp4y.com