In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# (TAMPA DIVISION)

JUL 28 2025 AM 11:43
FILED - USDC - FLMD - TPA

Trump Media & Technology Group Corp. and Rumble Inc,

Plaintiff,

CASE NO: 8:25-cv-00411

vs.

Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil),

Defendant,

_____/

# AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

## NOTICE OF JURISDICTION, MISREPRESENTATION, MEDIA TERRORISM, AND REQUEST FOR CRIMINAL INVESTIGATION UNDER GLOBAL MAGNITSKY ACT, TORTURE VICTIM PROTECTION ACT, AND U.S. DOMESTIC STATUTES

1

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

**COMES NOW,** Legal Help 4 You LLC, by and through its Owner partner and pro se legal advocate Rogerio Scotton ("Amicus"), and respectfully submits this Amended Amicus Curiae Motion, pursuant to Rule 7 and Rule 15(d) of the Federal Rules of Civil Procedure, and states as follows:

## I. INTRODUCTION AND LEGAL STANDING

This Honorable Court is respectfully notified that Amicus, Legal Help 4 You LLC, previously filed a brief seeking international legal accountability for Brazilian Supreme Court Justice Alexandre de Moraes under the Global Magnitsky Act, the Torture Victim Protection Act, and other applicable international human rights frameworks.

That original filing has since triggered a coordinated campaign of harassment, defamation, and journalistic terrorism against the undersigned and against the principles of justice underlying this action. As such, this Amended Motion seeks to clarify jurisdiction, reinforce the necessity of amicus standing, and request immediate action by the United States Department of Justice.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

This Court has full discretion under Rule 29 of the Federal Rules of Appellate Procedure and inherent Article III authority to accept this Amended Amicus Curiae Motion given the clear public interest, foreign affairs implications, threats to human rights, and violations of U.S. laws conducted via American platforms and infrastructure.

## II. WHY AMICUS STANDING IS APPROPRIATE AND NECESSARY

The undersigned has standing to be heard as an amicus under the following grounds: Public Interest and Human Rights Defense: The motion addresses serious allegations of human rights abuses, political imprisonment, and transnational misconduct.

Firsthand Harm and Threats: The filing of the original amicus brief has resulted in threats of death, harassment, and reputational destruction, creating a direct chilling effect.

Use of U.S. Infrastructure to Commit International Abuses: The coordinated disinformation campaign launched against the undersigned utilized U.S.-based platforms (e.g., Facebook, Instagram, YouTube, Twitter/X), thereby giving subject-matter and territorial jurisdiction to this Court and the U.S. Department of Justice.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Protection of Judicial Integrity: This Court must not allow foreign officials or weaponized media to intimidate lawful court participants, especially when such conduct violates both international and U.S. law.

Therefore, any motion to dismiss or strike this amicus must be denied under standards set forth in *__Neonatology Assocs., P.A. v. Comm'r, 293 F.3d 128 (3d Cir. 2002)__* and *__United States v. Microsoft Corp., 56 F.3d 1448 (D.C. Cir. 1995)__* which emphasize the value of amicus input in matters involving public interest, constitutional claims, or transnational concerns.

## III. CLARIFICATION: THIS IS A REQUEST FOR CRIMINAL INVESTIGATION — NOT "SANCTIONS"

Contrary to media reports, the original motion did not request "sanctions" against Alexandre de Moraes. It requested investigation under the Global Magnitsky Human Rights Accountability Act, 22 U.S.C. § 2656 note, and related U.S. laws.

The media's mischaracterization of this motion triggered:

Defamation against the amicus and its founder;

Death threats and coordinated harassment;

Weaponization of journalism to obstruct U.S. court proceedings;

4

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Insertion of false claims that Scotton "defrauded Target Apple and Walmart";

Violation of U.S. laws governing speech, defamation, international abuse of platforms, and obstruction of justice.

## IV. ADDITIONAL VIOLATIONS AGAINST U.S. ENTITIES AND CITIZENS

This Honorable Court is further advised that the defamatory publications and coordinated media attacks originating from Brazilian outlets—including *__Estadão, Metropoles, Poder360, Terra, UOL, IstoÉ, Folha de São Paulo, Gazeta do Povo__*, and *__Folha PE__*—have not only misrepresented a pending federal filing but have directly targeted and harmed **United States-based entities** and individuals, specifically Legal Help 4 You LLC and its co-owner, Mr. Peter Zaccagnino, a United States citizen.

These attacks, falsely associating Legal Help 4 You LLC with federal crimes, and suggesting fraudulent conduct by its founder Rogerio Scotton and partners, constitute actionable defamation, commercial disparagement, and tortious interference under United States law.

Relevant statutes and doctrines include:

5

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Defamation under U.S. Law: False statements of fact that injure the reputation of a business or person, actionable under both federal diversity jurisdiction and state tort law. See *New York Times Co. v. Sullivan, 376 U.S. 254 (1964)*; *Milkovich v. Lorain Journal Co., 497 U.S. 1 (1990)*.

Lanham Act, 15 U.S.C. § 1125(a) – Protects businesses against false or misleading representations that are likely to cause confusion or deception in the marketplace. Defendants may be liable for false claims that damage the commercial reputation of a business.

Restatement (Second) of Torts § 623A, § 626 – Provides for claims of injurious falsehood and commercial disparagement where a false statement results in pecuniary harm.

Tortious Interference with Business Relations – The deliberate dissemination of falsehoods designed to deter third parties from associating with Legal Help 4 You LLC or Mr. Zaccagnino directly impairs their right to engage in lawful commerce and petitioning of U.S. courts.

The malicious implication that Legal Help 4 You LLC is part of a criminal conspiracy involving fraud against U.S. corporations (e.g., Apple and Walmart), without evidence and without opportunity for rebuttal, has severely damaged the business's reputation, deterred clients, and resulted in threats and reputational

harm—conduct that violates both U.S. civil law and implicates federal protections for whistleblowers, advocates, and citizens engaging in constitutionally protected activities.

Accordingly, this Court should take notice that U.S.-based individuals and businesses are among the direct victims of the transnational fake news campaign enabled by American platforms and perpetrated by foreign entities. These platforms—Instagram, Facebook, YouTube, Twitter (X), and others—have been used as digital weapons to destroy the credibility of U.S. advocates and manipulate international legal perception through deliberate distortion.

The Department of Justice should investigate these coordinated acts under 18 U.S.C. §§ 1343 (wire fraud), 371 (conspiracy to defraud the United States), and 2332b (acts of terrorism transcending national boundaries), to the extent that these campaigns involve coordinated, deliberate falsehoods designed to intimidate, interfere with U.S. legal proceedings, and damage protected entities.

## V. CRIMINAL CONDUCT AND USE OF U.S. PLATFORMS

Multiple Brazilian media outlets—Estadão, Metrópoles, Poder360, Terra, UOL, IstoÉ, Folha de Sao Paulo, Gazeta do Povo, Folha PE, among others—have used

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

American social networks (e.g., Facebook, Instagram, YouTube) to disseminate fake news for political retaliation. This includes:

Fabricated accusations that Scotton is under FBI investigation;

False statements about U.S. federal court filings;

False claims that Scotton case, he defrauded U.S. companies likely Target, Apple and Walmart;

Political defamation targeting Donald Trump and conservative U.S. interests.

This constitutes foreign interference using U.S. digital infrastructure, and falls within DOJ jurisdiction under:

18 U.S.C. § 1343 (Wire Fraud)

18 U.S.C. § 1512 (Witness/Participant Intimidation)

18 U.S.C. § 875(c) (Interstate Threats)

Foreign Agents Registration Act (FARA), 22 U.S.C. § 611 et seq.

International Emergency Economic Powers Act (IEEPA), 50 U.S.C. §§ 1701–1706

## V. REQUEST FOR DOJ AND PLATFORM INTERVENTION

Amicus respectfully requests that this Court refer this matter to:

U.S. Department of Justice, Office of International Affairs;

Federal Bureau of Investigation, Cyber Division;

U.S. Department of Treasury (Global Magnitsky enforcement);

Meta, Alphabet, X/Twitter, and Rumble for investigation into the weaponization of their platforms by foreign actors.

We further request that the Court urge immediate sanctions, bans, and platform removals for these media outlets unless and until the DOJ determines otherwise.

## VI. HUMAN RIGHTS VIOLATIONS BY DEFENDANT MORAES

The original motion cites credible evidence of Moraes's involvement in:

Arbitrary detention of journalists and dissidents;

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Torture or inhumane treatment in pretrial detention;

Political censorship, internet bans, and surveillance;

Deaths in custody related to overreach.

Citations: *Filártiga v. Peña-Irala, 630 F.2d 876 (2d Cir. 1980)*; *Doe v. Karadzic, 866 F. Supp. 734 (S.D.N.Y. 1994)*; *In re Estate of Marcos, 978 F.2d 493 (9th Cir. 1992)*.

# VII. CALL FOR URGENT ACTION & PROTECTION OF THE COURT

The attacks on this amicus brief—and the attempt to paint the messenger as a criminal—constitute obstruction, retaliation, and defamation. If such intimidation is allowed to stand, no citizen will feel safe filing grievances in U.S. courts against powerful foreign officials.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

It is imperative that this Court take action not only to protect the amicus and this record, but also to send a message that foreign governments may not weaponize U.S. infrastructure or courts for retaliation or propaganda.

## VIII. PRAYER FOR RELIEF

WHEREFORE, Amicus Legal Help 4 You LLC respectfully prays that this Honorable Court:

Accept and docket this Amended Amicus Curiae Motion;

Acknowledge and judicially notice the media manipulation and threats resulting from the original filing;

Refer this matter to the U.S. Department of Justice and applicable agencies for investigation;

Request that U.S.-based platforms suspend and permanently ban the accounts of media outlets involved in disinformation and terrorism;

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Deny in advance any motion to strike this brief, as it meets the public interest and legal criteria for amicus participation;

Preserve the right of amicus to submit additional supplements or factual exhibits;

Grant any other relief that justice requires in light of the grave international abuses reported herein.

Respectfully submitted,

Rogerio Chaves Scotton
160 W Camino Real, Suite 102
Boca Raton, FL 33432
Email: rs@legalhelp4y.com

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27 day of July 2025, a true and correct copy of the foregoing AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC was served via electronic mail and/or through the Court's CM/ECF electronic filing system on the following parties:

1. Plaintiffs
Trump Media & Technology Group Corp.
Rumble Inc.
Via Counsel:
 Harmeet K. Dhillon, Esq.
Dhillon Law Group Inc.

Email: harmeet@dhillonlaw.com

 Ron Coleman, Esq.
Coleman Nation
Email: ron@coleman.nation


Stephen McClure, Esq.
Dhillon Law Group
Email: smcclure@dhillonlaw.com

2. Defendant
Justice Alexandre de Moraes (in official and personal capacity)

Supreme Federal Court of Brazil (STF)
Notice via international diplomatic service and courtesy email:

 Brazilian Attorney General's Office (Advocacia-Geral da União)

13

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC

Email: gabinete@agu.gov.br
Brazilian Consulate in Miami
Email: consular.miami@itamaraty.gov.br

STF Communication Office (if used for press/legal inquiries)
Email: secretaria@stf.jus.br

3. U.S. Government (for Notice of Human Rights Concerns)

U.S. Department of State – Bureau of Democracy, Human Rights and Labor
Email: DRL-PublicAffairs@state.gov

U.S. Department of Justice – Human Rights & Special Prosecutions Section
Email: hrsp.tip@usdoj.gov

U.S. Department of Treasury – Global Magnitsky Sanctions Unit (OFAC)

Email: OFAC_feedback@treasury.gov
U.S. Embassy – Brasília, Brazil
Email: BrasiliaACS@state.gov

4. Court Filing
This document was/will be filed with the U.S. District Court for the Middle District of Florida – Tampa Division via the Certified mail.
Court Clerk:
ecfhelp@flmd.uscourts.gov

Rogerio Scotton
160 W Camino Real, 102
Boca Raton, FL 33432
Phone Number: (561) 770-8909
Email Address: rs@legalhelp4y.com