# EXHIBIT A

Compilation of Brazilian Media Distortion Regarding Amicus Motion

Submitted in support of:
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC
U.S. District Court, Middle District of Florida – Tampa Division
Case No. 8:25-cv-00411-MSS-AAS

Description:
This Exhibit contains a collection of articles published in July 2025 by Brazilian media outlets including Metrópoles, Estadão, Poder360, UOL, Terra, Folha de São Paulo, Gazeta do Povo, and others. These publications mischaracterized the Amicus Curiae Motion filed by Legal Help 4 You LLC as a request for "sanctions" against Brazilian Supreme Court Justice Alexandre de Moraes.

The articles represent:
- Clear instances of fake news and journalistic manipulation;
- Deliberate omissions of the actual content and legal purpose of the motion;
- Coordinated attacks across platforms to harm the reputation of Rogerio Scotton and Legal Help 4 You LLC;
- Weaponized use of U.S. social media infrastructure (Instagram, Facebook, Twitter, YouTube) in a retaliatory campaign.

Submitted to demonstrate the urgent need for investigation under the Global Magnitsky Act, the Foreign Agents Registration Act, the Torture Victim Protection Act, and relevant U.S. defamation and cybersecurity laws.



poder internacional

publicidade



# Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

*Rogerio Scotton citou a Lei Magnitsky em pedido anexado a processo de Trump Media e Rumble contra ministro*

publicidade



Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 3 of 51 PageID
1717
7/26/25, 7:29 PM                    Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes



*Brasileiro protocola nos EUA pedido baseado na Lei Magnitsky contra o ministro Alexandre de Moraes, do STF, por suposta censura e abusos no Brasil*

PODER360
23.jul.2025 (quarta-feira) - 18h20

O brasileiro Rogério Scotton, residente nos Estados Unidos e acusado de 27 crimes, protocolou na 3ª feira (22.jul.2025), por meio da entidade americana Legal Help 4 You LLC, uma manifestação judicial contra o ministro Alexandre de Moraes do STF (Supremo Tribunal Federal) no Tribunal Federal do Distrito Central da Flórida, com base na Lei Magnitsky.

O documento foi incluído no process publicidade ido por

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 4 of 51 PageID
1718
7/26/25, 7:29 PM                    Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

de abuso de poder e censura. Eis a íntegra do pedido
(PDF – 1 MB).

### alertas grátis do Poder360

**seu e-mail**

concordo com os termos da LGPD.

INSCREVA-SE                          INSCREVA-SE

A Legal Help 4 You LLC, entidade sediada na Flórida,
atua como 3º interessado (*amicus curiae*) no
processo. Apesar de não ter peso significativo no
caso, o documento busca influenciar a Corte norte-
americana com exemplos e análises jurídicas sobre a
atuação do ministro.

Scotton, que assina a manifestação, pede que o
tribunal envie as provas ao Departamento de Estado,
que decidirá sobre possíveis sanções. A defesa de
Scotton esclarece, contudo, que o pedido direto é
pela abertura de uma investigação criminal contra
Moraes.

O brasileiro argumenta que decisões como a de
bloquear perfis em redes sociais do comentarista
Rodrigo Constantino violam garantias
constitucionais. Constantino é um dos alvos dos
inquéritos sobre desinformação e atos extremistas no
Brasil, conduzidos pelo Supremo

publicidade

O documento ainda cita casos como o do deputado Daniel Silveira para sustentar a tese de que o STF promove censura.

Além da Lei Magnitsky, o documento também menciona outras bases jurídicas internacionais e americanas, como:

**a ATS (Alien Tort Statute)** – lei dos Estados Unidos de 1789, que:

- permite que estrangeiros (não cidadãos dos EUA) processem, em tribunais federais norte-americanos, indivíduos ou entidades por violações ao direito internacional, especialmente em casos de tortura, genocídio, crimes de guerra, escravidão e outros abusos graves dos direitos humanos.

**a TPVA (Torture Victim Protection Act)** – lei dos EUA de 1991, que:

- permite que vítimas de tortura ou execuções extrajudiciais, ou seus representantes, processem indivíduos responsáveis por esses atos, desde que os autores atuem em nome de um Estado ou sob autoridade oficial.

## ESQUEMA DE FRAUDE MILIONÁRIO

Scotton, brasileiro radicado nos Estados Unidos, foi

Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

UPS, FedEx e DHL.  O golpe causou um prejuízo superior a US$ 2,5 milhões às transportadoras.

Além disso, ele mentiu para autoridades de imigração durante o processo para obter residência legal nos EUA.

O empresário foi julgado por 27 crimes de fraude postal e 2 de declaração falsa a órgãos do governo, referentes a esse esquema.

Atuando em causa própria no tribunal, foi condenado a 9 anos de prisão e obrigado a pagar o valor do prejuízo como restituição. A defesa recorreu da condenação, mas a Justiça americana manteve a sentença. Leia a íntegra da decisão (PDF – 51 KB).

O documento, no entanto, não especifica se a restituição já foi paga, apenas que foi ordenada.

Em nota, a Legal Help 4 You LLC, entidade que representa Rogério Scotton, afirma que ele respondeu em apenas um único processo federal. Todas as suas 27 acusações formais (ou "counts") de fraude postal são, portanto, relacionadas ao mesmo esquema.

publicidade

Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

Magnitsky visam permitir que as autoridades tomem *"medidas cabíveis"* como o início de *"processos penais"*.

Por fim, declara que *"o senhor Scotton não esconde seu passado, pelo contrário, o enfrenta publicamente"*, e que sua *"luta segue ativa na justiça americana, com petições ainda pendentes de análise."*

## IMPASSE JURÍDICO IMPEDE SANÇÕES

É considerada quase zero a chance de o governo dos Estados Unidos aplicar sanções contra o ministro Alexandre de Moraes e outros integrantes do STF (Supremo Tribunal Federal) com base na chamada Lei Magnitsky, segundo apurou o **Poder360**.

A eventual punição é uma expectativa da família do ex-presidente Jair Bolsonaro (PL) e de aliados, que torcem para que Washington acione a Magnitsky contra os ministros do STF. O motivo seria o julgamento do ex-chefe do Executivo, a condenação de bolsonaristas envolvidos nos ataques de 8 de Janeiro e outros casos relacionados à oposição ao governo do presidente Luiz Inácio Lula da Silva (PT).

A chamada Lei Magnitsky —que, quando aplicada,

publicidade

responsabilidade ou cumplicidade em assassinato;

tortura;

outras violações graves dos direitos humanos;

envolvimento em atos significativos de corrupção, como suborno, roubo de bens públicos ou apropriação de recursos do Estado.

Por ora, nenhum dos ministros brasileiros se enquadra nesses critérios.

*o Poder360 integra o*  **T**  **The Trust Project**

**autores**

**PODER360**

**curtiu a reportagem? Compartilhe sua opinião**  ♡

**apontar erros neste texto**  ⓘ

**leia mais sobre**

ALEXANDRE DE MORAES      ALIEN TORT STATUTE      BRASIL      CENSURA

DANIEL SILVEIRA      DIREITOS HUMANOS      ESTADOS UNIDOS

GLOBAL MAGNITSKY ACT      INQUÉRITO DAS FAKE NEWS      JUSTIÇA DOS EUA

LEGAL HELP 4 YOU      LIBERDADE DE EXPRESSÃO      REDES SOCIAIS

ROGERIO SCOTTON      RUMBLE      STF      SUPREMA CORTE DOS EUA

publicidade

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 9 of 51 PageID
1723
7/26/25, 7:29 PM                    Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

**China cria 6,95 milhões de empregos urbanos no 1º semestre**

**Papa e líder da Igreja Ortodoxa Russa discutem guerra na Ucrânia**

**A favor do Estado palestino, Starmer cobra Israel por Gaza**

**Agosto: mês é marcado por tragédias e deve ter tarifaço dos EUA**

**"Lula não quer resolver o problema do tarifaço", diz Caiado**

PODER360 todos os dias no seu e-mail

Seu e-mail

ASSIN

concordo com os termos da LGPD.

MONITOR

ASSINE O
PODER MONITOR

O
PODE

Quem
somos

## NOTÍCIAS

Notícia
sobre (
Poder3

| | | | |
|---|---|---|---|
| Poder Governo | Poder Monitor | Poder Eleições | Visitas Poder3 |
| Anúncios do Governo | Poder Gente | Poder Internacional | Equipe |
| Poder Congresso | Poder Sports MKT | Poder China | Articuli |
| Poder Economia | Brasil à Frente | Poder Educação | Como anunci |
| Poder Justiça | Poder Empreendedor | Poder Cultura | |
| Poder Brasil | PoderData | Poder Saúde | Drive |
| Poder Infra | Poder Agro | Poder Energia | Poderl |
| | Poder | | |

publicidade

7/26/25, 7:29 PM                    Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

Poder
Segurança
Pública

Poder
Sustentável

Poder Mídia

Poder Vídeos

Nieman

Poder
Pesquisas

Agregador de
Pesquisas

Políticos do
Brasil

Eleições 2024
– resultados
2º turno

Eleições 2024
– resultados 1º
turno

Eleições 2024
notícias

Eleições 2022
– resultados

Eleições 2022
notícias

Poder
Conteúdo
Patrocinado

Trabalhe no
Poder360

Contato

Princípios
Editoriais

Código de
Conduta

Política de
Privacidade

Política de
Compliance

Termos de
uso

Reprodução
de matérias

Arquivo
Fernando
Rodrigues

## OPINIÃO E ANÁLISE

Opinião

Análise

Editorial

Opinião: Futuro Indicativo

## VÍDEOS E PODCASTS

Poder360 no YouTube

Comerciais eleitorais 2022

Agenda da Semana

Fatos da Semana

Volta ao Mundo

PodSonhar

Boleiros de Humanas

Poder Explica

Poder Reage

Lives do Prerrogativas

publicidade

Brasileiro acusado de 27 crimes nos EUA pede sanções contra Moraes

Poder em Foco

Fronteiras do Pensamento

O custo do contrabando

A indústria e o futuro do Brasil

COMPARTILHE O PODER360

**PODER** 360

2025 © TODOS OS DIREITOS PODER360.

publicidade

Dinheiro (https://istoedinheiro.com.br)    Menu ☰

**Política (https://istoedinheiro.com.br/categoria/politica-2)**

## Entidade pede à Justiça americana sanções a Moraes e ministros do STF

ESTADÃO CONTEÚDO  |
24/07/2025 - 7:00

Em mais um capítulo do embate entre Brasil e Estados Unidos, uma entidade sediada na Flórida pediu à Justiça americana que envie ao Departamento de Estado os autos do processo que contesta decisões do ministro do Supremo Tribunal Federal (STF) Alexandre de Moraes. A Legal Help 4 You LLC, que atua na área de assessoria jurídica, quer que o governo de Donald Trump considere a aplicação de sanções ao magistrado brasileiro e a outros integrantes da Corte por supostas violações de direitos humanos. O pedido não cita que outros ministros, além de Moraes, poderiam ser alvo da ofensiva. Procurado, o STF não comentou.

Nesta quarta-feira, 23, o PT e outros partidos da base do governo Lula divulgaram um manifesto em apoio ao Supremo. O documento fala em "indignação" com as sanções anunciadas pela gestão Trump contra ministros da Corte máxima do País, como a suspensão do visto americano de Moraes, "de seus aliados" no tribunal e "de seus familiares diretos".

O pedido da Legal Help 4 You LLC foi apresentado dentro da ação movida contra Moraes pela Trump Media, empresa ligada ao presidente dos EUA, e pela plataforma de vídeos Rumble que tramita desde fevereiro em um tribunal federal na Flórida. A entidade atua como amicus curiae, um terceiro interessado no processo.

Lei

Na petição, protocolada nesta terça, 22, a entidade fundamenta o pedido na Lei Global Magnitsky, que permite punir estrangeiros acusados de corrupção ou violações graves de direitos humanos. A solicitação se apoia em trecho da lei que autoriza indivíduos ou entidades a apresentar denúncias ao Departamento de Estado diretamente ou por meio de processos judiciais em andamento. O pedido lista três sanções possíveis: proibição de visto, congelamento de bens e restrições diplomáticas.

Segundo os advogados da entidade, as ordens de Moraes para bloquear perfis em redes sociais, como o do comentarista Rodrigo Constantino, violam garantias constitucionais e configuram abusos que justificariam as sanções. Eles afirmam que as ações do ministro são "arbitrárias, ilegais e ofensivas à consciência moral".

"Os autores respeitosamente solicitam que o tribunal encaminhe as evidências ao Departamento de Estado dos EUA para consideração de possíveis sanções contra Alexandre de Moraes e outros membros do STF", diz o documento.

A Lei Magnitsky já foi usada para punir autoridades de diversos países, mas nunca havia sido acionada nesse tipo de disputa com o Brasil. A legislação prevê sanções como bloqueio de contas e bens em solo americano, cancelamento de visto e proibição de entrar no país.

Soberania

Na ação movida pela Trump Media e pela Rumble, a plataforma alega que Moraes violou a soberania americana ao ordenar a suspensão da conta do blogueiro Allan dos Santos, foragido da Justiça brasileira. Já a Trump Media argumenta que também é prejudicada porque a Rumble fornece à empresa serviços para a manutenção da rede social do presidente americano, a Truth Social.

ushnows Media e Rumble já haviam solicitado que a Justiça americana declarasse as ordens de Moraes "inexequíveis" e bloqueasse qualquer cooperação entre autoridades dos países para executá-las. Agora, a ofensiva ganha contornos diplomáticos e pressiona o governo dos EUA a se posicionar.

O novo movimento contra o Supremo ocorre em meio à escalada da tensão diplomática entre Brasil e Estados Unidos. No último dia 18, horas após Moraes impor medidas restritivas ao ex-presidente Jair Bolsonaro (PL) – incluindo uso de tornozeleira eletrônica e proibição de acessar redes sociais -, o governo Trump mandou suspender o visto do ministro.

O Estadão apurou que também estão na lista os ministros do STF Luís Roberto Barroso, Flávio Dino, Gilmar Mendes, Dias Toffoli, Cristiano Zanin, Cármen Lúcia e Edson Fachin.

'Agressivo'

No manifesto em defesa do Supremo, partidos da base aliada do presidente Luiz Inácio Lula da Silva no Congresso criticam o que chamam de "sanções unilaterais a ministros por sua atuação no cumprimento da lei e na defesa da Constituição".

"Este gesto agressivo e sem precedentes nas relações bicentenárias de nossos países torna-se ainda mais grave por sua manifesta motivação política, configurando uma ingerência espúria no processo democrático brasileiro e um ataque à soberania nacional", afirma o texto, assinado pelos presidentes de PT, PSB, PDT, PSOL, PV, Cidadania e PCdoB.

O STF é alvo do governo Trump desde o início de julho, quando o americano declarou que Bolsonaro – réu sob acusação de tentativa de golpe – é perseguido pela Justiça.

As informações são do jornal O Estado de S. Paulo.

🏛 📷 ⚙ 📧 🔖 📋 ☑

Ação (Https://Istoedinheiro.Com.Br/Tag/Acao)    Entidade (Https://Istoedinheiro.Com.Br/Tag/Entidade)    EUA (Https://Istoedinheiro.Com.Br/Tag/Eua)

Moraes (Https://Istoedinheiro.Com.Br/Tag/Moraes)    Rumble (Https://Istoedinheiro.Com.Br/Tag/Rumble)    Sanções (Https://Istoedinheiro.Com.Br/Tag/Sancoes)

Trump Media (Https://Istoedinheiro.Com.Br/Tag/Trump-Media)

**Recomendado por Taboola**

(https://info.blivo.com.br/sfunnel/1422)

**Especialista em intestino: "Imploro a todos brasileiros que lavem o intestino com isso"**

Nutricionista revela o real motivo do aumento da prisão de ventre entre brasileiros

| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article 1)    [ Saiba Mais ]

(https://info.blivo.com.br/sfunnel/1422)
(https://digitalthreatreport.com/7-hidden-dangers)

**This 10-Second Test Checks If Your Phone Is Already Hacked**

| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article    [ Learn More ]

(https://digitalthreatreport.com/7-hidden-dangers)
(https://info.blivo.com.br/sfunnel/2333/%0D)

**Danielle Winits: 3 Piores alimentos para a barriga**

A atriz global, Danielle Winits, revelou seu segredo para ter a barriga chapada aos 51 anos

| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article 1)    [ Saiba Mais ]

(https://info.blivo.com.br/sfunnel/2333/%0D)

(https://go.aff.estrelabetpartners.com/9mp2tqkk)

2/4

Pushnews... ` São João Del Rei estão jogando!
Caramelo sortudo, o que mais paga!
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-a-delta:Below Article     Inscreva-se

(https://go.aff.estrelabetpartners.com/9mp2tqkk)
(https://go.aff.estrelabetpartners.com/9mp2tqkk)
Liberado em São João Del Rei | A capivara da sorte
Vem jogar, exclusivo nesta região!
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-a-delta:Below Article Thum     Jogue

(https://go.aff.estrelabetpartners.com/9mp2tqkk)

(https://digitalthreatreport.com/7-hidden-dangers)
Banking Online? Ex-Hacker Says Disable This Setting Now
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article     Learn More

(https://digitalthreatreport.com/7-hidden-dangers)
(https://tray.com.br/artigo-mister-muscle)
A única estratégia que mudou tudo para a Mister Muscle!
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article     Clique aqui

(https://tray.com.br/artigo-mister-muscle)
(https://track.arcade.it/inHjHsNKbNyzo)
5 sinais que indicam que seu smartphone está invadido
Muitos brasileiros estão descobrindo que estão sendo vigiados. Veja os sinais mais ignorados que indicam invasão.
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article T     Saiba Mais

(https://track.arcade.it/inHjHsNKbNyzo)

(https://portalg9.com.br/anti-ronco-reportagem)
Dispositivo contra ronco e apneia chega ao Brasil e vira febre de vendas
EXCLUSIVO: dispositivo pequeno e discreto chega ao Brasil e promete ser a solução para os roncos e apneia! Saiba mais!
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-b-delta:Below Article T     Saiba Mais

(https://portalg9.com.br/anti-ronco-reportagem)
(https://info.blivo.com.br/sfunnel/1422)
Método fácil para limpar o intestino todas as manhãs (totalmente caseiro)
Nutricionista revela em entrevista o real motivo do aumento da prisão de ventre entre brasileiros
| Sponsored (https://popup.taboola.com/pt/?template=colorbox&utm_source=editora3-istodinheiro&utm_medium=referral&utm_content=thumbs-feed-01-a-delta:Below Article T     Saiba Mais

(https://info.blivo.com.br/sfunnel/1422)

Dushnows_

Brasil vira sobre o Japão e alcança final da
Liga das Nações de vôlei

POLÍTICA 26/07/25
Governo Lula retira Brasil de aliança
internacional em memória do holocausto

GIRO 26/07/25
Incêndio atinge indústria em Guarulhos (SP)

ECONOMIA 26/07/25
Tarcísio menciona impacto de até 2,7% no
PIB de SP com tarifa dos EUA

GIRO 26/07/25
Filho preso suspeito de matar própria mãe é
exonerado de cargo no governo de MG

Mais Notícias

Copyright © 2025 - ISTOÉ PUBLICAÇÕES LTDA
Todos os direitos reservados.

A ISTOÉ PUBLICAÇÕES LTDA é um portal digital independente e sem vinculação editorial e societária com a EDITORA
TRES COMÉRCIO DE PUBLICAÇÕES LTDA (recuperação judicial). Informamos também que não realizamos cobranças
e que também não oferecemos cancelamento do contrato de assinatura da revista impressa de nome ISTOÉ, tampouco
autorizamos terceiros a fazê-lo, nos responsabilizamos apenas pelo conteúdo digital "https://istoe.com.br
(https://istoe.com.br)" e seus respectivos sites.

Política de privacidade (https://istoedinheiro.com.br/politica-de-privacidade/)

 

☰    ⊕ Seu time    ☾ Seu signo    Jogos

○ Entre    **Assine UOL**

Cotidiano

# Entidade pede à Justiça americana sanções a Moraes e ministros do STF

**ESTADÃO** *conteúdo*

São Paulo

24/07/2025 07h00



Em mais um capítulo do embate entre Brasil e Estados Unidos, uma entidade
sediada na Flórida pediu à Justiça americana que envie ao Departamento de Estado

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com
a nossa **Política de Privacidade** e, ao continuar navegando, você
concorda com estas condições.

OK

∨

PUBLICIDADE

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 17 of 51 PageID
1731
7/26/25, 7:33 PM                    Entidade pede à Justiça americana sanções a Moraes e ministros do STF

Em mais um capítulo do embate entre Brasil e Estados Unidos, uma entidade sediada na Flórida pediu à Justiça americana que envie ao Departamento de Estado os autos do processo que contesta decisões do ministro do Supremo Tribunal Federal (STF) Alexandre de Moraes. A Legal Help 4 You LLC, que atua na área de assessoria jurídica, quer que o governo de Donald Trump considere a aplicação de sanções ao magistrado brasileiro e a outros integrantes da Corte por supostas violações de direitos humanos. O pedido não cita que outros ministros, além de Moraes, poderiam ser alvo da ofensiva. Procurado, o STF não comentou.

Nesta quarta-feira, 23, o PT e outros partidos da base do governo Lula divulgaram um manifesto em apoio ao Supremo. O documento fala em "indignação" com as sanções anunciadas pela gestão Trump contra ministros da Corte máxima do País, como a suspensão do visto americano de Moraes, "de seus aliados" no tribunal e "de seus familiares diretos".

O pedido da Legal Help 4 You LLC foi apresentado dentro da ação movida contra Moraes pela Trump Media, empresa ligada ao presidente dos EUA, e pela plataforma de vídeos Rumble que tramita desde fevereiro em um tribunal federal na Flórida. A entidade atua como amicus curiae, um terceiro interessado no processo.

CONTINUA APÓS A PUBLICIDADE

Utilizamos cookies e outras tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

7/26/25, 7:33 PM                    Entidade pede à Justiça americana sanções a Moraes e ministros do STF

 **Thais Bilenky**

Direita racha no RJ e faz governador cancelar férias

 **Milly Lacombe**

Quem realmente manda no Santos?

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com
a nossa **Política de Privacidade** e, ao continuar navegando, você
concorda com estas condições.

**PUBLICIDADE**

Entidade pede à Justiça americana sanções a Moraes e ministros do STF

## Lei

Na petição, protocolada nesta terça, 22, a entidade fundamenta o pedido na Lei Global Magnitsky, que permite punir estrangeiros acusados de corrupção ou violações graves de direitos humanos. A solicitação se apoia em trecho da lei que autoriza indivíduos ou entidades a apresentar denúncias ao Departamento de Estado diretamente ou por meio de processos judiciais em andamento. O pedido lista três sanções possíveis: proibição de visto, congelamento de bens e restrições diplomáticas.

Segundo os advogados da entidade, as ordens de Moraes para bloquear perfis em redes sociais, como o do comentarista Rodrigo Constantino, violam garantias constitucionais e configuram abusos que justificariam as sanções. Eles afirmam que as ações do ministro são "arbitrárias, ilegais e ofensivas à consciência moral".

"Os autores respeitosamente solicitam que o tribunal encaminhe as evidências ao Departamento de Estado dos EUA para consideração de possíveis sanções contra Alexandre de Moraes e outros membros do STF", diz o documento.

A Lei Magnitsky já foi usada para punir autoridades de diversos países, mas nunca havia sido acionada nesse tipo de disputa com o Brasil. A legislação prevê sanções como bloqueio de contas e bens em solo americano, cancelamento de visto e proibição de entrar no país.

## Soberania

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

Entidade pede à Justiça americana sanções a Moraes e ministros do STF

Na ação movida pela Trump Media e pela Rumble, a plataforma alega que Moraes violou a soberania americana ao ordenar a suspensão da conta do blogueiro Allan dos Santos, foragido da Justiça brasileira. Já a Trump Media argumenta que também é prejudicada porque a Rumble fornece à empresa serviços para a manutenção da rede social do presidente americano, a Truth Social.

Trump Media e Rumble já haviam solicitado que a Justiça americana declarasse as

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com
nossa **Política de Privacidade** e, ao continuar navegando, você
concorda com estas condições.

**PUBLICIDADE**

e proibição de acessar redes sociais -, o governo Trump mandou suspender o visto do ministro.

O **Estadão** apurou que também estão na lista os ministros do STF Luís Roberto Barroso, Flávio Dino, Gilmar Mendes, Dias Toffoli, Cristiano Zanin, Cármen Lúcia e Edson Fachin.

### Agressivo

No manifesto em defesa do Supremo, partidos da base aliada do presidente Luiz Inácio Lula da Silva no Congresso criticam o que chamam de "sanções unilaterais a ministros por sua atuação no cumprimento da lei e na defesa da Constituição".

Continua após a publicidade

Newsletter UOL URGENTE

Saiba primeiro, receba alertas em tempo real das notícias mais impactantes do dia

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

"Este gesto agressivo e sem precedentes nas relações bicentenárias de nossos países torna-se ainda mais grave por sua manifesta motivação política, configurando uma ingerência espúria no processo democrático brasileiro e um ataque à soberania nacional", afirma o texto, assinado pelos presidentes de PT, PSB, PDT, PSOL, PV, Cidadania e PCdoB.

O STF é alvo do governo Trump desde o início de julho, quando o americano declarou que Bolsonaro - réu sob acusação de tentativa de golpe - é perseguido pela Justiça.

As informações são do jornal **O Estado de S. Paulo.**

## Veja também

## Deixe seu comentário

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE



# Continue lendo e participe

Para ter acesso a todos os comentários, curtir e opinar, assine UOL.

Além de participar da conversa, só assinantes têm:

- Acesso a todo conteúdo premium do UOL, como Prime e colunas
- R$ 20/mês em ingresso de cinema
- Descontos do Clube UOL e muitas outras vantagens

**Valor anual**                        Recomendado          **Valor mensal**

12x R$ 7,90                                                R$ 19,90

**Assine UOL**                                    **Experimente 7 dias grátis**

Consulte o regulamento

Já sou assinante

## As mais lidas agora



### Carla Zambelli grava vídeo, se diz 'exilada' e agradece Flávio Bolsonaro

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE



**Irmão de Zezé desabafa sobre ser PCD: 'Parem de dizer que é mil maravilhas'**



**Prazo para receber lucro do FGTS vai até 31 de agosto; veja como consultar**



**Santos faz média com Neymar ao registrar B.O contra torcedor**

## Cotidiano

**Governo Lula retira Brasil de aliança internacional em memória do holocausto**

26/07/2025 17h58



**Morre ciclista atropelada por juiz bêbado em Araçatuba (SP)**

26/07/2025 17h51



**Banana diariamente? O que ninguém te contou sobre esse costume comum**

Especialista Em Intestino - Dra. Bianca Ranata

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

Incêndio atinge indústria em Guarulhos (SP)

PUBLICIDADE

7/26/25, 7:33 PM                    Entidade pede à Justiça americana sanções a Moraes e ministros do STF



## Incêndio atinge indústria em Guarulhos, na Grande São Paulo

26/07/2025 17h30

## Filho preso suspeito de matar própria mãe é exonerado de cargo no governo de MG

26/07/2025 16h48



## Avião de pequeno porte faz pouso de emergência em área de mata em Jundiaí (SP)

26/07/2025 16h19

## Moraes manda juntar pedido de investigação de Filipe Barros a inquérito sobre Eduardo Bolsonaro

26/07/2025 15h54



## 9 em cada 10 homens com mais de 60 anos cometem esse erro na academia

Revista do Homem

## Tarcísio, Ratinho Jr e Caiado acusam governo de desinteresse em negociar com EUA

26/07/2025 15h52

## Voo da azul faz desvio de rota e pousa em Recife após piloto passar mal

26/07/2025 15h25

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

7/26/25, 7:33 PM                        Entidade pede à Justiça americana sanções a Moraes e ministros do STF



## Qual será a primeira cidade brasileira a ter uma versão da 'Times Square'?

26/07/2025 14h41

Publicidade



canal <span>uol</span>

**Sobre o UOL**

Conheça nossa história

Denuncie

Fale conosco

Imprensa

SAC

Segurança e privacidade

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

Entidade pede à Justiça americana sanções a Moraes e ministros do STF

PagBank

Assine UOL

Tenha um email @uol

Bate-Papo UOL

UOL Antivírus

UOL Play

UOL Leia+

Libertadores 2025

Clube UOL

UOL Resolve

UOL Sexo

UOL Wi-Fi

Assistência técnica

Passei Direto

UOL Educação

UOL Afiliados

**Para seu negócio**

Anuncie no UOL

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com
a nossa **Política de Privacidade** e, ao continuar navegando, você
concorda com estas condições.

**PUBLICIDADE**

Case 8:25-cv-00411-MSS-AAS     Document 48-2     Filed 07/28/25     Page 28 of 51 PageID
1742
7/26/25, 7:33 PM                     Entidade pede à Justiça americana sanções a Moraes e ministros do STF

Crie sua loja virtual

Dicas para o seu negócio

Venda sem maquininha

Email marketing

Email profissional

Hospedagem

Maquininha de cartão

PagBank

Registre um domínio

Vende Fácil

**Aplicativos**

UOL Notícias

Placar UOL

UOL Cotações

Bate-Papo UOL

UOL Mail

Meu UOL

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com a nossa **Política de Privacidade** e, ao continuar navegando, você concorda com estas condições.

PUBLICIDADE

Capitais                    Demais localidades

**Baixe nossos apps**

Siga UOL Notícias        [f]                    ⓟ

1996 - 2025 UOL - O melhor conteúdo. Todos os direitos reservados. Segurança e privacidade

Utilizamos cookies essenciais e tecnologias semelhantes de acordo com
a nossa **Política de Privacidade** e, ao continuar navegando, você
concorda com estas condições.

⌄

**PUBLICIDADE**

O Metrópoles utiliza cookies de navegação. Saiba Mais.    ACEITAR

 

Página inicial    Mundo

Mundo

# Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA

**Brasileiro entrou com pedido na Corte americana, no processo movido pela Rumble e Trump Media, pedindo sanções contra o ministro do STF**

Pablo Giovanni
26/07/2025 02:00, atualizado 26/07/2025 02:00

**Compartilhar notícia**

   

Reprodução/Redes sociais

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 31 of 51 PageID
1745
7/26/25, 7:27 PM                    Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles



ouvir notícia

0:00    1.0x

Uma empresa fundada por um piloto de automobilismo brasileiro, nos **Estados
Unidos**, ingressou com um pedido para que o ministro Alexandre de Moraes e
outros integrantes do **Supremo Tribunal Federal (STF)** sejam sancionados com
base na Lei Magnitsky. O responsável é Rogério Chaves Scotton, piloto que já
competiu na Nascar, e é citado em investigação do FBI por causar prejuízos
multimilionários a empresas americanas, como Apple e Walmart.

A empresa de Scotton apresentou um amicus curiae — manifestação de "amigo
da corte" — no processo movido pela Trump Media, empresa do presidente
Donald Trump, e pela plataforma Rumble. Ambas acusam Moraes de censura. O
documento assinado pela empresa do brasileiro pede que a Corte americana

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 32 of 51 PageID
1746
7/26/25, 7:27 PM                 Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles



**atual vencedor do prêmio mais importante do...**          **saiba mais**

◊  **Renault Kardian** - Sponsored

"A principal missão da LH4Y é defender a liberdade de expressão, a responsabilidade judicial e a santidade da lei através das fronteiras nacionais. A organização está profundamente preocupada com atores governamentais estrangeiros que manipulam as autoridades judiciais para esmagar a dissidência. Criminalizar opiniões e atingir sistematicamente os oponentes políticos. O juiz Alexandre de Moraes exemplifica tal abuso", afirma o texto.



Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 33 of 51 PageID
1747
7/26/25, 7:27 PM                  Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles

Scotton, que não é advogado e cursa Direito na Flórida, alegou sentir a "dor" de
políticos que estariam sendo perseguidos por Moraes. "Deixe-me ser claro: isto
não é uma atitude política. É uma atitude moral. Não estou alinhado a nenhum
partido. Estou alinhado à justiça", escreveu em um blog pessoal.

O brasileiro expressou, ainda, que, por ser "alguém que já foi preso
injustamente", compreende "a dor de ser silenciado". "É por isso que me
arrisco a apresentar esta petição — apesar das ameaças, apesar do medo, apesar
de saber muito bem que forças poderosas podem tentar retaliar. Já fui avisado.
Mas acredito que algumas coisas valem a pena defender, mesmo quando se está
sozinho", completou o brasileiro, que teve breve passagem pela Nascar.

## Suspensão de vistos e sanções

- O secretário de Estado dos EUA, Marco Rubio, anunciou nas redes sociais,
  que mandou suspender o visto do ministro Alexandre de Moraes, de seus
  aliados na Corte e de familiares próximos de todos eles.
- "A caça às bruxas política do ministro Alexandre de Moraes, do Supremo
  Tribunal Federal, contra Jair Bolsonaro criou um complexo de perseguição e
  censura tão abrangente que não apenas viola direitos básicos dos brasileiros,
  mas também se estende além das fronteiras do Brasil, atingindo os
  americanos", afirmou Rubio.
- O Departamento do Estado explicou que a política de restrição de visto está
  de acordo com a Seção 212 da Lei de Imigração e Nacionalidade, que autoriza
  o secretário de Estado a tornar inadmissível qualquer estrangeiro, cuja
  entrada nos EUA "possa ter consequências adversas potencialmente graves
  para a política externa".
- Moraes tem sido acusado de promover censura por meio de ordens judiciais.

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 34 of 51 PageID
1748
7/26/25, 7:27 PM                    Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles

- O presidente Trump também aplicou a tarifa máxima de 50% sobre produtos brasileiros, prevista para entrar em vigor a partir de 1º de agosto.

## 26 acusações por fraude postal

De acordo com o FBI, Rogério Chaves Scotton criava contas de envio em nome de grandes empresas, como Target, Apple e Walmart. O brasileiro usava essas contas para enviar milhares de pacotes para seus próprios clientes, nos EUA e no Brasil, aproveitando-se das tarifas corporativas reduzidas dessas empresas.

Scotton foi enquadrado por fraudes milionárias nos Estados Unidos por também causar prejuízos às empresas de transporte FedEx, UPS ou DHL. O nome dele aparece em 26 acusações por fraude postal e golpes empresariais.

O **Metrópoles** apurou que as empresas Trump Media e Rumble não possuem relação com a empresa de Scotton. Ambas devem solicitar que o material apresentado pelo ex-piloto da Nascar seja excluído do processo.

### Leia também

1 Bolsonaro opta por cautela após manifestação de Moraes

2 Subsecretário dos EUA diz que Moraes lidera "perseguição" a Bolsonaro

3 Governo dos EUA manda suspender vistos de Moraes, familiares e aliados do STF

4 Eduardo Bolsonaro chama Moraes de ditador e pede resposta dos EUA

## Pressão dos EUA

A investida de Scotton ocorre em meio a uma escalada de pressões contra Alexandre de Moraes por integrantes do governo dos Estados Unidos. A mais

Case 8:25-cv-00411-MSS-AAS     Document 48-2     Filed 07/28/25     Page 35 of 51 PageID
1749
7/26/25, 7:27 PM                Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles

**pulsante do complexo de perseguição e censura"** contra o ex-presidente Jair Bolsonaro (PL). Segundo ele, os EUA estão "atentos e tomando medidas".

"O juiz Moraes é o coração pulsante do complexo de perseguição e censura contra Jair Bolsonaro, que por sua vez cerceou a liberdade de expressão nos Estados Unidos. Graças à liderança do presidente Trump e do secretário Rubio, estamos atentos e tomando medidas", publicou Beattie na rede social X.

A declaração foi uma resposta à postagem anterior do senador Marco Rubio, em 18 de julho, que sugeriu a suspensão do visto de Moraes, de outros ministros do STF e de seus familiares.

**Receba notícias do Metrópoles no seu Telegram e fique por dentro de tudo! Basta acessar o canal de notícias no Telegram.**

DONALD TRUMP, ESTADOS UNIDOS (EUA), ALEXANDRE DE MORAES

## VER COMENTÁRIOS

RECOMENDADOS

Tá bombando



Paulo Cappelli
**Moraes é alvo de denúncia na OEA por violações de direitos humanos**



Fábia Oliveira
**Carolina Dieckmmann se pronuncia sobre desentendimento com Gominho**



Paulo Cappelli
A reação de Motta sobre risco de ser sancionado por Trump

Case 8:25-cv-00411-MSS-AAS   Document 48-2   Filed 07/28/25   Page 36 of 51 PageID
1750
7/26/25, 7:27 PM                    Ex-piloto da Nascar investigado pelo FBI pede sanções a Moraes nos EUA | Metrópoles

 **Fruta ajuda a prevenir infarto e protege os vasos sanguíneos**

TODOS OS DIREITOS RESERVADOS

QUEM SOMOS  -

EXPEDIENTE  -

TERMOS DE USO  -

ANUNCIE  -

POST PATROCINADO  -

FALE COM O METRÓPOLES

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 37 of 51 PageID
1751
7/26/25, 7:26 PM                    Ex-piloto da Nascar pede sanções a Moraes nos EUA após investigação do FBI

 

Início - Ex-piloto da Nascar pede sanções a Moraes nos EUA após investigação do FBI

MUNDO

# Ex-piloto da Nascar pede sanções a Moraes nos EUA após investigação do FBI

Redação    © 26/07/2025



# Ex-Piloto Brasileiro Busca Sanções a Ministro do STF nos EUA

Rogério Chaves Scotton, ex-piloto de automobilismo brasileiro e fundador de uma empresa nos Estados Unidos, entrou com um pedido para que o ministro do Supremo Tribunal Federal (STF), Alexandre de Moraes, e outros integrantes da Corte sejam sancionados com base na Lei Magnitsky. O caso é cercado de alegações graves e investigações em curso.

## Contexto do Pedido

A ação foi apresentada através de um amicus curiae pela empresa de Scotton no processo movido pela Trump Media, de Donald Trump, e pela plataforma Rumble, que acusam Moraes de promover censura. O documento solicita à Corte americana que desconsidere ordens emitidas por Moraes, levantando preocupações sobre a legalidade dessas decisões.

## Defesa da Liberdade de Expressão

Em nota, a empresa LH4Y, de Scotton, afirma que sua missão é proteger a liberdade de expressão e a integridade da lei, denunciando ações de autoridades que buscam silenciar dissidências. "O juiz Alexandre de Moraes exemplifica tal abuso", menciona o texto.

Scotton, que estuda Direito na Flórida, afirmou sentir a "dor" de políticos que se sentem perseguidos por Moraes. Ele enfatiza que sua iniciativa não é política, mas sim uma questão moral, destacando sua própria experiência de injustamente ser preso no passado.

## Suspensão de Vistos e Sanções por Funcionários dos EUA

- O secretário de Estado dos EUA, Marco Rubio, anunciou a suspensão do visto de Moraes, seus aliados e familiares, acusando-os de promover uma "caça às bruxas" política, violando direitos fundamentais.
- De acordo com o Departamento de Estado, a suspensão de vistos é coerente com a Seção 212 da Lei de Imigração e Nacionalidade, que permite restringir a entrada de estrangeiros que possam comprometer a política externa americana.

Case 8:25-cv-00411-MSS-AAS    Document 48-2    Filed 07/28/25    Page 39 of 51 PageID
1753
7/26/25, 7:26 PM    Ex-piloto da Nascar pede sanções a Moraes nos EUA após investigação do FBI

- Moraes é criticado por suas ordens judiciais, que, segundo parlamentares dos EUA, afetam empresas localizadas nos Estados Unidos e seus cidadãos.
- Adicionalmente, o presidente Trump implementou tarifas de até 50% sobre produtos brasileiros, que devem entrar em vigor a partir de 1º de agosto.

## Acusações de Fraude Postal

Rogério Chaves Scotton é investigado pelo FBI e enfrenta 26 acusações de fraude postal por criar contas em nome de grandes empresas, como Apple e Walmart. Ele utilizou essas contas para enviar milhares de pacotes, beneficiando-se de tarifas corporativas reduzidas.

Conforme a investigação, Scotton também causou prejuízos a empresas de transporte, incluindo FedEx e UPS, por meio de suas práticas fraudulentas.

## Repercussões e Pressões

A ação de Scotton se insere em um contexto de crescente pressão sobre Alexandre de Moraes por parte de autoridades dos Estados Unidos. O subsecretário do Departamento de Estado, Darren Beattie, caracterizou Moraes como central na perseguição ao ex-presidente Jair Bolsonaro e afirmou que os EUA estão monitorando a situação.

As empresas Trump Media e Rumble não têm ligação com Scotton, e ambas planejam solicitar a exclusão da petição apresentada por ele no processo em questão.

⤻ COMPARTILHE EM                                    **f**    𝕏    ◐

Use a calcu

Quer saber quanto

QuintoAndar

Ex-piloto da Nascar pede sanções a Moraes nos EUA após investigação do FBI





f  X  ⌾

© 2010-2024 Busão Curitiba

**Sair da versão mobile**

# EXHIBIT 2

EXHIBIT B
Threats and Harassing Messages Received via Legal Help 4 You Website

Submitted in support of:
AMENDED AMICUS CURIAE MOTION OF LEGAL HELP 4 YOU LLC
U.S. District Court, Middle District of Florida – Tampa Division
Case No. 8:25-cv-00411-MSS-AAS

Description:
This Exhibit contains a series of hostile and threatening messages submitted through the
contact form of Legal Help 4 You LLC following the filing of the original Amicus Curiae
Motion and its misrepresentation by Brazilian media outlets. These messages:

- Include violent threats toward Rogerio Scotton;
- Contain hate speech and politically motivated language, including "F*** YOU TRUMP";
- Reflect orchestrated intimidation intended to chill free speech and interfere with U.S.
court proceedings;
- Further demonstrate the retaliatory campaign waged against Legal Help 4 You using U.S.-
based platforms.

These communications underscore the urgent need for DOJ investigation under the Global
Magnitsky Act and U.S. laws protecting civil rights, interstate communications, and judicial
integrity.

| From: | notifications@mail.conversations.godaddy.com on behalf of Guest User (1753585817) |
|---|---|
| To: | Rogerio Scotton |
| Subject: | New message for Legal Help 4 You |
| Date: | Sunday, July 27, 2025 12:10:39 AM |

# Legal Help 4 You received a new message.

## From Guest User (1753585817):

hERE IS THE QUESTION BITCH , WE WILL GOING TO FUCK YOU. NO ONE FUCK WITH XADAO. YOU AND YOUR FAMILY IS MORTO FILHO DA PUTA

## Conversation Summary:

hERE IS THE QUESTION BITCH , WE WILL GOING TO FUCK YOU. NO ONE FUCK WITH XADAO. YOU AND YOUR FAMILY IS MORTO FILHO DA PUTA

**Guest User (1753585817)** Jul 27, 2025 at 03:10 AM



Want to forward this message to your team?

Invite them to join your Conversations inbox instead

This message came from your website chat, **Legal Help 4 You**

Download the Conversations mobile app for **iOS** or **Android**, to access and respond to messages on the go

Sent to GoDaddy Websites + Marketing | Manage Emails

| From: | notifications@mail.conversations.godaddy.com on behalf of SOLDADOS DO XANDAO |
|---|---|
| To: | Rogerio Scotton |
| Subject: | Re: New message for Legal Help 4 You |
| Date: | Sunday, July 27, 2025 12:12:34 AM |

# Legal Help 4 You received a new message.

## From SOLDADOS DO XANDAO:

AI FILHO D PUTA CORREDOR DO CARALHO. VOCE E SEU
AMIGO VIADO TRUMP VAO SE VOCER AQUI E PCC FUCK YOU
TRUMP



Want to forward this message to your team?

Invite them to join your Conversations inbox instead

This message came from your website chat, Legal Help 4 You

Download the Conversations mobile app for iOS or Android, to access and respond to messages on the go

Sent to GoDaddy Websites + Marketing | Manage Emails

# EXHIBIT C

**Notice of Intent to Sue Brazilian Media Outlets for Defamation, Threats, and Violations of U.S. Law**

This exhibit contains a formal 10-Day Notice of Intent to Sue issued by Legal Help 4 You LLC to the following Brazilian media entities:

Estadão (O Estado de S. Paulo)

Metrópoles

Folha de S. Paulo

Poder360

The notice demands $200,000 in damages per outlet, citing a coordinated and malicious campaign of defamation, digital harassment, and dissemination of false information through U.S.-based social media platforms. The publications falsely accused Mr. Rogerio Scotton and Legal Help 4 You LLC of criminal conduct—specifically fraud involving Apple, Walmart, and Target—despite the total lack of judicial record or evidence to support such claims.

The notice further invokes:

The Racketeer Influenced and Corrupt Organizations Act (RICO);

U.S. defamation and business tort laws;

Constitutional violations of due process and free speech;

Abuse of U.S. digital platforms (e.g., Facebook, Instagram, YouTube, Twitter) for transnational disinformation and reputational terrorism.

Legal Help 4 You LLC asserts that such actions constitute a pattern of international journalistic misconduct, conducted with actual malice, and designed to undermine the legitimacy of a federal court filing in the United States. The notice also requests sanctions and permanent platform bans for these outlets until the conclusion of a U.S. Department of Justice investigation.



LEGAL HELP 4 YOU LLC
160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

July 27, 2025

### VIA EMAIL AND CERTIFIED MAIL

**To:**

Grupo Estado / O Estado de São Paulo (Estadão)
R. Engenheiro Caetano Álvares, 55
Casa Verde, São Paulo - SP, 02546-000
Email: atendimento@estadao.com.br; ouvidoria@estadao.com.br

Metrópoles Comunicação SA
Setor de Indústrias Gráficas, Quadra 6, Lote 800
Brasília - DF, 70610-460
Email: contato@metropoles.com

Folha de São Paulo / Grupo Folha
Alameda Barão de Limeira, 425
Campos Elíseos, São Paulo - SP, 01202-900
Email: atendimento@grupofolha.com.br; ombudsman@grupofolha.com.br

Poder360 Jornalismo e Comunicação Ltda
CNPJ: 03.853.535/0001-01
Address:
QSIG Quadra 6, Lote 800 – Brasília, DF, CEP 70610-460, Brazil
Poder360
Emails:    redacao@poder360.com.br    (Editorial),    ouvidoria@poder360.com.br
(Ombudsman), contato@poder360.com.br
Editorial Director: Fernando Rodrigues (Founder and Editor-in-Chief)



160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

## RE: 10-DAY NOTICE OF INTENT TO SUE FOR DEFAMATION, FALSE ALLEGATIONS, BUSINESS INTERFERENCE, AND VIOLATIONS OF U.S. LAW

## DEMAND: $200,000 EACH OUTLET OR FACE FEDERAL LITIGATION AND PERMANENT PLATFORM BAN REQUESTS

**This notice is being provided and served to you via email and certified mail in accordance with U.S. law and applicable service rules for international parties that conduct business on U.S.-based digital platforms and target U.S. entities and citizens.**

To Whom It May Concern:

This formal Notice of Intent to Sue is served upon you by Legal Help 4 You LLC, a duly formed and operating United States legal support corporation, headquartered in Boca Raton, Florida. We act on behalf of the corporation and its representatives, including U.S. citizens Rogerio Scotton and Peter Zaccagnino, both of whom have been severely harmed by your journalistic misconduct, malicious defamation, and coordinated abuse of American infrastructure.

Over the past 7 days, your publications have knowingly and falsely stated that Mr. Rogerio Scotton "defrauded Target, Apple and Walmart," that he is "currently under FBI investigation," and that Legal Help 4 You LLC is a fraudulent operation. These claims are entirely false, unfounded, and defamatory, constituting journalistic



LEGAL HELP4YOU LLC
160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

terrorism orchestrated in alignment with political actors under the influence of Brazilian Supreme Court Justice Alexandre de Moraes.

These defamatory publications violate the following United States laws:

## I. Defamation and False Allegations (Civil and Criminal)

18 U.S.C. § 875(c) – Threats transmitted through interstate communication

Restatement (Second) of Torts §§ 558–559 – Defamation per se of a business and individual ***New York Times Co. v. Sullivan, 376 U.S. 254 (1964)*** – Actual malice standard for public figures ***Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974)*** – Private persons entitled to damages for false statements

## II. Violation of the Racketeer Influenced and Corrupt Organizations Act (RICO)

18 U.S.C. § 1962(c) – Operating an enterprise through a pattern of racketeering activity (defamation, extortion, and wire fraud)

Coordinated publishing of fabricated stories via U.S.-based platforms (Instagram, YouTube, Twitter, Facebook) constitutes predicate acts under RICO.



LEGAL HELP4YOU LLC
160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

## III. Interference with Business and Economic Relations

Tortious Interference with Business Expectancy, as established in Carvel Corp. v. Noonan, 3 N.Y.3d 182 (2004)

Reputational attacks have directly caused the loss of contracts, clients, and business relationships in the United States and abroad

## IV. Civil Rights Violations Against U.S. Citizens

42 U.S.C. § 1985(3) – Conspiracy to deprive individuals of equal protection and liberty

42 U.S.C. § 1981 – Interference with the right to contract and conduct lawful business

## V. Weaponization of American Platforms to Commit Journalistic Terrorism

Your organizations have weaponized American social media companies (Meta Platforms, YouTube, X/Twitter, TikTok, etc.) to commit systemic disinformation, libel, character assassination, and digital persecution. These platforms are being used to:

Disseminate fake news in violation of U.S. platform terms of service and federal law;



LEGAL HELP4YOU LLC
160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

Defame a U.S. company and citizen;

Promote political propaganda falsely attributing criminal activity to an innocent American businessperson;

Support a foreign official's suppression of dissent through false media narratives.

We will file formal complaints with the U.S. Department of Justice, Federal Trade Commission, and State Department requesting:

Immediate suspension and permanent removal of all your official and affiliated accounts from U.S.-based social media platforms;

A criminal investigation into your actions under the Global Magnitsky Act, Foreign Agents Registration Act (FARA), and relevant anti-terrorism statutes;

Full sanctions and platform deactivation until such investigation concludes.



**LEGAL HELP 4 YOU LLC**
160 W CAMINO REAL, Ste 102
Boca Raton, Florida 33432

## DEMAND AND NOTICE

You are hereby placed on formal notice:

You have ten (10) calendar days from the date of this letter to remit $200,000 USD (two hundred thousand dollars) per outlet in compensatory damages to Legal Help 4 You LLC, by certified wire transfer or other mutually agreed method;

Alternatively, you must issue a public retraction and formal apology on your websites and affiliated social platforms with equal reach and visibility to the original defamatory stories;

Failure to comply will result in the immediate filing of a federal civil lawsuit in the United States District Court for the Southern District of Florida, seeking $500,000.00 USD in compensatory and punitive damages, plus a motion for injunctive relief banning your companies from U.S. platforms permanently.

This letter shall serve as your final opportunity to resolve this matter amicably and without litigation. All rights are reserved, and this letter shall be admissible in any subsequent legal action as evidence of willful misconduct and failure to mitigate damages.

Respectfully,

**Robert Scarcell**
**160 W Camino Real 102**
**Boca Raton, Fl 33432**
rs@legalhelp4y.com