UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUMBLE INC. and TRUMP MEDIA
& TECHNOLOGY GROUP CORP.
Plaintiffs,

                                                    Civil Action No.
                                                    8:25-cv-00411-CEH AAS

v.

ALEXANDRE DE MORAES,
Justice of the Supreme Federal
Tribunal of the Federative Republic of
Brazil
Defendant.

## MOTION TO INFORM

This motion is respectfully submitted to inform the Court of certain facts and recent developments that may be relevant to the above-captioned matter. The undersigned seeks to provide this information in the spirit of transparency and cooperation, and with the utmost respect for the Court and all parties involved.

**Statement of Facts**

The undersigned wishes to bring to the Court's attention the following background and recent developments:

1. In the course of these proceedings, it has come to light that Mr. Ronald Coleman formerly of Dhillon Law Group, who has been involved in related matters, perhaps is unacquainted and did not inform the undersigned of his involvement in litigation against the Federative Republic of Brazil in connection with Justice De Moraes and Judge Dias Tofolli. This prior litigation is connected to the Odebrecht matter, a subject of significant international legal attention and retaliatory actions - ex tunc and ex nuns.

2. Additionally, a new lawsuit has recently been filed which references Justice Dias Toffoli of the Supreme Federal Tribunal of Brazil. Justice Toffoli sealed

evidence in the Odebrecht investigation, purportedly for the benefit of individuals and upon the express request of former Panamanian presidents Ricardo Martinelli and Juan Carlos Varela.

3. The undersigned was not previously made aware of the lawsuit against Brazil nor she believes that the parties know of the specific connection to the Odebrecht matter, given the complexity of the case. The actions attributed to Justice Toffoli, were communicated via email to the attorneys.

4. The purpose of this disclosure is to ensure that the Court is fully apprised of all potentially relevant facts, particularly those that may bear on issues of relevance, candor, or evidence of these proceedings.

   The purpose of this disclosure is also to ensure that the Court is fully apprised of all potentially relevant facts, particularly those that may bear on issues pertaining my illicit conduction or my kidnapping in Panama on July 13, 2025.

5. The undersigned respectfully notes for courts of these instances of apparent retaliation or adverse actions directed at my counsel, including the undersigned's lawyers, by Brazilian and perhaps Panamanian judicial authorities, seemingly as a result of their professional representation in these matters. This has created additional challenges for counsel and may have impacted them in ways they have not perceived.

6. The undersigned further raises the question of whether, had Mr. Coleman of Dhillon Law Group not represented the remission petition in connection with the Odebrecht matter, the subsequent lawsuit against Brazil and the actions taken by the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) would have occurred. This hypothetical is presented to highlight the potential causal relationship between legal representation and subsequent governmental or judicial actions.

7. The undersigned also wishes to inform the Court of a recent development: On July 30, 2025, the U.S. Department of the Treasury's OFAC announced sanctions against Alexandre de Moraes, Justice of the Supreme Federal Tribunal of Brazil, for alleged human rights abuses, alleged in connection with my arbitrary detentions, such as my detention in Panama on July 13 - 14, 2025  where I was not provided food, water, usage of the restroom, blankets as the temperature dropped to 50 F in Boquete, Panama. I was denied access to my medicines. My phones were confiscated by force living marks on my arms. I was not provided with a reason for my detention. Panamanian District Attorney Marta Visuetti then responded that the

    detention was illicit and thereafter failed to schedule of hearing for a list of violation to my "Guarantias constitucionales" in Panama.

8. The Panamanian authorities did not communicate to the US Embassy in Panama, US Ambassador Kevin Cabrera Marino., of my detention, therefore a violation of the Vienna Convention, Budapest Convention as stated by US Ambassador via X Corp. Link <https://x.com/USAmbassadorPAN/status/1946209176859840769>

9. Aligned with the suppression of freedom of expressions made by parties against me on social media and other venues.

10. According to the official press release, these sanctions were imposed pursuant to Executive Order 13818, which implements the Global Magnitsky Human Rights Accountability Act. The press release details that Justice de Moraes has been accused of judicial overreach, targeting opposition politicians, journalists, and U.S. persons like me, and engaging in actions that undermine the rule of law and fundamental freedoms. The undersigned provides this information as it may be relevant to the Court's understanding of the broader context in which this litigation is taking place. This is an **understatement** and matters I can't disclose which reaches out to politicians.

**Request for Consideration**

In light of the foregoing, the undersigned respectfully requests that the Court take notice of this information and consider it as appropriate in the context of the ongoing proceedings. The movant stands ready to provide any further clarification or documentation the Court may require.

Thank you for your attention to this matter.

Respectfully submitted,

Ana McCarthy
209 Spencer Street
Apt. 2C
Brooklyn, NY 11205
(312) 888-1002
anamccarthy1@gmail.com

# EXHIBIT "A"



https://x.com/USAmbassadorPAN/status/1946209179775189395

**EXHIBIT "B"**

**Illicit Detention in Panama July 13, 2025**



SUBCOMISIONADO CORTEZ:

Mediante el presente, se **DEJA SIN EFECTO**, el contenido del **OFICIO** No. 2621, del 12 de mayo de 2021, con el cual se dispuso la Conducción de la señora **ANA TERESA LÓPEZ**, cedulada 4-260-43, dentro de la causa número 2020 0000 8874, por lo que se solicito dejarla en libertad, siempre y cuando no mantenga otra causa pendiente.

Atentamente,

**LCDA. MARTA VISUETTI F.**
**FISCAL ADJUNTA DE LA PROVINCIA DE VERAGUAS**