In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

AUG 1 2025 AM 11:33
FILED - USDC - FLMD - TPA

Trump Media & Technology Group Corp. and Rumble Inc,

Plaintiff,

CASE NO: 8:25-cv-00411

vs.

Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil),

Defendant,

_____/

## SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION OF ROGERIO SCOTTON,
individually pro se and as the founder/owner of Legal Help 4 You LLC, to raise urgent new facts concerning continued human rights abuses and international law violations by Defendant

1

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

# 1. Introduction

**Comes now,** Rogerio Scotton, the owner of Legal Help 4 You LLC, as pro se to assist the Court. I respectfully submit this supplemental motion to update the Court on recent developments that further substantiate the need for judicial and international review of the conduct and influence of Defendant Alexandre de Moraes. I identify myself as the founder and owner of Legal Help 4 You LLC to clarify my interest and expertise, but I do not speak on behalf of that organization in a legal capacity.

2. *Verified Facts: Political Persecution of Débora Rodrigues dos Santos*

On 25 April 2025, the STF's First Panel, led by **Minister Alexandre de Moraes**, upheld a unanimous **conviction of 14 years** imprisonment *and R$ 30 million* in collective damages for Débora Rodrigues dos Santos, who simply wrote "Perdeu, mané" with lipstick on a statue before the Supreme Court.

She was sentenced under five criminal charges: violent abolition of democracy, attempted coup, armed criminal association, qualified damage to federal property, and deterioration of protected heritage.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

Débora spent almost two years in pretrial detention, from March 2023 until March 2025, when she received prison domicile status due to motherhood. No deduction was granted from her final sentence.

### 3. *Legal Analysis: Domestic and International Law Violations*

a) Brazilian Constitutional Law—The sentence denies her rights under Art. 5, IV, IX, LIV, LV, and XLV of the Federal Constitution concerning freedom of expression, due process, and proportionality.

b) Brazilian Penal Code—Simple graffiti/pichação should carry up to 3 years maximum, not 14; there was no evidence of violence or conspiracy justifying elevated charges.

c) International Exposure—Brazil's obligations under the American Convention on Human Rights (Arts. 7, 8, 13) and ICCPR (Arts. 9, 19), guarantee personal liberty, fair trial, and freedom of expression—all violated.

d) Arbitrary detention and failure to credit pretrial time violate international norms against cruel punishment.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

### 4. *Defendant's Public Conduct as Evidence of Authoritarian Posture*

On 30 July 2025, Justice de Moraes attended a public soccer match in São Paulo. Faced with boos from the crowd—including children and elderly citizens—he responded with two middle-finger gestures and profanity, widely captured in media and social platforms.

This behavior is plainly inconsistent with constitutional decorum and indicates unwillingness to tolerate dissent, particularly from those outside his political alignment.

### Additional Judicial Misconduct Warranting Immediate U.S. Scrutiny: Justices Barroso and Dino.

Furthermore, this motion respectfully demands that the same scrutiny and legal consequences sought against Justice Alexandre de Moraes be extended to his ideological allies and co-participants in misconduct: Brazilian Supreme Court Justices Luís Roberto Barroso and Flávio Dino. Both individuals have engaged in repeated acts that, under U.S. law, rise to the level of defamation, international misconduct, and the abuse of American communications infrastructure to spread disinformation, retaliate against critics, and undermine the democratic foundations of the United States and its allies.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

Justice Flávio Dino, after having his U.S. visa revoked pursuant to Global Magnitsky sanctions or diplomatic review, **openly mocked the United States** on international television. He stated, sarcastically, that if Disney (referring to U.S. corporations) whether or not, "Mickeys and Goofy" will missing him and that he pays for Mickey and Goofy salary, elsewhere, implying ridicule and disregard for U.S. sovereignty and the commercial dignity of American corporations. These comments constitute defamation under U.S. law, disrespect of diplomatic channels, and further demonstrate the lack of fitness for judicial office. Moreover, his use of official state media in Brazil to broadcast these insults via U.S.-based platforms (e.g., YouTube, Twitter/X, Facebook, Instagram) establishes personal jurisdiction under *__Calder v. Jones, 465 U.S. 783 (1984)__*, as the defamatory content was intentionally directed at a U.S. audience with foreseeable reputational consequences.

Justice Luís Roberto Barroso, in turn, has consistently used U.S. platforms to launch personal political attacks against American officials and institutions. In November 2022, while in New York, he was recorded publicly insulting Brazilian citizens, particularly supporters of former President Bolsonaro, with the statement "Perdeu, mané" ("You lost, loser"). This statement has since been weaponized to justify disproportionate sentences, including the 14-year punishment imposed on Brazilian citizen Débora Rodrigues dos Santos for writing that same phrase on a public statue.

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

Barroso's politicization of judicial language, when paired with his ideological bias and public ridicule of protestors, reveals a pattern of retaliation, abuse of authority, and selective justice in clear breach of Articles 19 and 20 of the Universal Declaration of Human Rights, and Article 8 of the American Convention on Human Rights (Pact of San José).

Their actions—using American-owned technology platforms to broadcast ideological propaganda, incite hostility against the U.S., and facilitate retaliatory prosecutions—qualify as violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), interference with interstate commerce (18 U.S.C. § 1951), and arguably as conspiracies to commit defamation or reputational harm under civil RICO (18 U.S.C. § 1962).

Given the egregious nature of their conduct, this Court is respectfully urged to notify the Department of Justice, the U.S. State Department, and appropriate Congressional committees that Barroso and Dino are active judicial actors engaging in coordinated international disinformation campaigns, and that their conduct is incompatible with U.S. law, global democratic norms, and bilateral relations.

Their deliberate misuse of U.S. private communications infrastructure to falsely portray the United States as a dictatorship, and to target its citizens and corporations with defamatory attacks, constitutes an ongoing hostile operation that must be

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

sanctioned, regulated, or banned under existing federal statutes, including but not limited to: 18 U.S.C. § 2339B (Providing material support to terrorism or foreign oppression); 50 U.S.C. §§ 1701–1706 (International Emergency Economic Powers Act); Executive Order 13848 (Imposing sanctions in the event of foreign interference in a U.S. election or democratic process).

These Justices are not mere commentators; they are state actors weaponizing speech in breach of international law, U.S. legal jurisdiction, and basic principles of democratic governance.

## 5. *Continuing Harm: Disinformation Campaigns on U.S. Platforms*

After filing this Court's amicus motion, Brazilian outlets like Estadão, Metrópoles, Poder360, and Folha de São Paulo published false accusations claiming I defrauded U.S. companies (Apple, Walmart)—despite no such claims or lawsuits ever filed. These outlets used U.S.-based platforms (Meta, Twitter/X, YouTube, Rumble) to spread defamatory lies. This may violate:

o 18 U.S.C. § 1030 (computer fraud)

o Global Magnitsky Act (22 U.S.C. § 2656)

o Torture Victim Protection Act (28 U.S.C. § 1350)

o Lanham Act (15 U.S.C. § 1125)

o Foreign Agents Registration Act (FARA) where state actors are involved.

7

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

## 6. Jurisdiction and Requested Relief

This Court has supplemental authority to consider additional amici under Rule 29, Federal Rules of Appellate Procedure, or permissive intervention per Fed. R. Civ. P. 24(b). Relief sought:

Accept this supplemental motion to inform the Court of severe ongoing violations.

Note the abusive case of Débora as indicative of systemic judicial authoritarianism.

Refer relevant materials to the U.S. Department of Justice, State Department, and Congress for consideration of criminal or civil enforcement.

Urge U.S. social platforms to suspend or terminate accounts of media spreading coordinated foreign disinformation.

## 7. Conclusion

Débora's case is more than a miscarriage of justice—it is a warning shot to all citizens: dissent will be crushed. The Defendant's conduct undermines democratic institutions. The Court has both the opportunity and duty to elevate this issue.

Respectfully submitted,

*/s/ Rogerio Chaves Scotton*
160 W Camino Real, Suite 102
Boca Raton, FL 33432
Email: rs@legalhelp4y.com

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 01 day of August 2025, a true and correct copy of the foregoing SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION OF ROGERIO SCOTTON, individually pro se and as the founder/owner of Legal Help 4 You LLC, to raise urgent new facts concerning continued human rights abuses and international law violations by Defendant

was served via electronic mail and/or through the Court's CM/ECF electronic filing system on the following parties:

1. Plaintiffs
Trump Media & Technology Group Corp.
Rumble Inc.
Via Counsel:
 Harmeet K. Dhillon, Esq.
Dhillon Law Group Inc.

Email: harmeet@dhillonlaw.com

 Ron Coleman, Esq.
Coleman Nation
Email: ron@coleman.nation


Stephen McClure, Esq.
Dhillon Law Group
Email: smcclure@dhillonlaw.com

2. Defendant
Justice Alexandre de Moraes (in official and personal capacity)

In the Matter of Trump Media & Technology Group Corp. and Rumble Inc., Plaintiffs, v. Alexandre de Moraes, Justice of the Supremo Tribunal Federal (Brazil), Defendant.
SUPPLEMENTAL AMENDED AMICUS CURIAE MOTION

Supreme Federal Court of Brazil (STF)
Notice via international diplomatic service and courtesy email:

Brazilian Attorney General's Office (Advocacia-Geral da União)
Email: gabinete@agu.gov.br
Brazilian Consulate in Miami
Email: consular.miami@itamaraty.gov.br

STF Communication Office (if used for press/legal inquiries)
Email: secretaria@stf.jus.br

3. U.S. Government (for Notice of Human Rights Concerns)

U.S. Department of State – Bureau of Democracy, Human Rights and Labor
Email: DRL-PublicAffairs@state.gov

U.S. Department of Justice – Human Rights & Special Prosecutions Section
Email: hrsp.tip@usdoj.gov

U.S. Department of Treasury – Global Magnitsky Sanctions Unit (OFAC)

Email: OFAC_feedback@treasury.gov
U.S. Embassy – Brasília, Brazil
Email: BrasiliaACS@state.gov

4. Court Filing
This document was/will be filed with the U.S. District Court for the Middle District of Florida – Tampa Division via the Certified mail.
Court Clerk:
ecfhelp@flmd.uscourts.gov

*[signature]*

Rogerio Scotton
160 W Camino Real, 102
Boca Raton, FL 33432
Phone Number: (561) 770-8909
Email Address: rs@legalhelp4y.com

10