# EXHIBIT 10

# UNOFFICIAL TRANSLATION



Policy    Elections



**Blog**

**Matheus Teixeira**

Specializing in coverage of the Three Branches of Government, he has been a reporter for 15 years, with experience at Folha de São Paulo, Correio Braziliense, JOTA, Conjur, and Revista Exame.



# Brazil's Superior Court of Justice (STJ) denies request from Rumble and Trump's company to subpoena Moraes.

Companies are challenging in US courts the minister's decisions regarding the removal of content from social media platforms.

04/03/26 at 18:14 | Updated 05/03/26 at 10:26



**Headquarters of the Superior Court of Justice (STJ), in Brasília**  • Carlos Felippe/STJ

Compartilhar matéria

The **STJ (Superior Court of Justice)** rejected proceeding with a letter rogatory in which the **United States Justice Department** requested that Minister **Alexandre de Moraes** be summoned in a lawsuit filed by the companies Rumble and Trump Media.

The trial took place in secrecy, behind closed doors, in the Special Court of the tribunal.

The request under review had been sent by the Florida court, which asked the Brazilian judiciary for cooperation in **formally summoning Moraes** . In the lawsuit, the companies are challenging decisions by the Supreme Federal Court (STF) magistrate to remove content from social media platforms.

Ad loading..

**Read more**



**A faction within the Supreme Federal Court (STF) is advocating for international tribunals to challenge sanctions against Moraes.**



**Trump Media seeks to prove Moraes violated sovereignty, says expert.**



**The order to summon Moraes widens the rift between Brazil and the US.**

The companies say that Moraes's rulings had consequences for American citizens and did not follow the **procedures outlined in** international cooperation treaties.

The companies are attempting to obtain a court ruling stating that Moraes' decisions should not be applied in **US territory** .

In Brazil, the Superior Court of Justice (STJ) is responsible for authorizing requests made via letters rogatory for joint action with the judicial system of other countries. However, the STJ justices stated that they cannot proceed with the request from the American justice system.



**CNN Brazil.**
**Think carefully, think CNN.**

**CNN LIVE**

**EDITORIALS**

**POLICY**

**NATIONAL**

**ECONOMY**

**INTERNATIONAL**

**ENTERTAINMENT**

**SPORTS**

**HEALTH**

**TECHNOLOGY**

**TRAVEL & GASTRONOMY**

**MORE**

CNN Brazil Team

Programming Schedule

Blogs

Columns

CNN Forum

Newsletters

Site map

Signal Distribution

**CNN ON SOCIAL MEDIA**

About CNN Brazil

Legal Notice and Privacy Policy

Terms of Use

Talk to CNN

Join the CNN Team

© Cable News Network Brazil. A NOVUS MÍDIA company. All rights reserved.

# PORTUGUESE ORIGINAL



Política    Eleições



**Blog**

Matheus Teixeira
Especializado na cobertura dos Três Poderes, é repórter
há 15 anos, com passagens por Folha de São Paulo,
Correio Braziliense, JOTA, Conjur e Revista Exame.



# STJ nega pedido do Rumble e de empresa de Trump para intimar Moraes

Empresas questionam na Justiça dos EUA decisões do ministro sobre derrubada de conteúdos em plataformas de redes sociais

04/03/26 às 18:14 | Atualizado 05/03/26 às 10:26



**Sede do Superior Tribunal de Justiça (STJ), em Brasília** • Carlos Felippe/STJ

Compartilhar matéria

ouvir notícia

0:00    1.0x

O **STJ (Superior Tribunal de Justiça)** rejeitou dar andamento a uma carta
rogatória em que a **Justiça dos Estados Unidos** pedia para o ministro **Alexandre
de Moraes** ser intimado em processo movido pelas empresas Rumble e Trump
Media.

O julgamento ocorreu sob sigilo, a portas fechadas, na Corte Especial do tribunal.

A solicitação analisada havia sido enviada pela Justiça da Flórida, que pediu ao Judiciário brasileiro uma cooperação para **citação formal de Moraes**. Na ação, as empresas questionam decisões do magistrado do STF (Supremo Tribunal Federal) de derrubada de conteúdos em plataformas de redes sociais.

**Leia Mais**



**Ala do STF defende acionar tribunais Moraes**

 **Trump Media busca provar violação de soberania por Moraes, diz especialista**

 **Ordem de intimar Moraes amplia indisposição entre Brasil e EUA**

As empresas dizem que os despachos de Moraes tiveram consequências sobre cidadãos americanos e não teriam seguido os **procedimentos previstos em tratados** de cooperação internacional.

As empresas tentam na Justiça uma declaração de que decisões de Moraes não devem ser aplicadas em **território dos EUA**.

No Brasil, cabe ao STJ autorizar pedidos feitos via cartas rogatórias para atuação conjunta com o Poder Judiciário de outros países. Os ministros do STJ, no entanto, afirmaram que não cabe dar andamento ao pedido da Justiça americana.

Ação do Rumble contra Alexandre de Moraes avança



**Siga a CNN Brasil no Google e receba as principais notícias do Brasil e do Mundo**



G    Seguir no Google

## Tópicos

| Alexandre de Moraes | Donald Trump | Estados Unidos |

| STF (Supremo Tribunal Federal) | STJ (Superior Tribunal de Justiça) |

**NOTÍCIAS RELACIONADAS**

**RELATED SEARCHES**

Empresas Trump justiç…  🔍

STJ nega pedido Rum…  🔍

Moraes redes sociais c…  🔍

Empresas questionam …  🔍

Rumble justiça Moraes…  🔍

**Tribunal dos EUA ordena reembolsos sobre tarifas ilegais de Trump | CNN Brasil**

**Suprema Corte dos EUA decide que tarifas de Trump são ilegais | CNN Brasil**

## Mais Lidas

**WebStories**

 Quem é o ministro do STJ acusado de assediar sexualmente jovem

 O que faz um deputado federal? Entenda cargo em disputa nas eleições

 Datafolha: 31% avaliam trabalho do Congresso de forma negativa



CNN Brasil.

Pense bem, pense CNN.

CNN AO VIVO

EDITORIAS

POLÍTICA

NACIONAL

ECONOMIA

INTERNACIONAL

ENTRETENIMENTO

ESPORTES

SAÚDE

TECNOLOGIA

VIAGEM & GASTRONOMIA

MAIS

Equipe CNN Brasil

Grade de Programação

Blogs

Colunas

Fórum CNN

Newsletters

Mapa do site

Distribuição do Sinal

CNN NAS REDES

Sobre a CNN Brasil

Aviso Legal e Política de Privacidade

Termos de Uso

Fale com a CNN

Faça parte da Equipe CNN

© Cable News Network Brasil. Uma empresa NOVUS MÍDIA. Todos os direitos reservados.