**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil<br><br>Defendant. | **Civil Action No. 8:25-cv-00411-MSS-AAS** |

**PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner, LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131; and I am an attorney for Plaintiff, RUMBLE INC. ("Rumble"), in the above-captioned action, duly admitted to practice before the courts of the State of Florida and the United States District Court for the Middle District of Florida.

On May 24, 2026, pursuant to the methods of service authorized in the Court's May 22, 2026 Order granting Plaintiffs' Motion for Alternate Service ("Alternate Service Order") [ECF No. 60], I caused emails to be sent to the email addresses provided in the Court's Alternate Service Order,

1

comunicacaosej@stf.jus.br and gabmoraes@stf.jus.br. These emails attached copies of (1) the Amended Complaint [ECF No. 38]; (2) the Supplemental Pleading [ECF No. 46]; (3) the Summons [ECF No. 39]; and (4) the Alternate Service Order [ECF No. 60]. These emails also included translated versions of each of these documents. We received an automated response from postmaster@stf.jus.br stating that the comunicacaosej@stf.jus.br account was not enabled to receive emails. We received confirmation that delivery to gabmoraes@stf.jus.br was complete.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 5, 2026                    Respectfully submitted,

                                       /s/ *Daria Pustilnik*
                                       DARIA PUSTILNIK
                                       FLA. BAR NO. 92514
                                       BOIES SCHILLER FLEXNER LLP
                                       100 S.E. 2nd Street, Suite 2800
                                       Miami, Florida 33131
                                       (305) 539-8400

                                       E. MARTIN DE LUCA*
                                       BOIES SCHILLER FLEXNER LLP
                                       55 Hudson Yards
                                       New York, New York 10001
                                       (212) 446-2300

                                       ***Lead Counsel for Plaintiff***
                                       ***Rumble Inc.***

                                       2

MATTHEW L. SCHWARTZ*
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
(212) 303-3646

ANDREW H. SMITH*
BOIES SCHILLER FLEXNER LLP
1401 New York Ave. NW
Washington, DC 20005
(202) 274-1163

***Counsel for Plaintiff Rumble Inc.***

*Admitted *pro hac vice*

3

## <u>CERTIFICATION</u>

I HEREBY CERTIFY that on this 5th day of June 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system.

/s/ *Daria A. Pustilnik*
DARIA A. PUSTILNIK