# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.<br><br>        Plaintiffs,<br><br>   v.<br><br>ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil<br><br>        Defendant. | Civil Action No.<br>8:25-cv-00411-MSS-AAS |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Pursuant to Local Rule 2.01, Andrew B. Loewenstein, of the law firm of Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210, moves for special admission to represent the Federative Republic of Brazil ("Brazil") in the above-captioned action. In support of this motion, the undersigned states as follows:

1.    I am neither a Florida resident nor a member of the Florida Bar.

2.    I am a member in good standing of the Bar of Massachusetts.

3.    I am a member in good standing of a bar of a United States District Court. I have been admitted to practice in the United States District Courts for the District of Massachusetts and the District of Columbia.

4.      I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

- *Southern Cross Seafoods, LLC v. USA, et al.*, Case No. 0:24-cv-60040 (U.S. District Court for the Southern District of Florida)

- *Doe I, et al. v. Sabeti*, Case No. 6:25-cv-219-GAP-DCI (U.S. District Court for the Middle District of Florida)

5.      I will comply with the federal rules and this Court's local rules.

6.      I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7.      I have paid the fee for special admission or will pay the fee upon special admission.

8.      I will register with the Court's CM/ECF system.

9.      I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: June 15, 2026                Respectfully submitted,

                                    /s/ Andrew B. Loewenstein
                                    Andrew B. Loewenstein
                                    MA Bar No. 648074
                                    Foley Hoag LLP
                                    155 Seaport Boulevard
                                    Boston, MA 02210
                                    (617) 832-3015
                                    aloewens@foleyhoag.com

                                    *Counsel for Federative Republic of Brazil*

## **Local Rule 3.01(g) Certification**

I certify that on June 15, 2026 at 9:21 a.m. ET, counsel for Brazil contacted Plaintiffs' counsel by email to inquire whether Plaintiffs oppose the relief requested in this motion. At 9:52 a.m. ET, counsel for Rumble responded that his colleague would coordinate a time that day for counsel to confer. At 2:35 p.m. ET, counsel for Brazil wrote to Plaintiffs' counsel asking them to advise if and when they would like to meet. At 5:34 p.m. ET, counsel for Rumble emailed counsel for Brazil, indicating that their positions on the motion would be presented shortly. At 7:48 p.m. ET, having not yet received Plaintiffs' positions, counsel for Brazil reverted to counsel for Plaintiffs to inquire as to their positions. In response, counsel for Plaintiffs indicated that they take do not oppose this motion. Plaintiffs' counsel requested that counsel for Brazil note that counsel for Brazil first contacted Plaintiffs' counsel today and requested a response the same day, "which did not provide sufficient time for [Plaintiffs' counsel] to fully consider this request."

/s/ Andrew B. Loewenstein
Andrew B. Loewenstein

4