## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP.

Plaintiffs,

v.

ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil

Defendant.

**Civil Action No. 8:25-cv-00411-MSS-AAS**

## NOTICE OF APPEARANCE

Rossana Baeza, counsel for Plaintiff Rumble Inc. ("Rumble"), hereby enters this Notice of Appearance on behalf of Rumble in the above-captioned action.

Dated: June 26, 2026

Respectfully submitted,

/s/ *Rossana Baeza*
ROSSANA BAEZA
BOIES SCHILLER FLEXNER LLP
100 S.E. 2nd Street, Suite 2800
Miami, Florida 33131
(305) 539-8400

*Counsel for Plaintiff Rumble Inc.*

1