**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| RUMBLE INC. and TRUMP MEDIA & TECHNOLOGY GROUP CORP. <br><br> Plaintiffs, <br><br> v. <br><br> ALEXANDRE DE MORAES, Justice of the Supreme Federal Tribunal of the Federative Republic of Brazil <br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      **Civil Action No.** <br>      **8:25-cv-00411-MSS-AAS** |

## <u>PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION OF TIME</u>

Plaintiffs Rumble Inc. and Trump Media & Technology Group Corp. (together, "Plaintiffs") respectfully request a one-week extension of the deadline to respond to Brazil's Motion to Dismiss (Dkt. 66), which is currently due tomorrow, July 7, 2026.

On June 15, 2026, Brazil filed a Motion to Intervene and Motion to Dismiss. Dkt. 66. The Court subsequently granted Brazil's Motion to Intervene and set July 7, 2026 as the deadline for Plaintiffs' response to the Motion to Dismiss. Dkt. 73.

On June 26, 2026, Plaintiffs moved to sequence briefing on the threshold issue of whether Brazil is the real party in interest before requiring briefing on the merits of the Motion to Dismiss. Dkt. 77. That motion remains pending.

In light of the pending sequencing motion and the intervening holiday weekend, Plaintiffs respectfully request that the Court extend the deadline to respond to the Motion to Dismiss by seven days, up to and including July 14, 2026.

Dated: July 6, 2026                    Respectfully submitted,

By:    E. Martin De Luca*
       BOIES SCHILLER FLEXNER LLP
       55 Hudson Yards
       New York, NY 10001
       (212) 446-2300
       mdeluca@bsfllp.com

       *Lead Counsel for Plaintiff*
       *Rumble Inc.*

       Matthew L. Schwartz*
       BOIES SCHILLER FLEXNER LLP
       55 Hudson Yards
       New York, NY 10001
       (212) 446-2300

       Andrew H. Smith*
       BOIES SCHILLER FLEXNER LLP
       1401 New York Ave. NW
       Washington, DC 20005
       (202) 274 1163

       Rossana Baeza
       FLA. BAR NO. 1007668
       BOIES SCHILLER FLEXNER LLP
       100 S.E. 2nd Street, Suite 2800
       Miami, Florida 33131
       (305) 539-8400

2

*Counsel for Plaintiff Rumble Inc.*



_____

Caryn G. Schechtman*
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
caryn.schechtman@us.dlapiper.com
(212) 335-4500

*Lead Counsel for Plaintiff*
*Trump Media & Technology Group*
*Corp.*

Christopher G. Oprison
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
(305) 423-8500

*Counsel for Plaintiff*
*Trump Media & Technology Group*
*Corp.*

***Admitted pro hac vice*

3

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), Plaintiffs' counsel conferred with counsel for the Federative Republic of Brazil ("Brazil") on July 6, 2026 regarding this request for a brief extension of time. Brazil's counsel is continuing to confer with its client regarding Plaintiffs' request, and Plaintiffs are filing this motion due to the imminent deadline.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2026, a true and correct copy of the foregoing was filed with the Court's CM/ECF system. Plaintiffs are also serving the foregoing under the methods of service authorized in the Court's Alternate Service Order, including by email to gabmoraes@stf.jus.br.

/s/ *E. Martin De Luca*
E. MARTIN DE LUCA

4